IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA GUILBAUD, MARQUES LILLY, MICHAEL WONG, and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SPRINT NEXTEL CORPORATION and SPRING/UNITED MANAGEMENT CO., INC., and DOES 1-100 inclusive,<br><br>　　　　Defendants. | No. C 13-04357 WHA<br><br>**ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT AND RE MOTION TO DISMISS OR STRIKE FIRST AMENDED COMPLAINT** |

　　　　In this FLSA and class action, the parties have requested court approval of a stipulation to permit plaintiff to file a second amended complaint, to deem defendant's pending motion to dismiss withdrawn without prejudice or waiver (upon plaintiff filing a second amended complaint), and to make defendant's response due 21 days after the filing of plaintiff's second amended complaint.

　　　　This action was filed on September 19 and was reassigned to the undersigned judge on October 18. A first amended complaint was filed on October 30. The initial case management conference is currently scheduled for December 19. On November 22, defendants filed a motion to dismiss and/or strike plaintiff's first amended complaint (noticed for a hearing on January 16). Plaintiff, instead of filing an opposition to defendants' motion, has entered into the instant stipulation with defendants. The second amended complaint is exhibit A to the stipulation.

The request for leave to file the second amended complaint is **GRANTED**. Defendants' motion to dismiss shall be deemed withdrawn without prejudice or waiver once plaintiff's second amended complaint is filed. Defendants shall have 21 days after the filing of plaintiff's second amended complaint to file any responses thereto. The parties are still expected to appear for the case management conference on **DECEMBER 19 AT 11:00 A.M.** (Dkt. No. 10).

**IT IS SO ORDERED.**

Dated: December 6, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2