# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA GUILBAUD, MARQUES LILLY, and MICHAEL WONG and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT NEXTEL CORPORATION, SPRINT/UNITED MANAGEMENT CO., INC., and DOES 1-100 inclusive,<br><br>Defendants. | CASE NO. 3:13-CV-04357-WHA<br><br>[PROPOSED] ORDER OF DISMISSAL OF SPECIALLY APPEARING DEFENDANT SPRINT NEXTEL CORPORATION WITHOUT PREJUDICE AND WITHDRAWING MOTION TO DISMISS [DKT. #29] WITHOUT PREJUDICE |

[PROPOSED] ORDER OF DISMISSAL OF SPECIALLY APPEARING DEFENDANT SPRINT NEXTEL CORPORATION WITHOUT PREJUDICE

**[PROPOSED] ORDER**

Plaintiffs Olivia Guilbaud, Marques Lilly and Michael Wong and specially appearing Defendant Sprint Nextel Corporation n/k/a Sprint Communications, Inc. have presented the Court a stipulation to dismiss specially appearing Defendant Sprint Nextel Corporation without prejudice, and to withdraw the Motion to Dismiss filed by specially Defendant Sprint Nextel Corporation (Dkt. #29) without prejudice;

Based on the foregoing, IT IS HEREBY OPRDERED that specially appearing Defendant Sprint Nextel Corporation hereby is dismissed without prejudice; and its Motion to Dismiss (Dkt. #29) is hereby withdrawn without prejudice.  The February 6 hearing is hereby vacated.

IT IS SO ORDERED.

DATE: January 8, 2014.



_____
HONORABLE _____ ALSUP
UNITED STATES DISTRICT _____

[PROPOSED] ORDER OF DISMISSAL OF SPECIALLY APPEARING DEFENDANT SPRINT NEXTEL CORPORATION WITHOUT PREJUDICE