MATTHEW RIGHETTI, State Bar No. 121012
JOHN GLUGOSKI State Bar No. 191551
MICHAEL RIGHETTI State Bar No. 258541
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94101
Telephone:  (415) 983-0900 / Facsimile:  (415) 397-9005
Email: matt@righettilaw.com
Email: jglugoski@righettilaw.com
Email: mike@righettilaw.com

Attorneys for Plaintiffs (Additional Plaintiffs' counsel on next page)

**MCGUIREWOODS LLP**
Matthew C. Kane (SBN 171829)
mkane@mcguirewoods.com
Michael D. Mandel (SBN 216934)
mmandel@mcguirewoods.com
John A. Van Hook (SBN 205067)
jvanhook@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Specially Appearing Defendant SPRINT NEXTEL CORPORATION and Defendant SPRINT/UNITED MANAGEMENT COMPANY, INC.

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Olivia Guilbaud, Marques Lilly, and Michael Wong and all others similarly situated,<br><br>        Plaintiffs,<br><br>Sprint Nextel Corporation and Sprint/United Management Co., Inc. And DOES 1-100 inclusive,<br><br>        Defendants.<br>_____/ | Case No.: 3:13-CV-04357-WHA<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT |

1

Pursuant to the stipulation of the parties and good cause appearing therefore, the Court hereby orders:

1. Plaintiff shall have leave to file the Third Amended Complaint attached to the parties' stipulation as Exhibit A;

2. Defendant shall have 21 days after the filing of Plaintiffs' Third Amended Complaint, or March 21, 2014, whichever is later, to serve and file its response thereto;

3. The parties shall have 7 days after the filing of Plaintiffs' Third Amended Complaint, or March 7, 2014, whichever is later, to serve their Amended Initial Disclosures with respect to the newly-added claims; and

4. There shall be no relation back for the newly added claims under Fed.R.Civ.P. 15(c).

IT IS SO ORDERED.

DATED: February 21, 2014



_____
Hon. William H. Alsup

3
[PROPOSED] ORDER GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT