UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA GUILBAUD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SPRINT/UNITED MANAGEMENT CO., INC., <br><br> Defendant. | Case No. 13-cv-04357-VC <br><br> **ORDER GRANTING STIPULATION VACATING DEADLINE FOR CLASS CERTIFICATION MOTION** <br><br> Re: Dkt. No. 41 |

The stipulated application to vacate the deadline to file a motion for class certification is granted.  However, because of the parties' unexplained delay in executing their announced plan to move to transfer the purportedly related case to this District and to seek consolidation with this case, another case management conference is scheduled for July 8, 2014 at 10:30 a.m.  The parties must file an updated case management statement seven days before the conference, which -- regardless of the status of the purportedly related case -- should include a proposed series of dates that will not disturb the existing trial date in this case.

**IT IS SO ORDERED.**

Dated: June 3, 2014

_____
VINCE CHHABRIA
United States District Judge