Todd M. Schneider (SBN 158253)
Carolyn H. Cottrell (SBN 166977)
Nicole N. Coon (SBN 286283)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com
ccottrell@schneiderwallace.com
ncoon@schneiderwallace.com

Attorneys for Plaintiff MICHAEL SMITH and the
Proposed Collective and Putative Class

Matthew Righetti (SBN 121012)
John Glugoski (SBN 191551)
Michael Righetti (258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94101
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
matt@righettilaw.com
jglugoski@righettilaw.com
mike@righettilaw.com

Richard Hoyer (SBN 51931)
Ryan Hicks (260284)
HOYER & ASSOCIATES
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415)766-3536
Facsimile: (415) 276-1738
rhoyer@hoyerlaw.com
rhicks@hoyerlaw.com

Attorneys for Plaintiffs OLIVIA GUILBAUD, MARQUES LILLY,
AND MICHAEL WONG and the Proposed Collective and Putative Class

[CAPTION CONTINUES ON FOLLOWING PAGE]

STIPULATION TO RELATE AND CONSOLIDATE GUILBAUD, ET AL. V. SPRINT AND SMITH, ET AL. V. SPRINT AND [PROPOSED] ORDER

*Guilbaud, et al. v. Sprint*, 3:13-CV-04357-VC · *Smith, et al. v. Sprint*, 3:14-CV-02642-EDL

Matthew C. Kane (SBN 171829)
Michael D. Mandel (SBN 216934)
Sabrina A. Beldner (SBN 221918)
John A. Van Hook (SBN 205067)
Truc T. Nguyen (SBN 257262)
MCGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210
mkane@mcguirewoods.com
mmandel@mcguirewoods.com
jvanhook@mcguirewoods.com
tnguyen@mcguirewoods.com

Attorneys for Defendant SPRINT/UNITED MANAGEMENT COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA GUILBAUD, MARQUES LILLY, AND MICHAEL WONG, and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SPRINT NEXTEL CORPORATION AND SPRINT/UNITED MANAGEMENT CO., INC.,<br><br>    Defendants. | CASE NO. 3:13-CV-04357-VC<br><br>Hon. Vince Chhabria |
| MICHAEL SMITH, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY,<br><br>    Defendant. | CASE NO. 3:14-CV-02642-EDL<br><br>Hon. Elizabeth Laporte<br><br>**STIPULATION TO RELATE AND CONSOLIDATE ACTIONS AND [PROPOSED] ORDER** |

1

STIPULATION TO RELATE AND CONSOLIDATE ACTIONS; [PROPOSED] ORDER

*Guilbaud, et al. v. Sprint Nextel Corporation, et al.*, 3:13-CV-04357-VC · *Smith, et al. v. Sprint/United Management Company*, 3:14-CV-02642-EDL

Pursuant to Northern District Local Rules 3-12 and 7-11 and Federal Rule of Civil Procedure 42, all Parties hereby respectfully submit this proposed order and Stipulation to Relate and Consolidate the above-captioned actions, *Guilbaud, et al. v. Sprint Nextel Corporation, et al.* and *Smith, et al. v. Sprint/United Management Company*, in support of their Stipulated Administrative Motion to Relate and Consolidate.

WHEREAS, Plaintiffs Olivia Guilbaud, Marques Lilly, and Michael Wong ("*Guilbaud* Plaintiffs") filed *Guilbaud, et al. v. Sprint Nextel Corporation, et al*., Case No. 3:13-CV-04357-VC in the United States District Court for the Northern District on September 19, 2013 (Guilbaud Docket No. 1);

WHEREAS, Defendants Sprint Nextel Corporation and Sprint/United Management Co., Inc. ("Defendant" or "Sprint") were served with the Complaint on November 1, 2013 (Guilbaud Docket No. 12);

WHEREAS, Defendant Sprint Nextel Corporation was dismissed on January 8, 2013 (Guilbaud Docket No. 31);

