MATTHEW RIGHETTI, State Bar No. 121012
JOHN GLUGOSKI, State Bar No. 191551
MICHAEL RIGHETTI, State Bar No. 258541
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94101
Telephone: (415) 983-0900 / Facsimile: (415) 397-9005
Email: matt@righettilaw.com
Email: jglugoski@righettilaw.com
Email: mike@righettilaw.com

Attorneys for Plaintiffs, the Collective and Putative Class

(Additional counsel on following page)

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OLIVIA GUILBAUD, MARQUES LILLY, AND MICHAEL WONG, and all others similarly situated,

Plaintiffs,

vs.

SPRINT NEXTEL CORPORATION AND SPRINT/UNITED MANAGEMENT CO., INC.,

Defendants.

---

MICHAEL SMITH, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

SPRINT/UNITED MANAGEMENT COMPANY,

Defendant.

**Lead Case**
CASE NO. 3:13-CV-04357-VC

Hon. Vince Chhabria

***Consolidated with***
CASE NO. 3:14-CV-02642-VC

Hon. Vince Chhabria

**~~[PROPOSED]~~ ORDER ~~GRANTING~~** DENYING **PLAINTIFFS' ADMINISTRATIVE MOTION TO HEAR MOTION FOR PROTECTIVE ORDER ON SHORTENED TIME (LOCAL RULE 6-3)** AS MODIFIED

Ctrm: 4 – San Francisco Courthouse
Judge: Hon. Vince Chhabria

RICHARD HOYER, State Bar No. 51931
RYAN HICKS, State Bar No. 260284
HOYER & ASSOCIATES
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3536/ Facsimile: (415) 276-1738
Email:rhoyer@hoyerlaw.com
Email: rhicks@hoyerlaw.com

TODD M. SCHNEIDER, State Bar Number 158253
CAROLYN H. COTTRELL, State Bar Number 166977
NICOLE N. COON, State Bar Number 286283
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100/ Facsimile: (415) 421-7105
Email: tschneider@schneiderwallace.com
Email: ccottrell@schneiderwallace.com
Email: ncoon@schneiderwallace.com

The Court, having considered the parties' papers, the entire record in this action, and the arguments of counsel, and good appearing therefore,

**THE COURT HEREBY ORDERS:**

Plaintiffs' Administrative Motion to Hear Motion for Protective Order on Shortened Time is ~~**GRANTED**~~.

Defendant shall file its opposition by __________________________.

Plaintiffs shall file their reply by ___________________________.

The hearing on Plaintiffs' Motion for Protective shall take place on __________________________ at ___________ in Courtroom 4.

**IT IS SO ORDERED.**

Dated: October 10, 2014

UNITED STATES DISTRICT COURT

DENIED

Judge Vince Chhabria

NORTHERN DISTRICT OF CALIFORNIA

Hon.
United

Plaintiffs should be prepared to mail notice the week following the hearing.

3

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO HEAR MOTION FOR PROTECTIVE ORDER ON SHORTENED TIME (LOCAL RULE 6-3)