Todd M. Schneider (SBN 158253)
Carolyn Hunt Cottrell (SBN 166977)
Nicole N. Coon (SBN 286283)
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com
ccottrell@schneiderwallace.com
ncoon@schneiderwallace.com

Attorneys for Plaintiffs, the Proposed Collective and Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA GUILBAUD, MARQUES LILLY, AND MICHAEL WONG, and all others similarly situated,<br><br>                Plaintiffs,<br><br>        vs.<br><br>SPRINT NEXTEL CORPORATION AND SPRINT/UNITED MANAGEMENT CO., INC.,<br><br>                Defendants. | **Lead Case**<br>CASE NO. 3:13-CV-04357-VC<br><br>Hon. Vince Chhabria<br><br><br><br><br><br><br><br><br><br>*Consolidated with* |
| MICHAEL SMITH, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>        vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY,<br><br>                Defendant. | CASE NO. 3:14-CV-02642-VC<br><br>Hon. Vince Chhabria<br><br>**STIPULATION TO EXTEND DEADLINES IN DECEMBER 16, 2014 ORDER AND [~~PROPOSED~~] ORDER** AS MODIFIED |

[ADDITIONAL PLAINTIFFS' COUNSEL AND
DEFENDANT'S COUNSEL ON FOLLOWING PAGE]

---

STIPULATION TO EXTEND DEADLINES IN DECEMBER 16, 2014 ORDER AND [PROPOSED] ORDER
Lead case *Guilbaud, et al. v. Sprint*, 3:13-CV-04357-VC consolidated with *Smith, et al. v. Sprint*, 3:14-CV-02642-VC

Matthew Righetti (SBN 121012)
John Glugoski (SBN 191551)
Michael Righetti (SBN 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94101
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
matt@righettilaw.com
jglugoski@righettilaw.com
mike@righettilaw.com

Richard Hoyer (SBN 151931)
Ryan L. Hicks (SBN 260284)
HOYER & ASSOCIATES
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3536
Facsimile: (415) 276-1738
rhoyer@hoyerlaw.com
rhicks@hoyerlaw.com

Attorneys for Plaintiffs, the Proposed Collective
and Putative Class

MCGUIREWOODS LLP
Matthew C. Kane (SBN 171829)
Email: mkane@mcguirewoods.com
Michael D. Mandel (SBN 216934)
Email: mmandel@mcguirewoods.com
Sabrina A. Beldner (SBN 221918)
Email: sbeldner@mcguirewoods.com
John A. Van Hook (SBN 205067)
Email: jvanhook@mcguirewoods.com
Joanna E. MacMillan (SBN 281891)
Email: jmacmillan@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant SPRINT/
UNITED MANAGEMENT COMPANY

Pursuant to United States District Court for the Northern District of California Local Rules 6-2, Stipulated Request for Order Changing Time, and 7-12, Stipulations, the Parties hereby respectfully submit this Stipulation to Extend Deadlines in December 16, 2014 Order and accompanying proposed order:

## STIPULATION

WHEREAS, Plaintiffs Olivia Guilbaud, Marques Lilly, Michael Wong, and Michael Smith, on behalf of themselves and all others similarly situated, ("Plaintiffs") filed their Consolidated Collective and Class Action Complaint against Defendant Sprint/United Management Co. ("Sprint") in the United States District Court for the Northern District of California on July 30, 2014, following the consolidation of lead case *Guilbaud, et al. v. Sprint*, Case No. 3:13-cv-04357-VC, and *Smith, et al. v. Sprint*, Case No. 3:14-CV-02642-VC (ECF Docket No. 50);

WHEREAS, on November 20, 2014, this Court held a hearing at which time it addressed several outstanding issues, including extending the current schedule in the case (ECF Docket No. 104);

WHEREAS, on November 21, 2014, the Court issued an order, wherein it ordered the Parties to meet and confer about a new schedule for discovery, dispositive motions, and trials (ECF Docket No. 105);

WHEREAS, during the week of November 24, 2014, the Parties met and conferred and agreed upon a Joint Proposed Schedule, including a date of December 3, 2014 for mailing of notice to potential collective members, which they filed with the Court on November 26, 2014 (ECF Docket No. 107);

