Todd M. Schneider (SBN 158253)
Carolyn H. Cottrell (SBN 166977)
Nicole N. Coon (SBN 286283)
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com
ccottrell@schneiderwallace.com
ncoon@schneiderwallace.com

Attorneys for Plaintiffs, the Collective and Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA GUILBAUD, MARQUES LILLY, AND MICHAEL WONG, and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SPRINT NEXTEL CORPORATION AND SPRINT/UNITED MANAGEMENT CO., INC.,<br><br>    Defendants. | **Lead Case**<br>CASE NO. 3:13-CV-04357-VC<br><br>Hon. Vince Chhabria |
| MICHAEL SMITH, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY,<br><br>    Defendant. | *Consolidated with*<br><br>CASE NO. 3:14-CV-02642-VC<br><br>Hon. Vince Chhabria<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**NOTICE OF FIRM NAME CHANGE AND CHANGE OF ADDRESS** |

[ADDITIONAL COUNSEL ON FOLLOWING PAGE]

*Additional co-counsel for Plaintiffs*

Matthew Righetti (SBN 121012)
John Glugoski (SBN 191551)
Michael Righetti (SBN 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94101
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
matt@righettilaw.com
jglugoski@righettilaw.com
mike@righettilaw.com

Richard Hoyer (SBN 151931)
Ryan L. Hicks (SBN 260284)
HOYER & ASSOCIATES
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3536
Facsimile: (415) 276-1738
rhoyer@hoyerlaw.com
rhicks@hoyerlaw.com

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the firm name of **SCHNEIDER WALLACE COTTRELL KONECKY LLP** has changed.  The firm's new name is **SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**.

Please take further notice that the firm's San Francisco office address has changed. The firm's new address is as follows:

SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP

2000 Powell Street, Suite 1400

Emeryville, California 94608

Telephone:  (415) 421-7100

Facsimile:  (415) 421-7105

All further pleadings and correspondence in this action should reflect this change.  The firm's Scottsdale, Arizona and Houston, Texas office addresses have not changed.

Respectfully submitted,

Date: July 13, 2015

 /s/  *Carolyn Hunt Cottrell*
Carolyn Hunt Cottrell (SBN 166977)
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
Attorneys for Plaintiffs, the Collective and Putative Class

# CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2015, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Date: July 13, 2015

/s/  *Carolyn Hunt Cottrell*
Carolyn Hunt Cottrell (SBN 166977)
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
Attorneys for Plaintiffs, the Collective and Putative Class