Todd M. Schneider (SBN 158253)
Carolyn Hunt Cottrell (SBN 166977)
Nicole N. Coon (SBN 286283)
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com
ccottrell@schneiderwallace.com
ncoon@schneiderwallace.com

Attorneys for Plaintiffs, the Proposed Collective
and Putative Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OLIVIA GUILBAUD, MARQUES LILLY, AND MICHAEL WONG, and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>SPRINT NEXTEL CORPORATION AND SPRINT/UNITED MANAGEMENT CO., INC.,<br><br>        Defendants. | **Lead Case**<br>CASE NO. 3:13-CV-04357-VC<br><br>Hon. Vince Chhabria |
| MICHAEL SMITH, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY,<br><br>        Defendant. | *Consolidated with*<br><br>CASE NO. 3:14-CV-02642-VC<br><br>Hon. Vince Chhabria<br><br>**STIPULATION TO EXTEND DEADLINES IN MAY 20, 2015 ORDER AND [PROPOSED] ORDER** |

[ADDITIONAL PLAINTIFFS' COUNSEL AND

DEFENDANT'S COUNSEL ON FOLLOWING PAGE]

Matthew Righetti (SBN 121012)
John Glugoski (SBN 191551)
Michael Righetti (SBN 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94101
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
matt@righettilaw.com
jglugoski@righettilaw.com
mike@righettilaw.com

Richard Hoyer (SBN 151931)
Ryan L. Hicks (SBN 260284)
HOYER & ASSOCIATES
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3536
Facsimile: (415) 276-1738
rhoyer@hoyerlaw.com
rhicks@hoyerlaw.com

Attorneys for Plaintiffs, the Proposed Collective
and Putative Class

McGuireWoods LLP
Matthew C. Kane (SBN 171829)
Email: mkane@mcguirewoods.com
Michael D. Mandel (SBN 216934)
Email: mmandel@mcguirewoods.com
Sabrina A. Beldner (SBN 221918)
Email: sbeldner@mcguirewoods.com
John A. Van Hook (SBN 205067)
Email: jvanhook@mcguirewoods.com
Joanna E. MacMillan (SBN 281891)
Email: jmacmillan@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant SPRINT/
UNITED MANAGEMENT COMPANY

1    Pursuant to United States District Court for the Northern District of California Local Rules

2    6-2, Stipulated Request for Order Changing Time, and 7-12, Stipulations, the Parties hereby

3    respectfully submit this Stipulation to Extend Deadlines in May 20, 2015 Order and accompanying

4    proposed order:

5                                        **STIPULATION**

6    WHEREAS, Plaintiffs Olivia Guilbaud, Marques Lilly, Michael Wong, and Michael Smith,

7    on behalf of themselves and all others similarly situated, ("Plaintiffs") filed their Consolidated

8    Collective and Class Action Complaint against Defendant Sprint/United Management Co.

9    ("Sprint") in the United States District Court for the Northern District of California on July 30,

10   2014, following the consolidation of lead case *Guilbaud, et al. v. Sprint*, Case No. 3:13-cv-04357-

11   VC, and *Smith, et al. v. Sprint*, Case No. 3:14-CV-02642-VC.  (ECF Docket No. 50.)

12   WHEREAS, the Court granted the Parties' Stipulation and Order to Extend Deadlines in

13   December 16, 2014 Order and issued an order on May 20, 2015, extending the deadlines for the

14   opening brief for class certification to October 7, 2015 with all other hearing, discovery cut-off

15   dates, and trial schedule following thereafter.  (ECF Docket No. 159.)  The basis for the request to

16   extend the December 2014 deadlines was three-fold:  (1) the Parties were involved in extensive

17   meet and confer efforts regarding outstanding discovery necessary for class certification, including,

18   but not limited to, appropriate email search terms, the scope of topics for which Federal Rule of

19   Civil Procedure Rule 30(b)(6) witnesses may be deposed, and agreeable parameters for discovery of

20   a sample of timekeeping and payroll records for members of the nationwide Collective and the

21   putative California Class; (2) the Parties were informed that the related case of *Viet Bui v. Sprint*

22   *Corporation; Sprint Communications Company, L.P.; Sprint/United Management Company Co.*,

23   Case No. 2:14-cv-02461-TLN-AC (E.D. Cal. (Sacramento)) ("*Bui*") had settled yet had not

24   received details regarding the settlement and were unaware of the potential impacts that settlement

25   would have on this case; and (3) the Parties had agreed that settlement discussions may be

26   appropriate and were discussing the scheduling of a mediation session.  In light of this, the Parties

27

28

1 | requested a 120-day continuance of the deadlines in the December 16, 2014 order to complete these
2 | outstanding items.

