Todd M. Schneider (SBN 158253)
Carolyn Hunt Cottrell (SBN 166977)
Nicole N. Coon (SBN 286283)
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105
tschneider@schneiderwallace.com
ccottrell@schneiderwallace.com
ncoon@schneiderwallace.com

Attorneys for Plaintiffs, the Collective and Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA GUILBAUD, MARQUES LILLY, AND MICHAEL WONG, and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SPRINT NEXTEL CORPORATION AND SPRINT/UNITED MANAGEMENT CO., INC.,<br><br>    Defendants. | **Lead Case**<br>CASE NO. 3:13-CV-04357-VC<br><br>Hon. Vince Chhabria |
| MICHAEL SMITH, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY,<br><br>    Defendant. | *Consolidated with*<br><br>CASE NO. 3:14-CV-02642-VC<br><br>Hon. Vince Chhabria<br><br>**STIPULATION TO AMEND DEADLINES IN JANUARY 15, 2016 ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT AS TO CALIFORNIA CLASS AND APPROVAL OF SETTLEMENT AS TO COLLECTIVE AND [PROPOSED] ORDER** |

[ADDITIONAL PLAINTIFFS' COUNSEL AND

DEFENDANT'S COUNSEL ON FOLLOWING PAGE]

---

STIPULATION TO AMEND DEADLINES IN JANUARY 15, 2016 ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT AS TO CALIFORNIA CLASS AND APPROVAL OF SETTLEMENT AS TO COLLECTIVE AND [PROPOSED] ORDER
Lead case *Guilbaud, et al. v. Sprint*, 3:13-CV-04357-VC consolidated with *Smith, et al. v. Sprint*, 3:14-CV-02642-VC

Matthew Righetti (SBN 121012)
John Glugoski (SBN 191551)
Michael Righetti (SBN 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94101
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
matt@righettilaw.com
jglugoski@righettilaw.com
mike@righettilaw.com

Richard Hoyer (SBN 151931)
Ryan L. Hicks (SBN 260284)
HOYER & ASSOCIATES
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3536
Facsimile: (415) 276-1738
rhoyer@hoyerlaw.com
rhicks@hoyerlaw.com

Attorneys for Plaintiffs, the Proposed Collective and Putative Class

McGuireWoods LLP
Matthew C. Kane (SBN 171829)
Email: mkane@mcguirewoods.com
Michael D. Mandel (SBN 216934)
Email: mmandel@mcguirewoods.com
Sabrina A. Beldner (SBN 221918)
Email: sbeldner@mcguirewoods.com
John A. Van Hook (SBN 205067)
Email: jvanhook@mcguirewoods.com
Joanna E. MacMillan (SBN 281891)
Email: jmacmillan@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant SPRINT/
UNITED MANAGEMENT COMPANY

1
STIPULATION TO AMEND DEADLINES IN JANUARY 15, 2016 ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT AS TO CALIFORNIA CLASS AND APPROVAL OF SETTLEMENT AS TO COLLECTIVE AND [PROPOSED] ORDER
Lead case *Guilbaud, et al. v. Sprint*, 3:13-CV-04357-VC consolidated with *Smith, et al. v. Sprint*, 3:14-CV-02642-VC

Pursuant to United States District Court for the Northern District of California Local Rules 6-2, Stipulated Request for Order Changing Time, and 7-12, Stipulations, the Parties hereby respectfully submit this Stipulation to Amend Deadlines in January 15, 2016 Order Granting Preliminary Approval of Settlement as to California Class and Approval of Settlement as to Collective and accompanying proposed order:

**STIPULATION**

WHEREAS, the Motion for Preliminary Approval of Settlement as to California Class and Approval of Settlement as to Collective (ECF Docket No. 166), filed by Plaintiffs Olivia Guilbaud, Marques Lilly, Michael Wong, and Michael Smith ("Plaintiffs") in the consolidated matters of lead case Guilbaud, et al. v. Sprint Nextel Corporation, et al., Case No. 3:13-CV-04357-VC, and Smith, et al. v. Sprint/United Management Company, Case No. 3:14-CV-02642-VC, came on for hearing on January 14, 2016 at 10:00 a.m. in Courtroom 4 of the above captioned court, the Honorable Vincent Chhabria presiding. (ECF Docket No. 168.) Defendant Sprint did not oppose the motion.

