1  Todd M. Schneider (SBN 158253)
2  Carolyn Hunt Cottrell (SBN 166977)
   Nicole N. Coon (SBN 286283)
3  SCHNEIDER WALLACE
   COTTRELL KONECKY WOTKYNS LLP
4  2000 Powell Street, Suite 1400
   Emeryville, California 94608
5  Tel: (415) 421-7100
   Fax: (415) 421-7105
6  tschneider@schneiderwallace.com
   ccottrell@schneiderwallace.com
7  ncoon@schneiderwallace.com

8  Attorneys for Plaintiffs, the Collective and
   Putative Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OLIVIA GUILBAUD, MARQUES LILLY, AND MICHAEL WONG, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT NEXTEL CORPORATION AND SPRINT/UNITED MANAGEMENT CO., INC.,<br><br>Defendants. | **Lead Case**<br>CASE NO. 3:13-CV-04357-VC<br><br>Hon. Vince Chhabria<br><br><br><br>*Consolidated with*<br><br>CASE NO. 3:14-CV-02642-VC |
| MICHAEL SMITH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY,<br><br>Defendant. | Hon. Vince Chhabria<br><br>**[PROPOSED] JUDGMENT** |

[ADDITIONAL PLAINTIFFS' COUNSEL ON FOLLOWING PAGE]

---

[PROPOSED] JUDGMENT
Lead case *Guilbaud, et al. v. Sprint*, 3:13-CV-04357-VC consolidated with *Smith, et al. v. Sprint*, 3:14-CV-02642-VC

1  Matthew Righetti (SBN 121012)
   John Glugoski (SBN 191551)
2  Michael Righetti (SBN 258541)
   RIGHETTI GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94101
4  Telephone: (415) 983-0900
   Facsimile: (415) 397-9005
5  matt@righettilaw.com
   jglugoski@righettilaw.com
6  mike@righettilaw.com

7  Richard Hoyer (SBN 151931)
   Ryan L. Hicks (SBN 260284)
8  HOYER & HICKS
   Four Embarcadero Center, Suite 1400
9  San Francisco, California 94111
   Telephone: (415) 766-3536
10 Facsimile: (415) 276-1738
   rhoyer@hoyerlaw.com
11 rhicks@hoyerlaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs' Unopposed Motions for Final Approval of Settlement as to California Class and for Attorneys' Fees, Costs, and Service Awards, filed by Plaintiffs Olivia Guilbaud, Marques Lilly, Michael Wong, and Michael Smith ("Plaintiffs") in the consolidated matters of lead case *Guilbaud, et al. v. Sprint Nextel Corporation, et al.*, Case No. 3:13-CV-04357-VC, and *Smith, et al. v. Sprint/United Management Company*, Case No. 3:14-CV-02642-VC, came on for hearing on April 14, 2016 at 10:00 a.m. in Courtroom 4 of the above captioned court, the Honorable Vincent Chhabria presiding.

The Court having previously granted Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement as to California Class and Approval of Settlement as to Collective (Dkt. No. 170), the Parties having fully briefed the issues regarding final approval and attorneys' fees, costs, and service awards, the case having been heard, and the Court having granted final approval of the Settlement,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

Judgment shall be and hereby is entered on the terms set forth in the Court's entered Order Granting Final Approval of Settlement and Awarding Attorneys' Fees, Costs, and Service Awards, which is incorporated herein by this reference as though set forth in full.

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated: _____         _____
                                        HON. VINCENT CHHABRIA
                                        United States District Judge,
                                        Northern District of California