Todd M. Schneider (SBN 158253)
Carolyn Hunt Cottrell (SBN 166977)
Nicole N. Coon (SBN 286283)
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105
tschneider@schneiderwallace.com
ccottrell@schneiderwallace.com
ncoon@schneiderwallace.com

Attorneys for Plaintiffs and the Settlement Collective and Settlement Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA GUILBAUD, MARQUES LILLY, AND MICHAEL WONG, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT NEXTEL CORPORATION AND SPRINT/UNITED MANAGEMENT CO., INC.,<br><br>Defendants. | **Lead Case**<br>CASE NO. 3:13-CV-04357-VC<br><br>Hon. Vince Chhabria |
| MICHAEL SMITH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY,<br><br>Defendant. | *Consolidated with*<br><br>CASE NO. 3:14-CV-02642-VC<br><br>Hon. Vince Chhabria<br><br>**INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**<br><br>Date:  April 14, 2016<br>Time: 10:00 a.m.<br>Courtroom: 4, 17th Floor |

[ADDITIONAL COUNSEL ON FOLLOWING PAGE]

Matthew Righetti (SBN 121012)
John Glugoski (SBN 191551)
Michael Righetti (SBN 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94101
Telephone: (415) 983-0900
Facsimile:  (415) 397-9005
matt@righettilaw.com
jglugoski@righettilaw.com
mike@righettilaw.com

Richard Hoyer (SBN 151931)
Ryan L. Hicks (SBN 260284)
HOYER & HICKS
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3536
Facsimile:  (415) 276-1738
rhoyer@hoyerlaw.com
rhicks@hoyerlaw.com

| | | |
|---|---|---|
| 1 | **Exhibit P01:** | Declaration of Olivia Guilbaud in Support of Plaintiff's Motion for Attorneys' Fees, Costs, and Service Awards |
| 2 | | |
| 3 | **Exhibit P02:** | Declaration of Marques Lilly in Support of Plaintiff's Motion for Attorneys' Fees, Costs, and Service Awards |
| 4 | | |
| 5 | **Exhibit P03:** | Declaration of Michael Wong in Support of Plaintiff's Motion for Attorneys' Fees, Costs, and Service Awards |
| 6 | | |
| 7 | **Exhibit P04:** | Declaration of Michael Smith in Support of Plaintiff's Motion for Attorneys' Fees, Costs, and Service Awards |
| 8 | **Exhibit SW01:** | Declaration of Carolyn Hunt Cottrell in Support of Plaintiff's Motion for Attorneys' Fees, Costs, and Service Awards |
| 9 | | |
| 10 | **Exhibit SW02:** | January 11, 2016 Order Granting Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, and Service Awards *Winans v. Emertis Corporation*, No. 13-cv-03962-HSG (N.D. Cal. 2016) (regarding SWCKW's reasonable hourly rates and fees) |
| 11 | | |
| 12 | | |
| 13 | **Exhibit SW03:** | March 22, 2013 Order Granting Plaintiff's Motion for Attorneys' Fees and Costs *Perez, et al. v. rue21, inc.*, No. CISCV167815 (Cal. Super. Court Santa Cruz County) (regarding SWCKW's reasonable hourly rates and fees) |
| 14 | | |
| 15 | **Exhibit SW04:** | November 8, 2012 Order of Final Approval and Judgment *Williams, et al. v. H&R Block Enterprises, Inc.*, No. RG08366506 (Cal Super. Ct. Alameda County) (regarding SWCKW's reasonable hourly rates and fees) |
| 16 | | |
| 17 | | |
| 18 | **Exhibit SW05:** | February 2, 2012 Order Granting Plaintiffs' Application for an Award of Attorneys' Fees and Costs *Ortiz, et al. v. Home Depot U.S.A., Inc.*, No. 5:09-cv-03485-LHK (N.D. Cal) (regarding SWCKW's reasonable hourly rates and fees) |
| 19 | | |
| 20 | | |
| 21 | **Exhibit SW06:** | November 9, 20122 Order Granting Plaintiffs' Application for an Award of Attorneys' Fees and Costs *Holloway v. Best Buy Co.*, No.C-05-5056 PJH (MEJ) (N.D. Cal) (regarding SWCKW's reasonable hourly rates and fees) |
| 22 | | |
| 23 | **Exhibit SW07:** | Summary of Schneider Wallace Cottrell Konecky Wotkyns LLP, Hoyer & Hicks, and Righetti Glugoski, P.C.'s Combined Lodestar and Costs |
| 24 | | |
| 25 | **Exhibit SW08:** | Summary of Schneider Wallace Cottrell Konecky Wotkyns LLP, Hoyer & Hicks, and Righetti Glugoski, P.C.'s Combined Billing by Project |
| 26 | **Exhibit SW09:** | Summary of Schneider Wallace Cottrell Konecky Wotkyns LLP's Costs by Category with supporting documentation |
| 27 | | |
| 28 | | |