WHEREAS, Plaintiff Michael Smith, on behalf of himself and all others similarly situated, ("*Smith* Plaintiffs") filed *Smith, et al. v. Sprint/United Management Company*, Case No. 3:14-CV-02642-EDL in the U.S. District Court for the Eastern District of California on January 31, 2014, which was assigned to Judge Lawrence Karlton under the original case number of 2:14-CV-00327-LKK-AC (Smith Docket No. 1.);

WHEREAS, Defendant Sprint/United Management Co., Inc. (sued as "Sprint/United Management Company") was served with the Complaint on February 10, 2014 (Docket No. 10);

WHEREAS, the two cases involve substantially similar parties, substantially similar claims, and seek substantially similar relief. Specifically, Plaintiffs in both cases seek to represent a proposed class of non-exempt hourly employees, who are current and former employees of Defendant Sprint and worked in its retail stores located in California and throughout the United States. Plaintiffs allege putative collective and class action claims for violation of the Fair Labor Standards Act ("FLSA") and violation of various California wage and hour laws.  Plaintiffs

2

STIPULATION TO RELATE AND CONSOLIDATE ACTIONS*;* [PROPOSED] ORDER
*Guilbaud, et al. v. Sprint Nextel Corporation, et al.*, 3:13-CV-04357-VC · *Smith, et al. v. Sprint/United Management Company*, 3:14-CV-02642-EDL

challenge Sprint's policies and practices of: (1) failing to authorize, permit, and/or make available to its non-exempt hourly employees meal and rest periods to which they are entitled by law and failing to pay premium pay for these missed breaks; (2) failing to pay its non-exempt hourly employees who work in retail stores for all hours worked, including overtime compensation and minimum wage; (3) failing to reimburse its employees for uniform expenses and upkeep; (4) failing to provide such employees with accurate, itemized wage statements; and (5) failing to pay all wages after these hourly employees terminated their employment with Defendant.  Plaintiffs seek damages and restitution for all unpaid wages and other injuries, declaratory relief under applicable California law and the FLSA, an equitable accounting to identify, locate, and restore to all Plaintiffs and class members the wages they are due, liquidated and compensatory damages, civil penalties, reasonable attorneys' fees and costs, and all other relief that this Court deems just and proper;

WHEREAS, Defendant filed a Notice of Pendency of Other Action or Proceedings on April 25, 2014 to alert the *Smith* Plaintiffs and Judge Karlton regarding *Guilbaud* (Smith Docket No. 19);

WHEREAS, the Parties in both cases have met and conferred on several occasions since April 25, 2014 and agreed in the interest of avoiding conflicts, conserving resources, and promoting an efficient determination of the actions to transfer the *Smith* action to the Northern District and relate and consolidate the actions before Judge Vince Chhabria, before whom the first-filed *Guilbaud* action currently proceeds;

WHEREAS, the Parties in both cases appeared before Judge Chhabria at the May 23, 2014 Case Management Conference in *Guilbaud* and alerted Judge Chhabria about the pendency of the related *Smith* action and their proposed plan to transfer *Smith* to the Northern District and to relate and consolidate it with *Guilbaud*  (Guilbaud Docket Nos. 38-39);

WHEREAS, the *Smith* Parties filed a Stipulation to Transfer Action to the United States District Court of the Northern District of California, the terms of which outline the Parties' agreement to transfer  *Smith* to the Northern District to be consolidated with *Guilbaud* (Smith

3

1  Docket No. 28);

2  WHEREAS, Judge Karlton ordered *Smith* to be transferred to the Northern District on June

3  5, 2014 (Smith Docket No. 29);

4  WHEREAS, *Smith* was transferred to the Northern District on June 9, 2014, assigned to

5  Magistrate Judge Elizabeth Laporte with a new case number – 3:14-CV-02642-EDL, and

6  scheduled for an Initial Case Management Conference on September 9, 2014 (Smith Docket Nos.