WHEREAS, thereafter Plaintiffs' third-party notice administrator, Heffler Claims Group, informed Plaintiffs that it would be impossible to disseminate notice on December 3, 2014 and accordingly the Parties agreed to amend the Joint Proposed Schedule, extending by two weeks the deadlines for the dissemination of the notice, the opt-in period, and the deadlines for all three class certification briefs, which they filed with the Court on December 10, 2014 (ECF Docket No. 113);

WHEREAS, the Court granted the Parties' Amended Joint Proposed Schedule and issued an order on December 16, 2014, extending the deadline for the opening brief for class certification to June 16, 2015 with all other hearing, discovery cut-off dates, and trial schedule following thereafter (ECF Docket No. 114);

WHEREAS, since the issuance of the December 16, 2014 Order, the Parties have been working diligently to progress the litigation. Potential collective members have received notice of the litigation, and Plaintiffs' counsel have filed opt-in forms on behalf of approximately 2,075 collective members wanting to participate in the litigation. In addition to processing the opt-in information and conducting collective outreach, Plaintiffs are also preparing for their class certification motion. Plaintiffs have propounded two sets of written discovery and have noticed 30(b)(6) depositions on 38 topics.  Defendant asserted numerous objections to the deposition notices.  The Parties are currently meeting and conferring about the depositions, including the topics and timing. The Parties are also involved in an extensive meet and confer regarding Defendant's production of documents, data and information responsive to Plaintiffs' requests for class-wide discovery.  The Parties are meeting and conferring about appropriate search terms for email accounts, Plaintiffs' request for production of the Rule 23 California putative class list in addition to the nationwide collective list previously produced, and an appropriate sample of the requested data and information, including timekeeping and payroll records.  Completion of the meet and confer process, possible discovery and other motion practice and production of all of the discovery at issue will likely take several months.  Plaintiffs believe that the discovery at issue is necessary to effectively prepare their certification motion and to oppose a decertification motion.

WHEREAS, as the litigation has progressed, unanticipated events have occurred that have delayed the litigation.  The Parties received notice that a related case, *Viet Bui v. Sprint Corporation; Sprint Communications Company, L.P.; Sprint/United Management Company Co.*, E.D. Cal. (Sacramento) Case No. 2:14-cv-02461-TLN-AC, was filed in the Eastern District of California, and a mediation was scheduled.  *Guilbaud* plaintiffs' counsel moved to intervene and moved to stay the scheduled mediation on the asserted ground that the claims are substantially

similar and the *Bui* putative class may partially subsume the *Guilbaud* putative Rule 23 class. There has been no ruling on the intervention motion, and Plaintiffs' efforts to stay the mediation were unsuccessful. A Notice of Settlement was filed in *Bui* on March 9, 2015. On April 28, 2015, that Court issued a minute order requiring the parties to file a motion for preliminary approval within 60 days of the order. Any settlement in *Bui,* in the event that it is approved, may impact certification in *Guilbaud*. Thus, additional time is necessary so the Parties may evaluate any potential settlement in *Bui*.

WHEREAS, in light of all of the foregoing, the Parties have recently determined that settlement discussions may be appropriate at this juncture and have agreed to schedule a mediation. The Parties are in the process of exchanging names of potential mediators. The Parties expect that the mediation will occur in the next 60 to 90 days. The current scheduling order in this case does not contemplate mediation or allow for focused exchange of damages data and information, preparation of a reasoned damages analysis for the collective and class, or settlement discussions. The Parties require additional time to complete these steps necessary to explore settlement.

WHEREAS, in order to accommodate these matters, the Parties propose that the current deadlines be continued 120 days to prevent any prejudice to either party.