3 |        WHEREAS, since that time, the Parties have formalized their agreement to mediate and
4 | have scheduled mediation before the Honorable Judge Edward A. Infante (Ret.) of the Judicial
5 | Arbitration and Mediation Services, Inc. ("JAMS") on July 27, 2015 in San Francisco, California
6 | (Judge Infante was the mediator in the *Bui* case).  As part of the agreement to mediate, and in the
7 | interests of preserving the Parties' and the Court's resources, the Parties also agreed to stay their
8 | pending discovery disputes and continue their meet and confer efforts regarding outstanding
9 | discovery necessary for class certification until after the mediation. With respect to mediation
10 | discovery, the Parties agreed to a limited informal exchange of data and information focused on
11 | issues necessary for facilitating the mediation, including for preparation of a comprehensive and
12 | informed damages analysis as it relates to those individuals for whom opt-in consent forms were
13 | filed in this action. Again, all other discovery has been stayed, per agreement of the Parties, pending
14 | the outcome of the mediation.  The purpose of this agreement, in part, is to attempt to minimize the
15 | further expenditure of time and resources on certification and merits issues and to focus now on
16 | mediation and a potential settlement.  In the event the case does not resolve at mediation, the Parties
17 | will then resume their currently tabled meet and confer discussions and extensive discovery related
18 | to class certification.

19 |        WHEREAS, on May 18, 2015, after Plaintiffs in the present case submitted their Stipulation
20 | and Order to Extend Deadlines in December 16, 2014 Order on May 6, 2015, the *Bui* Plaintiffs
21 | filed a Motion for Preliminary Approval of Class Action Settlement.  (*See Bui* ECF Docket. No.
22 | 39.)  In response, the *Guilbaud* Plaintiffs renewed their earlier motion to intervene and submitted an
23 | opposition to the *Bui* Plaintiffs' motion. (*See Bui* DCF Docket No. 48, *Guilbaud* Plaintiffs'
24 | Renewed Motion to Intervene and Opposition to Class Action Settlement).  The *Bui* Court has taken
25 | the matter under submission, and until it at least decides the issue of preliminary settlement
26 | approval, the impact of the *Bui* settlement cannot yet be assessed, and additional time is required to
27 | do so.

28 |

1    WHEREAS, in light of the foregoing, the Parties agree that the current scheduling order

2  does not contemplate sufficient time to effectively prepare a motion for class certification in the

3  event the mediation is unsuccessful.  In the event this case does not resolve at mediation, the Parties

4  will require additional time to meet and confer and resolve the outstanding discovery disputes,

5  which may require the Court's involvement.  Additionally, once the disputes are resolved, the

6  Parties may require time to exchange, review, and analyze additional data, information and

7  documents, to take or defend depositions of percipient witnesses and witnesses under Rule 30(b)(6),

8  and to brief the class certification issues.  In the alternative, further litigation, including motions

9  pertaining to class certification, may be mooted by successful mediation efforts.  In either case, the

10  Parties are focused on the upcoming mediation and require additional time to complete the

11  necessary steps to fully explore settlement.

12    WHEREAS, in order to accommodate these matters, the Parties propose that the current

13  deadlines be continued approximately 90 days to prevent any prejudice to either party in light of the

14  new developments described herein.

15    WHEREAS, in light of the foregoing, the Parties submit this Stipulation to Extend

16  Deadlines in May 20, 2015 Order to extend the deadlines for the Parties' class certification briefs as

17  well as all following deadlines set forth in the Court's May 20, 2015 Order.

18    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

19  Parties, through their respective undersigned counsel in the above-captioned litigation, and without

20  waiver or limitation of any of their rights, claims, remedies or defenses in connection with this

21  action, that the following further amended deadlines be adopted and set in this action:

22  • Motion for Class Certification to be filed: **January 22, 2016** [current date:  October 7,

23    2015].