WHEREAS, at the Preliminary Approval hearing, the Court granted the motion and instructed the Parties to submit a joint proposed order with the schedule setting forth the deadlines for notice and settlement administration as well as the dates and deadlines associated with the Final Approval Hearing. In accordance with these instructions, the Parties filed their Proposed Order Granting Preliminary Approval on Settlement as to California Class and Approval of Settlement as to Collective on January 14, 2016. (ECF Docket No. 169.)

WHEREAS, on January 15, 2016, the Cour granted this order. (ECF Docket No. 70.) The order sets forth the following schedule:

| | |
|---|---|
| Date of preliminary approval of the Settlement as to Class and approval of the Settlement as to the Collective | January 15, 2016 |
| Defendant to provide to Heffler a database containing CMs' contact information | January 25, 2016<br><br>(10 days after entry of order granting preliminary approval of the Settlement as to Class and approval of the Settlement as to the Collective) |

| | |
|---|---|
| Heffler shall provide all Counsel with a final statement listing all CMs and identifying the number of weeks worked and approximate settlement award to each | January 28, 2016<br><br>(5 business days before Class Notices are sent) |
| Heffler mails Class Notice to Class Members | February 4, 2016<br><br>(10 days after Heffler receives CM database) |
| Deadline to postmark requests to opt-out, objections to Settlement, or dispute the information shown in Class Notice pursuant to the instructions set forth in the Class Notice | March 21, 2016<br><br>(45 days after Class Notice is mailed) |
| Class Counsel to provide Defendant's counsel with 2 court days review of final approval motion and fees motion | March 3, 2016 |
| Filing Deadlines for Final Approval Motion and Fees Motion | March 7, 2016<br><br>(At least 14 days before the deadline for objections to the Settlement Agreement) |
| Heffler to provide all counsel with a declaration attesting to completion of the Notice process | April 8, 2016<br><br>(5 days before Final Approval Hearing) |
| Class Counsel to file Heffler's verification that the Class Notice has been completed | April 14, 2016<br><br>(On or before the date of the Final Approval Hearing) |
| Final Approval Hearing | April 14, 2016 at 10:00 a.m. |
| Effective Date | (a) if no objections to the settlement are filed, then the Effective Date shall be 35 days after the Court enters its order granting final approval of the settlement; (b) if objections to the settlement are filed and overruled, and no appeal is taken of the final approval order, then the Effective Date shall be 35 days after the Court enters its order granting final approval of the settlement; or (c) if any appeal is taken from the Court's overruling of objections to the settlement, then the Effective Date shall be 20 days after the appeal is withdrawn or after an appellate decision affirming the final approval decision becomes final and the exhaustion of all possible further appellate review. |
| Defendant to receive wire transfer instructions from Heffler for the Qualified Settlement Fund's bank account and an IRS | 10 business days after Effective Date |

| | |
|---|---|
| Form W-9 for the fund, and then Defendant shall wire the Gross Settlement Fund | |
| Heffler will provide all counsel with a final statement listing all Collective Members as well as identifying the number of weeks worked by and the approximate Settlement award to each Collective Member | 5 days before Notices and settlement awards sent to Collective |
| Fees and costs, Class Representative awards, Class awards, Collective awards (to be accompanied by Collective Notices) to be paid by Heffler | No later than 15 calendar day after receipt of funds from Defendant following Effective Date |
| For any Collective settlement check returned as undeliverable, Heffler attempts to re-mail | (90 day issuance period to be extended for another 90 days) |
| Heffler to stop payment on checks for Class Members that do not timely opt-out and receive a payment but do not cash settlement check and transmit funds to the State of California's Unclaimed Property Fund | 90 days after issuance of awards |
| Settlement Administrator will stop payment on check for Collective Members and such settlement payments will become void | 90 days after issuance of awards |
| For Collective settlement checks deemed void, the Settlement Administrator will return payment to Defendant | 30 days after 90-day deadline |