1

INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS
Lead case *Guilbaud, et al. v. Sprint*, 3:13-CV-04357-VC consolidated with *Smith, et al. v. Sprint*, 3:14-CV-02642-VC

| | | |
|---|---|---|
| 1 | **Exhibit SW10:** | Summary of Schneider Wallace Cottrell Konecky Wotkyns LLP's Total Billing by Timekeeper |
| 2 | | |
| 3 | **Exhibit SW11:** | Summary of Schneider Wallace Cottrell Konecky Wotkyns LLP, Hoyer & Hicks, and Righetti Glugoski, P.C.'s Combined Billing for Analysis/Strategy |
| 4 | | |
| 5 | **Exhibit SW12:** | Summary of Schneider Wallace Cottrell Konecky Wotkyns LLP, Hoyer & Hicks, and Righetti Glugoski, P.C.'s Combined Billing for Pleadings |
| 6 | | |
| 7 | **Exhibit SW13:** | Summary of Schneider Wallace Cottrell Konecky Wotkyns LLP, Hoyer & Hicks, and Righetti Glugoski, P.C.'s Combined Billing for Coordination of *Smith* and *Guilbaud* |
| 8 | | |
| 9 | **Exhibit SW14:** | Summary of Schneider Wallace Cottrell Konecky Wotkyns LLP, Hoyer & Hicks, and Righetti Glugoski, P.C.'s Combined Billing for Case Management/Conferences/Status Reports |
| 10 | | |
| 11 | **Exhibit SW15:** | Summary of Schneider Wallace Cottrell Konecky Wotkyns LLP, Hoyer & Hicks, and Righetti Glugoski, P.C.'s Combined Billing for Discovery |
| 12 | | |
| 13 | **Exhibit SW16:** | Summary of Schneider Wallace Cottrell Konecky Wotkyns LLP, Hoyer & Hicks, and Righetti Glugoski, P.C.'s Combined Billing for Communicating/Coordinating Communications with Opt-in Plaintiffs |
| 14 | | |
| 15 | **Exhibit SW17:** | Summary of Schneider Wallace Cottrell Konecky Wotkyns LLP, Hoyer & Hicks, and Righetti Glugoski, P.C.'s Combined Billing for Collective Action Certification |
| 16 | | |
| 17 | | |
| 18 | **Exhibit SW18:** | Summary of Schneider Wallace Cottrell Konecky Wotkyns LLP, Hoyer & Hicks, and Righetti Glugoski, P.C.'s Combined Billing for Settlement Approval Motions |
| 19 | | |
| 20 | **Exhibit SW19:** | Summary of Schneider Wallace Cottrell Konecky Wotkyns LLP, Hoyer & Hicks, and Righetti Glugoski, P.C.'s Combined Billing for Settlement Negotiations and Mediation |
| 21 | | |
| 22 | **Exhibit SW20:** | Summary of Schneider Wallace Cottrell Konecky Wotkyns LLP, Hoyer & Hicks, and Righetti Glugoski, P.C.'s Combined Billing for the *Bui* Action |
| 23 | | |
| 24 | **Exhibit SW21:** | Summary of Schneider Wallace Cottrell Konecky Wotkyns LLP, Hoyer & Hicks, and Righetti Glugoski, P.C.'s Combined Billing for the *Salamanca* Action |
| 25 | | |
| 26 | **Exhibit SW22:** | Summary of Schneider Wallace Cottrell Konecky Wotkyns LLP, Hoyer & Hicks, and Righetti Glugoski, P.C.'s Combined Billing for the *Esquivel* Action |
| 27 | | |
| 28 | | |