7  30-31);

8  WHEREAS, Northern District Local Rule 3-12 provides that "[w]henever a party knows . .

9  . that an action, filed in or removed to this district is . . . related to an action which is . . . pending

10  in this District . . . the party must promptly file in the earliest-filed case an Administrative Motion

11  to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11;"

12  WHEREAS, Northern District Local Rule 7-11 further provides that all such

13  administrative motions should be accompanied by a stipulation;

14  WHEREAS, the Parties have agreed to relate and consolidate the two actions and proceed

15  under *Guilbaud*'s earlier filed case number of 3:13-CV-04357-VC;

16  WHEREAS, the Parties further agree that Plaintiffs will file a Consolidated Complaint

17  within 20 days from the date the Court approves this stipulation and relates and consolidates

18  *Guilbaud* and *Smith*;

19  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

20  the Parties, through their respective undersigned counsel, that the two above-captioned actions be

21  related and consolidated and proceed before Judge Chhabria in the Northern District of California

22  with full reservation and without any waiver or limitation of all rights, claims, remedies, defenses

23  and positions as to either action and/or the consolidated action.

24

25

26

27

28

4

STIPULATION TO RELATE AND CONSOLIDATE ACTIONS*;* [PROPOSED] ORDER

*Guilbaud, et al. v. Sprint Nextel Corporation, et al.*, 3:13-CV-04357-VC · *Smith, et al. v. Sprint/United Management Company*, 3:14-CV-02642-EDL

IT IS SO STIPULATED.

DATED: July 7, 2014          SCHNEIDER WALLACE
                             COTTRELL KONECKY LLP


                             By: /s/ *Carolyn H. Cottrell*
                                CAROLYN H. COTTREL
                                Attorneys for Plaintiff MICHAEL SMITH and
                                the Proposed Collective and Putative Class

DATED: July 7, 2014          RIGHETTI GLUGOSKI, P.C

                             By: /s/ *Michael Righetti*
                                MICHAEL RIGHETTI
                                Attorneys for Plaintiffs OLIVIA GUILBAUD,
                                MARQUES LILLY, AND MICHAEL WONG and the
                                Proposed Collective and Putative Class

DATED: July 7, 2014          HOYER & ASSOCIATES


                             By: /s/ *Ryan Hicks*
                                RYAN HICKS
                                Attorneys for Plaintiffs OLIVIA GUILBAUD,
                                MARQUES LILLY, AND MICHAEL WONG and the
                                Proposed Collective and Putative Class

DATED: July 7, 2014          MCGUIREWOODS LLP

                             By: /s/ *John A. Van Hook*
                                JOHN A. VAN HOOK
                                Attorneys for Defendant SPRINT/UNITED
                                MANAGEMENT COMPANY, INC.

[~~PROPOSED~~] **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Pursuant to the Parties' Stipulation to Relate and Consolidate *Guilbaud, et al. v. Sprint Nextel Corporation, et al.* and *Smith, et al. v. Sprint/United Management Company* filed in support of their Stipulated Administrative Motion to Relate and Consolidate *Guilbaud, et al. v. Sprint Nextel Corporation, et al.* and *Smith, et al. v. Sprint/United Management Company*, the Court finds good cause and **GRANTS** the motion and stipulation. As described in detail in the stipulation, the Court finds that (1) the actions concern substantially the same parties, property, transaction, or events, and (2) there will be an unduly burdensome duplication of labor and expense and conflicting results if the cases are conducted before different Judges. Accordingly, the Court relates and consolidates the two cases. *Smith* is re-assigned from Magistrate Judge Laporte to Judge Chhabria and will be consolidated with *Guilbaud* under the case number of 3:13-CV-04357-VC. The September 9, 2014 Initial Case Management Conference in *Smith* is vacated pursuant to Local Rule 3-12(g). ~~A Case Management Conference is scheduled before Judge Chhabria on _____.~~ Plaintiffs will file a Consolidated Complaint within 20 days from the date the Court files this order.

**IT IS HEREBY ORDERED.**

DATED: July 10, 2014

IT IS SO ORDERED

Judge Vince Chhabria

The Honorable
United States District Judge, Northern District of California

6

STIPULATION TO RELATE AND CONSOLIDATE ACTIONS; [PROPOSED] ORDER

*Guilbaud, et al. v. Sprint Nextel Corporation, et al.*, 3:13-CV-04357-VC · *Smith, et al. v. Sprint/United Management Company*, 3:14-CV-02642-EDL