WHEREAS, in light of the foregoing, the Parties submit this Stipulation to Extend Deadlines in December 16, 2014 Order to extend the deadlines for the Parties' class certification briefs as well as all following deadlines set forth in the Court's December 16, 2014 Order.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel in the above-captioned litigation, and without waiver or limitation of any of their rights, claims, remedies or defenses in connection with this action, that the following further amended deadlines be adopted and set forth in the matter:

- Motion for Class Certification to be filed: **October 7, 2015** [current date: June 16, 2015].
  - Opposition to Motion for Class Certification to be filed: **November 6, 2015** [current date: July 14, 2015].

- Reply to Opposition to Motion for Class Certification to be filed: **November 20, 2015** [current date: July 28, 2015].

• Hearing on Motion for Class Certification: **December 17, 2015 at 10:00 a.m.** [current date August 20, 2015 at 10:00 a.m.]

• Discovery Cut-off: **April 29, 2016** [current date December 18, 2015].

• Expert Discovery Cut-off: **April 29, 2016** [current date December 18, 2015].

• Deadline for Expert Disclosure and Rebuttal: Disclosures must be made by **February 26, 2016** [current date October 19, 2015]; Rebuttals must be made by **March 28, 2016** [current date November 18, 2015].

• Dispositive Motions Hearing Deadline: **May 19, 2016 at 10:00 a.m.** [current date January 21, 2016 at 10:00 a.m.]

• Pretrial Conference: **2 months after ruling on dispositive motions set for hearing on above deadline** (TBD based on Court's order; Court schedules pretrial conference on Mondays ~~Tuesdays~~ at 1:30 p.m.)

• Jury Trial Date: **1 month after pretrial conference** (Court schedules trials Monday through Wednesday and Friday, 8:30 a.m. to 2:00 p.m.)

IT IS SO STIPULATED.

DATED: May 6, 2015                    SCHNEIDER WALLACE
                                      COTTRELL KONECKY WOTKYNS LLP

                                      /s/ *Carolyn H. Cottrell*
                                      Carolyn H. Cottrell
                                      Attorneys for Plaintiffs, the Proposed Collective and
                                      Putative Class


DATED: May 6, 2015                    MCGUIREWOODS LLP

                                      /s/ *Matthew C. Kane*
                                      Matthew C. Kane
                                      Attorneys for Defendant SPRINT/UNITED
                                      MANAGEMENT COMPANY

# [~~PROPOSED~~] ORDER ON STIPULATION AS MODIFIED

Pursuant to the Parties' Stipulation to Extend Deadlines in December 16, 2014 Order, and without waiver or limitation of any of the Parties' rights, claims, remedies or defenses in connection with this action, the Court finds good cause and approves the requested stipulation. The Court orders the following further amended schedule to govern the future deadlines in the litigation:

- Motion for Class Certification to be filed: **October 7, 2015** [current date: June 16, 2015].
    - Opposition to Motion for Class Certification filed: **November 6, 2015** [current date: July 14, 2015].
    - Reply to Opposition to Motion for Class Certification to be filed: **November 20, 2015** [current date: July 28, 2015].
- Hearing on Motion for Class Certification: **December 17, 2015 at 10:00 a.m.** [current date August 20, 2015 at 10:00 a.m.]
- Discovery Cut-off: **April 29, 2016** [current date December 18, 2015].1010
- Expert Discovery Cut-off: **April 29, 2016** [current date December 18, 2015].
- Deadline for Expert Disclosure and Rebuttal: Disclosures must be made by **February 26, 2016** [current date October 19, 2015]; Rebuttals must be made by **March 28, 2016** [current date November 18, 2015].
- Dispositive Motions Hearing Deadline: **May 19, 2016 at 10:00 a.m.** [current date January 21, 2016 at 10:00 a.m.]
- Pretrial Conference: **2 months after ruling on dispositive motions set for hearing on above deadline** (TBD based on Court's order; Court schedules pretrial conference on Mondays ~~Tuesdays~~ at 1:30 p.m.)
- Jury Trial Date: **1 month after pretrial conference** (Court schedules trials Monday through Wednesday and Friday, 8:30 a.m. to 2:00 p.m.)

IT IS SO ORDERED.

DATED: May 20, 2015            _____
                               The Honorable Vince Chhabria
                               United States District Judge, Northern District of California

*[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Vince Chhabria]*