24    o Opposition to Motion for Class Certification to be filed: **February 22, 2016** [current

25      date:  November 6, 2015].

26    o Reply to Opposition to Motion for Class Certification to be filed: **March 7, 2016**

27      [current date:  November 20, 2015].

28

1    • Hearing on Motion for Class Certification: **March 24, 2016 at 10:00 a.m.** [current date
2       December 17, 2015 at 10:00 a.m.]
3    • Discovery Cut-off:  **July 29, 2016** [current date April 29, 2016].
4    • Expert Discovery Cut-off:  **July 29, 2016** [current date April 29, 2016].
5    • Deadline for Expert Disclosure and Rebuttal: Disclosures must be made by **May 27, 2016**
6       [current date February 26, 2016]; Rebuttals must be made by **June 28, 2016** [current date
7       March 28, 2016].
8    • Dispositive Motions Hearing Deadline:  **September 1, 2016 at 10:00 a.m.** [current date
9       May 19, 2016 at 10:00 a.m.]
10   • Pretrial Conference:  **2 months after ruling on dispositive motions set for hearing on**
11      **above deadline** (TBD based on Court's order; Court schedules pretrial conference on
12      Mondays at 1:30 p.m.)
13   • Jury Trial Date:  **1 month after pretrial conference** (Court schedules trials Monday
14      through Wednesday and Friday, 8:30 a.m. to 2:00 p.m.)

16      IT IS SO STIPULATED.

18   DATED: July 16, 2015                     SCHNEIDER WALLACE
19                                            COTTRELL KONECKY WOTKYNS LLP

20                                            /s/ *Carolyn Hunt Cottrell*
21                                            Carolyn Hunt Cottrell
                                              Attorneys for Plaintiffs, the Proposed Collective and
22                                            Putative Class

24   DATED: July 16, 2015                     MCGUIREWOODS LLP

25                                            /s/ *Matthew C. Kane*
26                                            Matthew C. Kane
                                              Attorneys for Defendant SPRINT/UNITED
27                                            MANAGEMENT COMPANY

28

### [~~PROPOSED~~] ORDER ON STIPULATION

Pursuant to the Parties' Stipulation to Extend Deadlines in May 20, 2015 Order, and without waiver or limitation of any of the Parties' rights, claims, remedies or defenses in connection with this action, the Court finds good cause and approves the requested stipulation. The Court orders the following further amended schedule to govern the future deadlines in the litigation:

- Motion for Class Certification to be filed: **January 22, 2016** [current date:  October 7, 2015].

    - Opposition to Motion for Class Certification to be filed: **February 22, 2016** [current date:  November 6, 2015].

    - Reply to Opposition to Motion for Class Certification to be filed: **March 7, 2016** [current date:  November 20, 2015].

- Hearing on Motion for Class Certification: **March 24, 2016 at 10:00 a.m.** [current date December 17, 2015 at 10:00 a.m.]

- Discovery Cut-off:  **July 29, 2016** [current date April 29, 2016].

- Expert Discovery Cut-off:  **July 29, 2016** [current date April 29, 2016].

- Deadline for Expert Disclosure and Rebuttal: Disclosures must be made by **May 27, 2016** [current date February 26, 2016]; Rebuttals must be made by **June 28, 2016** [current date March 28, 2016].

- Dispositive Motions Hearing Deadline:  **September 1, 2016 at 10:00 a.m.** [current date May 19, 2016 at 10:00 a.m.]

- Pretrial Conference:  **2 months after ruling on dispositive motions set for hearing on above deadline** (TBD based on Court's order; Court schedules pretrial conference on Mondays at 1:30 p.m.)

//

//

//

//

1    • Jury Trial Date: **1 month after pretrial conference** (Court schedules trials Monday

2         through Wednesday and Friday, 8:30 a.m. to 2:00 p.m.)

3

4    IT IS SO ORDERED.

5

6

     DATED: July 20, 2015      _____

7                              The Honorable Vince Chhabria

8                              United States District Judge, Northern District of California

STIPULATION TO EXTEND DEADLINES IN MAY 20, 2015 ORDER AND [PROPOSED] ORDER
Lead case *Guilbaud, et al. v. Sprint*, 3:13-CV-04357-VC consolidated with *Smith, et al. v. Sprint*, 3:14-CV-02642-VC