WHEREAS, following the issuance of the order, issues arose regarding the proper calculation of workweeks for each Class Member and Collective Member, and it took longer than anticipated for the parties to resolve those issues, and as a result, to prepare the necessary Class Member information for notice and administration of the settlement and provide it to the Settlement Administrator. Once the Class Member information was prepared, further issues were raised by the Settlement Administrator that needed to be reexamined. Ultimately, all such issues were resolved on February 9, 2016, instead of the initial January 25, 2016 deadline for providing the Class Member information. As a result, the Settlement Administrator was unable to mail the notices to the Class Members by the initial February 4, 2016 deadline. Instead, notice was mailed on February 19, 2016. The February 19, 2016 mailing date further impacted the deadline for Class Members to postmark requests to opt-out, objections to Settlement, or dispute information shown in the Class Notice. Specifically, this deadline is 45 days from the mailing. The original response deadline was

March 21, 2016. The new deadline is April 4, 2016 based on the actual February 19, 2016 mailing date.  The Parties included this new response date in the mailed notice.

WHEREAS, in light of the foregoing, the Parties agree that the current order does not contemplate sufficient time for notice to and response by Class Members as well as sufficient time for Class Counsel to effectively prepare the Final Approval Motion and Fees Motion.

WHEREAS, in order to accommodate these matters, the Parties propose the following modifications to the current order to prevent any prejudice to either party and Class Members in light of the new developments described herein, while maintaining the original hearing date for the Final Approval Hearing on April 14, 2016.

WHEREAS, in light of the foregoing, the Parties submit this Stipulation to Amend Deadlines in January 15, 2016 Order Granting Preliminary Approval of Settlement as to California Class and Approval of Settlement as to Collective to extend the corresponding deadlines.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel in the above-captioned litigation, that the following amended deadlines be adopted and set in this action:

- Defendant to provide to Heffler a database containing CMs' contact information: **February 9, 2016 (completed)** [current date:  January 25, 2016].
- Heffler shall provide all Counsel with a final statement listing all CMs and identifying the number of weeks worked and approximate settlement award to each: **Completed** [current date: January 28, 2016]
- Heffler mails Class Notice to Class Members: **February 19, 2016 (completed)** [current date: February 4, 2016]
- Deadline to postmark requests to opt-out, objections to Settlement, or dispute the information shown in Class Notice pursuant to the instructions set forth in the Class Notice: **April 4, 2016 (date included in notice to Class Members)** [current: March 21, 2016]
- Class Counsel to provide Defendant's counsel with 2 court days review of final approval motion and fees motion: **March 17, 2016** [current date: March 3, 2016]

1  • Filing Deadlines for Final Approval Motion and Fees Motion: **March 21, 2016** [current date March 7, 2016]

All other dates in the Court's January 15, 2016 Order will remain the same.

IT IS SO STIPULATED.

DATED: February 24, 2016         SCHNEIDER WALLACE
                                 COTTRELL KONECKY WOTKYNS LLP


                                 /s/ *Carolyn Hunt Cottrell*
                                 Carolyn Hunt Cottrell
                                 Attorneys for Plaintiffs, the Proposed Collective and Putative Class

DATED: February 24, 2016         MCGUIREWOODS LLP


                                 /s/ *Matthew C. Kane*
                                 Matthew C. Kane
                                 Attorneys for Defendant SPRINT/UNITED MANAGEMENT COMPANY

# ~~[PROPOSED]~~ ORDER ON STIPULATION

Pursuant to the Parties' Stipulation to Amend Deadlines in January 15, 2016 Order Granting Preliminary Approval of Settlement as to California Class and Approval of Settlement as to Collective, the Court finds good cause and approves the requested stipulation. The Court orders the following amended schedule to govern the deadlines in the litigation:

| | |
|---|---|
| Date of preliminary approval of the Settlement as to Class and approval of the Settlement as to the Collective | January 15, 2016 |
| Defendant to provide to Heffler a database containing CMs' contact information | February 9, 2016<br><br>(10 days after entry of order granting preliminary approval of the Settlement as to Class and approval of the Settlement as to the Collective) |
| Heffler shall provide all Counsel with a final statement listing all CMs and identifying the number of weeks worked and approximate settlement award to each | Completed<br><br>(5 business days before Class Notices are sent) |
| Heffler mails Class Notice to Class Members | February 19, 2016<br><br>(10 days after Heffler receives CM database) |
| Deadline to postmark requests to opt-out, objections to Settlement, or dispute the information shown in Class Notice pursuant to the instructions set forth in the Class Notice | Apraial 4, 2016<br><br>(45 days after Class Notice is mailed) |
| Class Counsel to provide Defendant's counsel with 2 court days review of final approval motion and fees motion | March 17, 2016 |
| Filing Deadlines for Final Approval Motion and Fees Motion | March 21, 2016<br><br>(At least 14 days before the deadline for objections to the Settlement Agreement) |
| Heffler to provide all counsel with a declaration attesting to completion of the Notice process | April 8, 2016<br><br>(5 days before Final Approval Hearing) |
| Class Counsel to file Heffler's verification that the Class Notice has been completed | April 14, 2016 |

| | |
|---|---|
| | (On or before the date of the Final Approval Hearing) |
| Final Approval Hearing | April 14, 2016 at 10:00 a.m. |
| Effective Date | (a) if no objections to the settlement are filed, then the Effective Date shall be 35 days after the Court enters its order granting final approval of the settlement; (b) if objections to the settlement are filed and overruled, and no appeal is taken of the final approval order, then the Effective Date shall be 35 days after the Court enters its order granting final approval of the settlement; or (c) if any appeal is taken from the Court's overruling of objections to the settlement, then the Effective Date shall be 20 days after the appeal is withdrawn or after an appellate decision affirming the final approval decision becomes final and the exhaustion of all possible further appellate review. |
| Defendant to receive wire transfer instructions from Heffler for the Qualified Settlement Fund's bank account and an IRS Form W-9 for the fund, and then Defendant shall wire the Gross Settlement Fund | 10 business days after Effective Date |
| Heffler will provide all counsel with a final statement listing all Collective Members as well as identifying the number of weeks worked by and the approximate Settlement award to each Collective Member | 5 days before Notices and settlement awards sent to Collective |
| Fees and costs, Class Representative awards, Class awards, Collective awards (to be accompanied by Collective Notices) to be paid by Heffler | No later than 15 calendar day after receipt of funds from Defendant following Effective Date |
| For any Collective settlement check returned as undeliverable, Heffler attempts to re-mail | (90 day issuance period to be extended for another 90 days) |
| Heffler to stop payment on checks for Class Members that do not timely opt-out and receive a payment but do not cash settlement check and transmit funds to the State of California's Unclaimed Property Fund | 90 days after issuance of awards |
| Settlement Administrator will stop payment on check for Collective Members and such settlement payments will become void | 90 days after issuance of awards |
| For Collective settlement checks deemed void, the Settlement Administrator will return payment to Defendant | 30 days after 90-day deadline |

IT IS SO ORDERED.

DATED: February 25, 2016  _____
The Honorable Vince Chhabria
United States District Judge, Northern District of California
Putative Class

## SIGNATURE ATTESTASTION

The e-filing attorney hereby attests that concurrence in the content of the document and authorization to file the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

Dated: February 24, 2016                    /s/ *Carolyn Hunt Cottrell*
                                            Carolyn Hunt Cottrell

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2016, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

    Matthew Righetti
    John Glugoski
    Michael Righetti
    Richard Hoyer
    Ryan Hicks
    Matthews Kane
    Michael Mandel
    Sabrina Beldner
    John Van Hook
    Joanne MacMillan

Date: February 24, 2016                     Respectfully Submitted,

                                            /s/ *Carolyn Hunt Cottrell*
                                            Carolyn Hunt Cottrell (SBN 166977)
                                            SCHNEIDER WALLACE
                                            COTTRELL KONECKY WOTKYNS LLP
                                            2000 Powell Street, Suite 1400
                                            Emeryville, California 94608
                                            Telephone: (415) 421-7100
                                            Facsimile:  (415) 421-7105