2

| | | |
|---|---|---|
| **Exhibit SW23:** | | Summary of Schneider Wallace Cottrell Konecky Wotkyns LLP, Hoyer & Hicks, and Righetti Glugoski, P.C.'s Combined Billing for Miscellaneous |
| **Exhibit SW24:** | | Summary of Schneider Wallace Cottrell Konecky Wotkyns LLP, Hoyer & Hicks, and Righetti Glugoski, P.C.'s Combined Billing for Travel |
| **Exhibit HH01:** | | Declaration of Richard Hoyer in Support of Plaintiff's Motion for Attorneys' Fees, Costs, and Service Awards |
| **Exhibit HH02:** | | January 8, 2015 Order and Judgment in *Jenkins v. Goodwill Industries of the Greater East Bay, Inc.*, No. RG12659632 (Cal. Super. Ct. Alameda County) (regarding HH's reasonable hourly rates and fees) |
| **Exhibit HH03:** | | January 24, 2014 Order and Judgment Granting (1) Final Approval of Settlement; (2) Awarding Attorneys' Fees and Costs to Class Counsel; (3) Awarding Representative Enhancement Awards; and (4) Awarding Reimbursement of Settlement Administration Costs, *Shaghafi v. ValleyCare Health Sys.*, No. RG12618899 (Cal. Super. Ct. Alameda County) (regarding HH's reasonable hourly rates and fees) |
| **Exhibit HH04:** | | December 16, 2015 Order Granting Final Approval of Class Settlement, *Marr v. Poodles, Inc., et al.*, No. CGC-14-537154 (Cal. Super. Ct. S.F. County) (regarding HH's reasonable hourly rates and fees) |
| **Exhibit HH05:** | | November 22, 2013 Order Granting Final Approval of Class Settlement Agreement, Enhancement Award, Attorneys' Fees, and Costs, *Palm v. Sur la Table, Inc.*, No. 13-cv-1250-JCS (N.D. Cal.) (regarding HH's reasonable hourly rates and fees) |
| **Exhibit HH06:** | | Summary of Hoyer & Hicks' Costs by Category with supporting documentation |
| **Exhibit HH07:** | | Summary of Hoyer & Hicks' Total Billing by Timekeeper |
| **Exhibit RG01:** | | Declaration of Matthew Righetti in Support of Plaintiff's Motion for Attorney's Fees, Costs, and Service Awards |
| **Exhibit RG02:** | | October 23, 2001 Amended Order Granting Final Approval Of Class Action Setltlement *Albrecht v. Rite Aid*, No. 729219 (Cal. Super Court, San Diego County) (regarding RG's reasonable hourly rates and fees) |
| **Exhibit RG03:** | | July 16, 2002 Order Awarding Attorneys Fees and Costs *Graubard v. Goodyear*, No. BC230520 (Cal. Super Court, San Diego County) (regarding RG's reasonable hourly rates and fees) |
| **Exhibit RG04:** | | July 17, 2001 Order Approving Class Counsel Fees *Crandall v. U-Haul*, |

3

No. BC178775 (Cal. Super Court, L.A.County) (regarding RG's reasonable hourly rates and fees)

**Exhibit RG05:**   June 12, 2002 Order and Judgment Granting Final Approval of Settlement *Collins v. Aaron Brothers*, No. 208856 (Cal. Super Court, L.A.County) (regarding RG's reasonable hourly rates and fees)

**Exhibit RG06:**   Summary of Righetti Glugoski's Costs by Category

**Exhibit RG07:**   Summary of Righetti Glugoski's Total Billing by Timekeeper

Date: March 21, 2016

Respectfully submitted,

SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP

*/s/ Nicole N. Coon*
CAROLYN HUNT COTTRELL
NICOLE N. COON

Attorneys for Plaintiffs, the Settlement Collective and Settlement Class

4

INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS
Lead case *Guilbaud, et al. v. Sprint*, 3:13-CV-04357-VC consolidated with *Smith, et al. v. Sprint*, 3:14-CV-02642-VC