# EXHIBIT SW09

## Costs Summary
## Schneider Wallace Cottrell Konecky Wotkyns

| **Description** | **Amount** |
|---|---|
| Filing Fees | $1,436.15 |
| Court Hearing Transcripts | $225.05 |
| Mediation | $3,350.00 |
| Claims Administration | $57,105.24 |
| Legal Research | $4,592.62 |
| Messenger Services | $393.00 |
| Overnight Mail & Bulk Mail | $1,556.59 |
| Travel & Transportation | $16.50 |
| In House Copy Costs | $7,054.25 |
| Postage | $238.39 |
| **TOTAL** | **$75,967.79** |











**First Legal Network** LLC

P.O. BOX 844250 LOS ANGELES, CA 90084—4250

TAX ID# 27-3093840

# INVOICE

\*\*\* REPRINT \*\*\*

| Invoice No. | Customer No. |
|---|---|
| 303578 | ▮ |
| **Invoice Date** | |
| 2/15/14 | |
| | |
| | |

SCHNEIDER WALLACE COTTRELL BRAYTON
180 MONTGOMERY ST
STE 2000
SAN FRANCISCO, CA 94104

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|---|---|
| | | | ▮ | 303578 | 2/15/14 | ▮ | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| | | | | | | |
| 2/10/14 | 7005023 | BRG | SCHNEIDER WALLACE COTTRELL BRAYTON | SPRINT/UNITED MANAGEMENT COMPANY | Base Chg : 107.25 | |
| PROCESS-BRANCH 4 DAYS | | | 180 MONTGOMERY ST | 2710 GATEWAY OAKS DRIVE | PDF/OvrNte: 30.00 | |
| | | | SAN FRANCISCO    CA 94104 | SACRAMENTO     CA 95833 | Fuel Chrg : 9.65 | 146.90 |
| | | | Caller: MONICA CLEMENS | | | |
| | | | 14-CV-00327 | | | |
| | | | SMITH V. SPRINT | | | |
| | | | SUMMONS,COMP | | | |
| | | | Signed: BECKY DEGEORGE, PS | Ref: 101030 | | |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network** LLC
P.O. BOX 844250 LOS ANGELES, CA 90084—4250

TAX ID# 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 309619 | To ████ |
| Invoice Date | |
| 4/30/14 | |
| | |
| | |

SCHNEIDER WALLACE COTTRELL BRAYTON
180 MONTGOMERY ST
STE 2000
SAN FRANCISCO, CA 94104

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| ████ | 309619 | 4/30/14 | ████ | 1 |

| Date | Ord'r No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/15/14 | 7027842 | PDF | SCHNEIDER WALLACE COTTRELL BRAYTON   USDC-SACRAMENTO     Base Chg  : | 37.50 | 37.50 |
| PDF COURTESY DELIVERY | | | 180 MONTGOMERY ST                    501 I ST | | |
| | | | SAN FRANCISCO    CA 94104            SACRAMENTO      CA 95814 | | |
| | | | Caller: Monica Clemens | | |
| | | | COURTESY COPIES | | |
| | | | DELIVER CC TO JUDGE | | |
| | | | Signed: DELIVERED                    Ref: CMN 101030 | | |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network** LLC
P.O. BOX 844250 LOS ANGELES, CA 90084–4250

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 309619 | |
| Invoice Date | Tot |
| 4/30/14 | |

TAX ID# 27-3093840

SCHNEIDER WALLACE COTTRELL BRAYTON
180 MONTGOMERY ST
STE 2000
SAN FRANCISCO, CA 94104

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|---|---|
| | | | | 309619 | 4/30/14 | | 3 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 4/29/14 | 7032598 | PDF | SCHNEIDER WALLACE COTTRELL BRAYTON     USDC-SACRAMENTO | | Base Chg : | 25.00 | 25.00 |
| PDF COURTESY DELIVERY | | | 180 MONTGOMERY ST                      501 I ST | | | | |
| | | | SAN FRANCISCO    CA 94104              SACRAMENTO    CA 95814 | | | | |
| | | | Caller: Monica Clemens | | | | |
| | | | 2:14-CV-00327-LKK-AC | | | | |
| | | | SMITH V SPRINT/UNITED MANGNMNT CO. | | | | |
| | | | DELIVER COURTESY CPY | | | | |
| | | | Signed: DELIVERED                     Ref: CMN 101030 | | | | |

**INVOICE PAYMENT DUE UPON RECEIPT**



# First Legal Network LLC
P.O. BOX 844250 LOS ANGELES, CA 90084—4250

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 310739 | █████ |
| Invoice Date | Total Due |
| 5/15/14 | █████ |
| | |
| | |

TAX ID# 27-3093840

SCHNEIDER WALLACE COTTRELL BRAYTON
180 MONTGOMERY ST
STE 2000
SAN FRANCISCO, CA 94104

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | █████ | 310739 | 5/15/14 | █████ | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| | | | ███████████████████████████ | | | |
| 5/14/14 | 7038343 | PDF | SCHNEIDER WALLACE COTTRELL BRAYTON   USDC-SACRAMENTO | Base Chg : | 37.50 | 37.50 |
| PDF COURTESY DELIVERY | | | 180 MONTGOMERY ST                 501 I ST | | | |
| | | | SAN FRANCISCO    CA 94104         SACRAMENTO    CA 95814 | | | |
| | | | Caller: Monica Clemens | | | |
| | | | 2:14-CV-00327-LKK-AC | | | |
| | | | SMITH V SPRINT/UNITED MNGMNT CO. | | | |
| | | | NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION | | | |
| | | | DELIVER BY NOON TO | | | |
| | | | Signed: DELIVERED              Ref: CMN 101030 | | | |

Invoice Amount:
Fees Advanced:
**Total** Amount Due: █████

| | Total | 389.01 |
|---|---|---|

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network** LLC
P.O. BOX 844250 LOS ANGELES, CA 90084—4250

# INVOICE



| Invoice No. | 311959 |
|---|---|
| Invoice Date | 5/31/14 |

TAX ID# 27-3093840

SCHNEIDER WALLACE COTTRELL BRAYTON
180 MONTGOMERY ST
STE 2000
SAN FRANCISCO, CA 94104

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| | 311959 | 5/31/14 | | 1 |

| Date | Ord No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|



| Date | Ord No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 5/16/14<br>PDF COURTESY | 7039367<br>DELIVERY | PDF | SCHNEIDER WALLACE COTTRELL BRAYTON   USDC-SACRAMENTO<br>180 MONTGOMERY ST                           501 I ST<br>SAN FRANCISCO    CA 94104              SACRAMENTO    CA 95814<br>Caller: Monica Clemens<br>2:14-CV-00327-LKK-AC<br>SMITH V SPRINT/UNITED MANAGEMENT CO<br>NOTICE OF FILING CONSENT TO JOIN COLLECTIVE ACTION<br>DELIVER COURTESY COP<br>Signed: DELIVERED                         Ref: 101030 | Base Chg :   37.50 | 37.50 |
| | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT



ONLINE COURT SERVICES
504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

# Paid Invoice Receipt

| Date | 3/5/2015 |
|---|---|
| Acct. No. | 0010141 |
| Cash Sale # | 00186377 |
| Due Date | |

**Bill To**

Schneider Wallace Cottrell Brayton Konecky ...
180 Montgomry
Suite 2000
San Francisco CA 94104

Sales Order:      7527025

Firm Contact:    Nicole N. Coon

Filer Name:       Francine M McGinity

Billing Code:     101030

Plaintiff:          Viet Bui, et al.

Defendant:       Sprint Corporation, et al.

Documents:      Ex-Parte Application, Declaration of Carolyn H. Cottrell, Declaration of
Matthew Righetti ISO, Proposed Order
Court Branch:    United States District Court, Eastern District of California

Target:

**Served:**

**Serve Info:**

| Item | Amount |
|---|---|
| **Court Filing Area Surcharge** | **19.95** |
| **Courtesy Copy with Filing Service** | **26.95** |
| | |
| **Total** | **$46.90** |

**Balance Due**        **$**



# Invoice

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| Date | 12/8/2015 |
|---|---|
| Acct. No. | 0010141 |
| Invoice # | 10460351 |
| Due Date | 12/8/2015 |

**Bill To**

Schneider Wallace Cottrell Konecky Wotkyns
2000 Powell Street
Suite 1400
Emeryville CA 94608

Sales Order:    10002080

Firm Contact:   Carolyn Cottrell

Filer Name:     John Hwang

Billing Code:   101030

Plaintiff:      Michael Smith

Defendant:      Sprint

Documents:      Motion, Exhibits, Declaration, Proposed Order

Court Branch:   United States District Court, Northern District of California

Target:

**Served:**

**Serve Info:**

| Item | Amount |
|---|---|
| **Courtesy Copy** | **26.95** |
| | |
| **Total** | **$26.95** |

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.6% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

**Balance Due** | **$26.95**

NE LEGAL

# Paid Invoice Receipt

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| Date | 1/15/2016 |
|---|---|
| Acct. No. | 0010141 |
| Cash Sale # | 00391178 |
| Due Date | |

**Bill To**

Schneider Wallace Cottrell Konecky Wotkyns
2000 Powell Street
Suite 1400
Emeryville CA 94608

---

Sales Order:     10068330

Firm Contact:    Carolyn Cottrell

Filer Name:      Edith Sanchez

Billing Code:    Sprint

Plaintiff:       Michael Smith

Defendant:       Sprint

Documents:       Proposed Order, Exhibits, Exhibits, Exhibits

Court Branch:    United States District Court, Northern District of California

Target:

**Served:**

**Serve Info:**

---

| Item | Amount |
|---|---|
| **Urgent Service - Court Filing** | **50.95** |
| **Courtesy Copy** | **26.95** |
| | |
| **Total** | **$77.90** |

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.6% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

**Balance Due**     $

**BankAmericard** | **Rewards®**


**Bank of America**

TODD M SCHNEIDER
Account Number: ███████████
January 10 - February 8, 2014

**Account Information:**
www.bankofamerica.com

**Mail billing inquiries to:**
Bank of America
P.O. Box 982235
El Paso, TX 79998-2235

**Mail payments to:**
Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

**Customer Service:**
1.800.789.6701

(1.800.346.3178 TTY)

**Transactions**

08    0569944100157400015000000005490351709967858

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886-5019

TODD M SCHNEIDER
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA 94104-4207

Enter payment amount    $

☐ *Check here for a change of mailing address or phone numbers.*
*Please provide all corrections on the reverse side.*
**Mail this coupon along with your check payable to: Bank of America**

**Transactions** continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| 01/31 | 02/01 | US DISTRICT COURT CAED 916-930-4027 CA | 4804 | 7858 | 400.00 | |

**BankAmericard** | **Rewards®**                    **Bank of America**

TODD SCHNEIDER
Account Number: ▓▓▓▓▓▓▓▓
January 10 - February 12, 2015

**Account Information:**
www.bankofamerica.com

**Mail billing inquiries to:**
Bank of America
P.O. Box 982235
El Paso TX  79998-2235

**Mail payments to:**
Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

**Customer Service:**
1.800.421.2110

(1.800.346.3178 TTY)

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|

12     07332526001926000278979500054903517099678858

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886-5019

TODD SCHNEIDER
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

☐ Check here for a change of mailing address or phone numbers.
  Please provide all corrections on the reverse side.
**Mail this coupon along with your check payable to: Bank of America**

⑈524022250⑈   0000170996785811⑈

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | Purchases and Adjustments | | | | |
| 01/29 | 01/30 | US DISTRICT COURT NDCA   415-522-4621 CA | 3482 | 7858 | 400.00 | |



ECHO REPORTING, INC.

4455 MORENA BOULEVARD
SUITE 104
SAN DIEGO, CA 92117
(858)453-7590

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/5/14 | 29959 |

| Bill To |
|---------|
| SCHNEIDER, WALLACE, COTTRELL, KONECKY, <br> 180 MONTGOMERY STREET, SUITE 2000 <br> SAN FRANCISCO, CA 94104 <br> ATTN:  TODD SCHNEIDER, ESQ. <br> (415) 421-7100 |

| Date Ordered | Criminal/Civil | Terms | Date Delivered |
|--------------|----------------|-------|----------------|
| 12/05/14 | CIVIL | UPON RECEIPT | 12/5/14 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 22 | GUILBAUD VS. SPRINT <br> Case No. C 13-04357-VC <br> Held in San Francisco, California <br> Before the Honorable Vince Chhabria <br> 11/20/14 Transcript of Proceedings <br> COPY AS PER ORDER | 1.20 | 26.40 |

CERTIFICATION ~ I certify that the transcript fees charged and
page format used comply with the requirements of this court and
the Judicial Conference of the United States.

/s/ Tara Bauer

Additional Information ~ Full price may be charged only if the transcript is delivered within
the required time frame. For Example, if an order for expedited transcript is not completed
and delivered within (7) calendar days, payment would be for 14-day delivery rate.

| **Total** | $26.40 |
|-----------|--------|

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| **INVOICE** | NUMBER<br>2014-0042 |
|---|---|

| TO:   Sam Marks<br>Schneider, Wallace, Cottrell, Konecky, LLP<br>180 Montgomery Street  Suite 2000<br>San Francisco, CA 94104 | MAKE CHECK PAYABLE TO:<br><br>Margaret "Margo" Gurule<br>430 Gennessee Street<br>San Francisco, CA 94127 |
|---|---|
| PHONE:   (415) 422-1710<br><br>FAX: | PHONE:   (415) 504-4204 |

| **TRANSCRIPTS** | | |
|---|---|---|
| ☐ CRIMINAL   ✔ CIVIL | DATE ORDERED<br>10/03/2014 | DATE DELIVERED<br>10/07/2014 |

IN THE MATTER OF (CASE NUMBER AND TITLE)
Case No. 13-cv-04357 VC - GUILBAUD V. SPRINT NEXTEL CORPORATION

| **CHARGES** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | 41 | 4.85 | 198.85 | | | 0.00 | | | 0.00 | 198.85 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date):   10/02/2014 | **TOTAL** | 198.85 |
|---|---|---|

| TRANSCRIPT OF PROCEEDINGS OF OFFICIAL ELECTRONIC SOUND RECORDING HEARING ON MOTION TO CERTIFY CLASS NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND TO FACILITATE NOTICE UNDER 29 | LESS DISCOUNT FOR LATE DELIVERY | |
|---|---|---|
| | ADD AMOUNT OF DEPOSIT | |
| | **AMOUNT DUE (OR REFUND)** | 198.85 |

## ADDITIONAL INFORMATION
Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>/s/ Margo Gurule | DATE<br>10/07/2014 |
|---|---|

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

Print        Save As...                                Reset



# INVOICE

|  | Invoice Date | Invoice Number |
|---|---|---|
|  | **06/10/15** | **0003471422-100** |

To:   **Carolyn H. Cottrell, Esq.**
      **Schneider Wallace Cottrell Konecky LLP**
      **180 Montgomery St.**
      **Suite 2000**
      **San Francisco, CA 94104**

| | |
|---|---|
| Reference #: | **1100081039** SBC |
| Billing Specialist: | **Glenn Mason** |
| Email: | **gmason@jamsadr.com** |
| Telephone: | **(949) 224-4654** |
| Employer ID: | **68-0542699** |

RE:   **Guilbaud, Olivia, et al. vs. Sprint Nextel Corporation, et al.**

Representing:   **Olivia Guilbaud**                              Neutral(s):        **Hon. Edward Infante (Ret.)**

Hearing Type:   **Mediation**                                                                                   **Rep# 1**

| Date/ Time | Description | Hours | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
| 07/27/15 9:00:00AM | Hon. Edward Infante (Ret.) Session Time | 8.00 | 12,000.00 | 3 | 3,000.00 |
| 06/10/15 | Case Management Fee | | | | 137.50 |

|  |  |  |
|---|---|---|
| Fees |  | 3,137.50 |
| Total | $ | 3,137.50 |
| Outstanding Balance as of  06/10/15 | $ | 3,137.50 |

---

Invoice total is based on the fee split agreed upon by all parties.  If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

Standard mail:
**File 1750**
**1801 W. Olympic Blvd.**
**Pasadena, CA 91199-1750**

Overnight mail:
**1920 Main St. Suite 300**
**Irvine, CA 92614**



# INVOICE

| | Invoice Date | Invoice Number |
|---|---|---|
| | **07/29/15** | **0003505630-100** |

To:  **Carolyn H. Cottrell, Esq.**
　　 **Schneider Wallace Cottrell Konecky LLP**
　　 **180 Montgomery St.**
　　 **Suite 2000**
　　 **San Francisco, CA 94104**

| Reference #: | **1100081039** | SBC |
|---|---|---|
| Billing Specialist: | **Glenn Mason** | |
| Email: | **gmason@jamsadr.com** | |
| Telephone: | **(949) 224-4654** | |
| Employer ID: | **68-0542699** | |

RE:　 **Guilbaud, Olivia, et al. vs. Sprint Nextel Corporation, et al.**

Representing:　**Olivia Guilbaud**　　　　　　　Neutral(s):　　**Hon. Edward Infante (Ret.)**

Hearing Type:　**Mediation**　　　　　　　　　　　　　　　　　　**Rep# 1**

| Date/ Time | Description | Hours | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
| 07/27/15 9:00:00AM | Hon. Edward Infante (Ret.) Additional Session Time | 1.00 | 850.00 | 3 | 212.50 |

| | | |
|---|---|---|
| Fees | | 212.50 |
| Total | $ | 212.50 |
| Outstanding Balance as of 07/29/15 | $ | 3,350.00 |

Invoice total is based on the fee split agreed upon by all parties.  If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

| Standard mail: | Overnight mail: |
|---|---|
| **File 1750** | **1920 Main St. Suite 300** |
| **1801 W. Olympic Blvd.** | **Irvine, CA 92614** |
| **Pasadena, CA 91199-1750** | |



**Heffler Claims**
Group

January 29, 2015

Carolyn Cottrell
**Schneider, Wallace, Cottrell, Konecky LLP**
1800 Montgomery Street, Suite 2000
San Francisco, CA 94104

Re:     **Guilbaud/Smith v Sprint**

<u>INVOICE</u>

Invoice for administration services through December 31, 2014:

| | |
|---|---:|
| Database Management: | $ 1,500.00 |
| Develop Class Intake List: | 150.00 |
| Set-up, Format & Proof notice: | 500.00 |
| Submit list to NCOA & Process: | 100.00 |
| Notices mailed (23,432 @ $0.35[1]): | 8,201.20 |
| Return notice processing (1,075 @ $0.25): | 268.75 |
| Re-mail notices (25 @ $1.25): | 31.25 |
| Correspondence (8 @ $1.00): | 8.00 |
| Generate email list: | 400.00 |
| Release email blast (23,260 @ $0.10): | 2,326.00 |
| Website-set-up: | 5,000.00 |
| Monthly maintenance (1 @ $175.00): | 175.00 |
| Call center IVR design: | 1,250.00 |
| IVR usage (317 @ $0.32): | 101.44 |
| Call agents set-up: | 500.00 |
| Call agent time (15 @ $0.75): | 11.25 |
| Hard copy of opt-in form (78 @ $2.50): | 195.00 |
| On-line opt-in forms (716 @ $1.00): | 716.00 |
| Project Management (21 @ $150.00): | 3,150.00 |
| Staff (10 @ $80.00): | 800.00 |
| Clerical (5 @ $65.00): | 325.00 |
| Scanning (1,075 @ $0.15): | 161.25 |
| Data storage (mail list and returns (23,432 + 1,075 @ $0.00175): | 42.89 |

---

[1] The quoted price was based on a volume of 30,000 for the mailing of the notice. The actual volume was less thus the unit price from the printer increased.

Todd M. Schneider
January 26, 2015

| | |
|---|---|
| P.O. Box: | 171.00 |
| Sales tax, shipping: | 491.76 |
| Telephone: | 50.00 |
| Postage: | 9,795.23 |
| **Amount Due:** | **$36,421.02** |

Please submit payments to:
Heffler Claims Group
1515 Market Street, Suite 1700
Philadelphia, PA 19102
If you wish to make payment by wire, please send an e-mail to the
Project Manager requesting the wire instructions.  Thank you.



**Heffler Claims**
Group

February 16, 2015

Carolyn Cottrell
**Schneider, Wallace, Cottrell, Konecky LLP**
1800 Montgomery Street, Suite 2000
San Francisco, CA 94104

Re:      **Guilbaud/Smith v Sprint**

<u>**INVOICE**</u>

Invoice for administration services through January 31, 2015:

| | |
|---|---:|
| Return notice processing (515 @ $0.25): | $ 128.75 |
| Skip-trace  (1,550 @ $0.25): | 387.50 |
| Re-mail notices (652 @ $1.25): | 815.00 |
| Correspondence (8 @ $1.00): | 8.00 |
| Monthly maintenance (1 @ $175.00): | 175.00 |
| Changes to forms on website (6 @ $150.00): | 900.00 |
| IVR time (20 @ $0.32): | 6.40 |
| Hard copy of opt-in form (277 @ $2.50): | 692.50 |
| On-line opt-in forms (537 @ $1.00): | 537.00 |
| Project Management (8.75 @ $150.00): | 1,312.50 |
| Staff (18.25 @ $80.00): | 1,460.00 |
| Clerical (18 @ $65.00): | 1,170.00 |
| Technical (3 @ $150.00): | 450.00 |
| Scanning (515 @ $0.15): | 77.25 |
| Data storage (mail list and returns (25,022 @ $0.00175): | 43.79 |
| Locator services: | 112.93 |
| Telephone: | 50.00 |
| Postage: | 322.56 |
| **Amount Due:** | **$8,649.18** |

Please submit payments to:
Heffler Claims Group
1515 Market Street, Suite 1700
Philadelphia, PA 19102
If you wish to make payment by wire, please send an e-mail to the
Project Manager requesting the wire instructions.  Thank you.



**Heffler Claims**
Group

March 30, 2015

Carolyn Cottrell
**Schneider, Wallace, Cottrell, Konecky LLP**
1800 Montgomery Street, Suite 2000
San Francisco, CA 94104

Re:     **Guilbaud/Smith v Sprint**

<u>**INVOICE**</u>

Invoice for administration services through February 28, 2015:

| | |
|---|---:|
| Request for notice (5 @ $1.25): | $  6.25 |
| Skip-trace  (-300 @ $0.25): | (75.00) |
| Correspondence (3 @ $1.00): | 3.00 |
| Website monthly maintenance (1 @ $175.00): | 175.00 |
| IVR time (5 @ $0.32): | 1.60 |
| Hard copy of opt-in form (65 @ $2.50): | 162.50 |
| On-line opt-in forms (222 @ $1.00): | 222.00 |
| Project Management (12.5 @ $150.00): | 1,837.50 |
| Staff (6 @ $80.00): | 480.00 |
| Clerical (8.5 @ $65.00): | 552.50 |
| Technical (4 @ $150.00): | 600.00 |
| Scanning (435 @ $0.15): | 65.25 |
| Data storage (mail list and returns (25,305 @ $0.00175): | <u>44.28</u> |
| **Amount Due:** | <u>**$4,074.88**</u> |

<u>Please submit payments to:</u>
Heffler Claims Group
1515 Market Street, Suite 1700
Philadelphia, PA 19102
If you wish to make payment by wire, please send an e-mail to the
Project Manager requesting the wire instructions.  Thank you.



**Heffler Claims**
Group

April 10, 2015

Carolyn Cottrell
**Schneider, Wallace, Cottrell, Konecky LLP**
1800 Montgomery Street, Suite 2000
San Francisco, CA 94104

Re:    **Guilbaud/Smith v Sprint**

<u>**INVOICE**</u>

Invoice for administration services through March 31, 2015:

| | |
|---|---:|
| Returned notices (239 @ $0.25): | $   59.75 |
| Re-mail returned notices  (-3 @ $1.25): | (3.75) |
| Correspondence (7 @ $1.00): | 7.00 |
| Website monthly maintenance (1 @ $175.00): | 175.00 |
| Hard copy of opt-in form (46 @ $2.50): | 115.00 |
| On-line opt-in forms (155 @ $1.00): | 155.00 |
| Project Management (11.75 @ $150.00): | 1,762.50 |
| Staff (15 @ $80.00): | 1,200.00 |
| Clerical (2 @ $65.00): | 130.00 |
| Scanning (296 @ $0.15): | 44.40 |
| Data storage (mail list and returns (25,605 @ $0.00175): | 44.81 |
| | |
| Out of pocket expenses: | |
| Photocopies: | <u>0.25</u> |
| | |
| <u>**Amount Due:**</u> | <u>**$3,689.96**</u> |

<u>Please submit payments to:</u>
Heffler Claims Group
1515 Market Street, Suite 1700
Philadelphia, PA 19102
If you wish to make payment by wire, please send an e-mail to the
Project Manager requesting the wire instructions.  Thank you.



**Heffler Claims**
Group

May 28, 2015

Carolyn Cottrell
**Schneider, Wallace, Cottrell, Konecky LLP**
1800 Montgomery Street, Suite 2000
San Francisco, CA 94104

Re:     **Guilbaud/Smith v Sprint**

<u>**INVOICE**</u>

Invoice for administration services through April 30, 2015:

| | |
|---|---:|
| Returned notices (15 @ $0.25): | $   3.75 |
| Correspondence (4 @ $1.00): | 4.00 |
| Website monthly maintenance (1 @ $175.00): | 175.00 |
| Monthly phone (1 @ $50.00) | 50.00 |
| Hard copy of opt-in form (18 @ $2.50): | 45.00 |
| Project Management (4.25 @ $150.00): | 637.50 |
| Staff (1.00 @ $80.00): | 80.00 |
| Clerical (2.5 @ $65.00): | 162.50 |
| Scanning (37 @ $0.15): | 5.55 |
| Data storage (mail list and returns (25,625 @ $0.00175): | 44.87 |

<u>**Amount Due:**</u>                                                         <u>**$1,208.17**</u>

<u>Please submit payments to:</u>
Heffler Claims Group
1515 Market Street, Suite 1700
Philadelphia, PA 19102
If you wish to make payment by wire, please send an e-mail to the
Project Manager requesting the wire instructions.  Thank you.



**Heffler Claims**
Group

June 24, 2015

Carolyn Cottrell
Schneider, Wallace, Cottrell, Konecky LLP
1800 Montgomery Street, Suite 2000
San Francisco, CA 94104

Re:     **Guilbaud/Smith v Sprint**

<u>**INVOICE**</u>

Invoice for administration services through May 31, 2015:

| | |
|---|---:|
| Correspondence (8 @ $1.00): | $8.00 |
| Hard Copy of opt-in form (2 @ $2.50) | 5.00 |
| Website monthly maintenance (1 @ $175.00): | 175.00 |
| Monthly phone (1 @ $50.00) | 50.00 |
| Project Management (7.75 @ $150.00): | 1,162.50 |
| Staff (.5 @ $80.00): | 40.00 |
| Scanning (10 @ $0.15): | 1.50 |
| Data storage (mail list and returns (25,652 @ $0.00175): | 44.89 |
| | |
| Out of pocket expenses: | |
|     PO Box rental | 171.00 |
|     Technology, sales tax, shipping, locator services | 200.00 |
|     Photocopies | 1.00 |
| | |
| <u>**Amount Due:**</u> | <u>**$1,858.89**</u> |

<u>Please submit payments to:</u>
Heffler Claims Group
1515 Market Street, Suite 1700
Philadelphia, PA 19102
If you wish to make payment by wire, please send an e-mail to the
Project Manager requesting the wire instructions.  Thank you.



# Heffler Claims
## Group

July 28, 2015

Carolyn Cottrell
Schneider, Wallace, Cottrell, Konecky LLP
1800 Montgomery Street, Suite 2000
San Francisco, CA 94104

Re:     **Guilbaud/Smith v Sprint**

<u>**INVOICE**</u>

Invoice for administration services through June 30, 2015:

| | |
|---|---:|
| Correspondence (2 @ $1.00): | $2.00 |
| Website monthly maintenance (1 month @ $175.00): | 175.00 |
| Monthly phone (1 hour @ $50.00) | 50.00 |
| Project Management (2 hours @ $150.00): | 300.00 |
| Staff (3.75 hours @ $80.00): | 300.00 |
| Clerical (2 hours @ $65): | 130.00 |
| Scanning (2 @ $0.15): | 0.30 |
| Data storage mail list and returns (25,654 @ $0.00175): | 44.89 |
| | |
| Out of pocket expenses: | |
|     Envelopes | 0.95 |
|     Technology, sales tax, shipping, locator services | <u>200.00</u> |
| | |
| | |
| <u>**Amount Due:**</u> | <u>**$1,203.14**</u> |

<u>Please submit payments to:</u>
Heffler Claims Group
1515 Market Street, Suite 1700
Philadelphia, PA 19102
If you wish to make payment by wire, please send an e-mail to the
Project Manager requesting the wire instructions.  Thank you.



**PACER**
Public Access to Court Electronic Records

# INVOICE

Invoice Date:   04/07/2014
Usage From:   01/01/2014   to:   03/31/2014

Account Summary

**Pages:**
Rate:
Subtotal:

**Audio Files:**
Rate:
Subtotal:

**Current Billed Usage:**

**Previous Balance:**
Current Balance:

Account #:
Invoice #:
Due Date:
Amount Due:

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours:  8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See www.pacer.gov/billing for
detailed billing transactions,
instructions for disputing
transactions, FAQs and more.

It's quick and easy to pay your
bill online with a credit card. Visit
the **Manage My PACER Account**
section of the PACER Service
Center web site at
**www.pacer.gov**

The PACER Federal Tax ID is:
**74-2747938**

**Total Amount Due:**  $

### Account Security Information

This summer, improvements to the PACER system will include the addition of a self-service
login retrieval and password reset feature. Once this feature is in place, all PACER accounts
will be required to have a valid email address, security question/answer, and a date of birth on
file. Please verify that your PACER account contains the required information by July 1, 2014.
Follow these steps:

   1) Go to www.pacer.gov and log in to Manage My PACER Account.
   2) Under Maintenance Options, select Set Security Information.
   3) Add any missing information, including email address, security question & answer, and
      date of birth; then click Submit.

 If you need assistance with these updates, please call the PACER Service Center at
 (800) 676-6856, or email us at pacer@psc.uscourts.gov.

Questions about the invoice?
Visit **www.pacer.gov/billing**

---

*Please detach the coupon below and return with your payment.*  **Thank you!**



**PACER**
Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
|  | 05/08/2014 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars
payable to: PACER Service Center. Include your account ID on the check or money
order.

This account is registered for automatic billing.  The total amount due,
$2,054.60, will be charged to the credit card on file up to 7 days before the due
date.  Charges will appear on your credit card statement as: PACER
800-676-6856 IR.

*Visit http://www.pacer.gov for address changes.*

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

Schneiderwallacecottrellbraytonkonecky
Todd M. Schneider
180 Montgomery St
Suite 2000
San Francisco, CA 94104

| Client Code | Pages | Audio | Cost | Matter |
|---|---|---|---|---|
| 101030 | 120 | 0 | $12.00 | Smith v Sprint |





# PACER
Public Access to Court Electronic Records

# INVOICE

**Account Summary**

| | |
|---|---|
| Invoice Date: | 07/03/2014 |
| Usage From: | 04/01/2014   to:   06/30/2014 |

**Account #:**

**Invoice #:**

**Due Date:**

**Amount Due:**

**Pages:**
Rate:
Subtotal:

**Audio Files:**
Rate:
Subtotal:

**Current Billed Usage:**

**Previous Balance:**

Current Balance:

**Total Amount Due:** ➡

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours:  8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See www.pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My PACER Account** section of the PACER Service Center web site at
**www.pacer.gov**

The PACER Federal Tax ID is:
**74-2747938**

Questions about the invoice?
Visit **www.pacer.gov/billing**

## PACER Down Time
Some PACER functions will be down for maintenance in order to implement website enhancements. NOTE: This service interruption will not affect your e-filing privileges.

**What Will Be Unavailable:**

All of PACER (including search and login functions)
Sunday, August 10, 8 AM–12PM CT

Manage My Account and Manage My Appellate Filer Account
Friday, August 8, 6 PM CT–Sunday, August 10, 12 PM CT

All services will be back online and functioning normally by Monday, August 11, 5 AM CT.
Please check pacer.gov for updates as well as additional information.

*Please detach the coupon below and return with your payment.* **Thank you!**



# PACER
Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
 | 08/08/2014 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $2,033.40, will be charged to the credit card on file up to 7 days before the due date.  Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit http://www.pacer.gov for address changes.*

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

Todd M. Schneider
180 Montgomery St
Suite 2000
San Francisco, CA 94104

| Client Code | Pages | Audio | Cost | Matter |
|---|---|---|---|---|
|  | | | | |
| 101030 | 50 | 0 | $5.00 | Smith v Sprint |



**Public Access to Court Electronic Records**

# Invoice

Invoice Date: 10/07/2014

Usage From: 07/01/2014    to: 09/30/2014

| Account #: | ███ |
| Invoice #: | 2637106-Q32014 |
| Due Date: | 11/08/2014 |
| Amount Due: | ███ |

**Account Summary**

**Pages:**
Rate:
Subtotal:

**Audio Files:**
Rate:
Subtotal:

**Current Billed Usage:**

**Previous Balance:**

Current Balance:

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours:  8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

**Total Amount Due:**  ███

See www.pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My PACER Account** section of the PACER Service Center web site at **www.pacer.gov**

The PACER Federal Tax ID is: **74-2747938**

Questions about the invoice?
Visit **www.pacer.gov/billing**

### Enhancements to PACER Administrative Accounts (PAAs)

Enhancements have been made to options under the PAA Maintenance and Usage tabs at pacer.gov (Manage My Account) that include the following:

· The Remove PACER Account from My PAA option now has searchable fields, which allows easier access to the account(s) to be removed from a PAA. You can search by the 7-digit account number, contact name, or status of an account.
· A Download List of All My PACER Accounts option is now available for easy viewing of all accounts. Under this option, there is a pipe delimited format option for raw data, and a comma separated format option for a spreadsheet.
· New options for zipping usage reports allow for quicker downloading times.

In addition, new FAQs for PAA-related questions are located under the PACER tab at https://www.pacer.gov/psc/faq.html. Also, an updated PAA User Manual can be downloaded at www.pacer.gov/documents/paausermanual.pdf.

---

*Please detach the coupon below and return with your payment.*  **Thank you!**



**Public Access to Court Electronic Records**

| Account # | Due Date | Amount Due |
|---|---|---|
| ███ | 11/08/2014 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due will be charged to the credit card on file up to 7 days before the due date.  Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit http://www.pacer.gov for address changes.*

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

Schneiderwallacecottrellbraytonkonecky
Todd M Schneider
180 Montgomery St
Suite 2000
San Francisco, CA 94104

| Client Code | Pages | Audio | Cost | Matter |
|---|---|---|---|---|
| 101030 | 216 | 0 | $21.60 | Smith v Sprint |



## PACEP
Public Access to Court Electronic Records

# Invoice

Invoice Date: 01/07/2015

Usage From: 10/01/2014    to: 12/31/2014

Account Summary

| | |
|---|---|
| Account #: | ██████ |
| Invoice #: | 2637106-Q42014 |
| Due Date: | 02/08/2015 |
| Amount Due: | ██████ |

**Pages:**
Rate:
Subtotal:

**Audio Files:**                                    0
Rate:
Subtotal:

**Current Billed Usage:**

**Previous Balance:**

Current Balance:

### Total Amount Due: ➡ ████

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours:  8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See www.pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My PACER Account** section of the PACER Service Center web site at **www.pacer.gov**

The PACER Federal Tax ID is: **74-2747938**

Questions about the invoice?
Visit **www.pacer.gov/billing**

### NextGen CM/ECF

In the coming months, some courts will be preparing to implement the next generation (NextGen) CM/ECF system. To learn more about NextGen CM/ECF, and how it may affect you and your firm/office, visit the NextGen information page at pacer.gov/nextgen.

· **NextGen Help** (pacer.gov/nextgen): Provides general information about NextGen conversion
· **Electronic Learning Modules** (pacer.gov/ecfcbt/cso/index.html): Provides user training for new NextGen features
· **NextGen CM/ECF FAQs** (pacer.gov/psc/hfaq.html): Answers common NextGen-related questions
· **Court Links** (pacer.gov/psco/cgi-bin/links.pl): Lists all courts and notes NextGen CM/ECF-converted courts

---

*Please detach the coupon below and return with your payment.* **Thank you!**



## PACEP
Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| ██████ | 02/08/2015 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, ██████ will be charged to the credit card on file up to 7 days before the due date.  Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit http://www.pacer.gov for address changes.*

Schneider Wallace Cottrell Konecky Wotkyns
Todd M Schneider
180 Montgomery St
Suite 2000
San Francisco, CA 94104

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

| Client Code | Pages | Cost | Matter |
|---|---|---|---|
| 101030 | 186 | $18.60 | Smith v Sprint |



## PACER
Public Access to Court Electronic Records

# INVOICE

Invoice Date: 04/06/2015
Usage From:  01/01/2015      to: 03/31/2015

## Account Summary



Account #:
Invoice #:
Due Date:
Amount Due:

**Pages:**
Rate:
Subtotal:

**Audio Files:**
Rate:
Subtotal:

**Current Billed Usage:**

**Previous Balance:**

Current Balance:

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours:  8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

**Total Amount Due:** 

See www.pacer.gov/billing for
detailed billing transactions,
instructions for disputing
transactions, FAQs and more.

It's quick and easy to pay your
bill online with a credit card. Visit
the **Manage My PACER Account**
section of the PACER Service
Center web site at
**www.pacer.gov**

The PACER Federal Tax ID is:
**74-2747938**

### NextGen CM/ECF

In the coming months, some courts will be preparing to implement the next generation
(NextGen) CM/ECF system. To learn more about NextGen CM/ECF, and how it may affect you
and your firm/office, visit the NextGen information page at pacer.gov/nextgen.

· **NextGen Help** (pacer.gov/nextgen): Provides general information about NextGen
conversion
· **Electronic Learning Modules** (pacer.gov/ecfcbt/cso/index.html): Provides user training
for new NextGen features
· **NextGen CM/ECF FAQs** (pacer.gov/psc/hfaq.html): Answers common NextGen-related
questions
· **Court Links** (pacer.gov/psco/cgi-bin/links.pl): Lists all courts and notes NextGen
CM/ECF-converted courts

Questions about the invoice?
Visit **www.pacer.gov/billing**

---

*Please detach the coupon below and return with your payment.* **Thank you!**



## PACER
Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
|  | 05/08/2015 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars
payable to: PACER Service Center. Include your account ID on the check or money
order.

This account is registered for automatic billing.  The total amount due,
$2,673.60, will be charged to the credit card on file up to 7 days before the due
date.  Charges will appear on your credit card statement as: PACER
800-676-6856 IR.

*Visit http://www.pacer.gov for address changes.*

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

Schneider Wallace Cottrell Konecky Wotkyns
Todd M Schneider
180 Montgomery St
Suite 2000
San Francisco, CA 94104

| Sum of Cost | |
|---|---|
| Client Code | Total |



| 101030 | 54.7 | Smith v Sprint |



# PACER
### Public Access to Court Electronic Records

# INVOICE

Invoice Date:  10/07/2015

Usage From:  07/01/2015     to: 09/30/2015

**Account Summary**

**Pages:**
Rate:
Subtotal:

**Audio Files:**
Rate:
Subtotal:

**Current Billed Usage:**

**Previous Balance:**

Current Balance:

**Total Amount Due:** ➡️

| | |
|---|---|
| **Account #:** | ▉ |
| **Invoice #:** | 2637106-Q32015 |
| **Due Date:** | 11/09/2015 |
| **Amount Due:** | ▉ |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

The PACER Federal Tax ID is:
**74-2747938**

**Questions about the invoice?**
Visit **pacer.gov/billing**

### NextGen CM/ECF

In August, the Kansas District and Alaska Bankruptcy courts implemented the next generation (NextGen) CM/ECF system. Throughout fall 2015, several other courts plan to convert to the new system. monitor your court's website for additional information. To learn more about NextGen CM/ECF, and how it may affect you and your firm/office, visit the NextGen information page at pacer.gov/nextgen.

- **NextGen Help** (pacer.gov/nextgen): Provides general information about NextGen conversion
- **Electronic Learning Modules** (pacer.gov/ecfcbt/cso/index.html): Provides user training for new NextGen features
- **NextGen CM/ECF FAQs** (pacer.gov/psc/hfaq.html): Answers common NextGen-related questions

---

*Please detach the coupon below and return with your payment.* **Thank you!**



# PACER
### Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| ▉ | 11/09/2015 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $2,204.90, will be charged to the credit card on file up to 7 days before the due date.  Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.gov for address changes.*

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

Schneider Wallace Cottrell Konecky Wotkyns
Todd M Schneider
180 Montgomery St
Suite 2000
San Francisco, CA 94104

| Sum of Cost | |
|---|---|
| Client Code | Total |



| 101030 | 87.6 | Smith v Sprint |

1311.9



SMITH V. SPRINT | 10.8



## PACER
Public Access to Court Electronic Records

# INVOICE

Invoice Date: 01/07/2016
Usage From: 10/01/2015    to: 12/31/2015

### Account Summary

**Pages:**
Rate:
Subtotal:

**Audio Files:**
Rate:
Subtotal:

**Current Billed Usage:**

**Previous Balance:**

Current Balance:

| | |
|---|---|
| **Account #:** | |
| **Invoice #:** | 2637106-Q42015 |
| **Due Date:** | 02/10/2016 |
| **Amount Due:** | |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

The PACER Federal Tax ID is:
**74-2747938**

**Total Amount Due:** 

### Getting Ready for NextGen CM/ECF

Over the past year, several appellate, district, and bankruptcy courts throughout the country have implemented the next generation (NextGen) CM/ECF system. While most courts have not yet set a date for when they will switch to NextGen, you can begin preparing now by upgrading your PACER account. To learn more, visit the NextGen information page at pacer.gov/nextgen.

- **NextGen Help** (pacer.gov/nextgen): Provides general information about NextGen conversion
- **Electronic Learning Modules** (pacer.gov/ecfcbt/cso/index.html): Provides user training for new NextGen features
- **NextGen CM/ECF FAQs** (pacer.gov/psc/hfaq.html): Answers common NextGen-related questions

Questions about the invoice?
Visit **pacer.gov/billing**

---

*Please detach the coupon below and return with your payment.* **Thank you!**



## PACER
Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| | 02/10/2016 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, will be charged to the credit card on file up to 7 days before the due date.  Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.gov for address changes.*

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

Schneider Wallace Cottrell Konecky Wotkyns
Todd M Schneider
180 Montgomery St
Suite 2000
San Francisco, CA 94104

| 101030 | $0.50 | 1 |
| | $19.10 | 1 |
| | $2.20 | 1 |
| | $3.90 | 1 |
| 101030 Total | $25.70 | 4 |

ACCT# ███████

 THOMSON REUTERS

SCHNEIDER WALLACE COTTRELL ET AL
2000 POWELL ST STE 1400
EMERYVILLE CA   94608-1804

| INVOICE #  833220580 | WEST INFORMATION CHARGES INVOICE DEC 01, 2015 - DEC 31, 2015 | | | PAGE 1 |
| --- | --- | --- | --- | --- |
| DESCRIPTION | | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| WEST INFORMATION CHARGES | | ██████ | ██████ | ██████ |

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
    1-800-328-4880                                     ████████            A

RETURN BOTTOM PORTION WITH PAYMENT



INVOICE #
INVOICE DATE
ACCOUNT #
VENDOR #
VAT REG#

AMOUNT DUE IN USD
DUE DATE            **01/31/2016**
AMOUNT ENCLOSED IN USD  _____

WEST INFORMATION CHARGES
DEC 01, 2015 - DEC 31, 2015

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

SCHNEIDER WALLACE COTTRELL ET AL
2000 POWELL ST STE 1400
EMERYVILLE CA   94608-1804

0833220580  000000000000000000000  20160101  ZCPG  000767578  0010  1000824005  9

| Usage Type Desc | Client | User Name | Special Pricing Charge |
|---|---|---|---|
| Totals for User | 101030 | COON,NICOLE | 9.47 |
| Totals for Client | Smith v Sprint | | 9.47 |

ACCT# ████ VC
SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

 THOMSON REUTERS

| INVOICE #  828937702 | WEST INFORMATION CHARGES INVOICE | | | PAGE |
| | JAN 01, 2014 - JAN 31, 2014 | | | 1 |

| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|
| WEST INFORMATION CHARGES | ████████ | | ████████ |

**IMPORTANT NEWS**
Thank you for your business.
For more information about Thomson Reuters - West, or to shop online visit west.thomson.com.

FOR BILLING INFORMATION CALL                    ████████                    A
    1-800-328-4880

RETURN BOTTOM PORTION WITH PAYMENT

| | | |
|---|---|---|
| INVOICE # | 828937702 | |
| INVOICE DATE | 02/01/2014 | |
| ACCOUNT # | ████ | WEST INFORMATION CHARGES |
| VENDOR # | 41-1426973 | JAN 01, 2014 - JAN 31, 2014 |
| VAT REG# | EU826006554 | |

AMOUNT DUE IN USD        ████
DUE DATE                 03/03/2014
AMOUNT ENCLOSED IN USD   _____

Thomson Reuters - West          SCHNEIDER WALLACE COTTRELL ET AL
Payment Center                  180 MONTGOMERY ST STE 2000
P.O. Box 6292                   SAN FRANCISCO CA  94104-4207
Carol Stream, IL 60197-6292

0828937702 00000000000000000000 20140201 ZCPG 000614584 0010 ████   7

| Usage Type Desc | Client | User Name | Day | Database T | Transaction | Standard C | Special Pri | Tax Amour | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | 101030 | WHITE,KATEY | 01/22/20140 | 3 | 39.00 | 2.64 | | 0.00 | 2.64 |

THOMSON REUTERS

ACCT#

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

| INVOICE # · 829501192 | WEST INFORMATION CHARGES INVOICE<br>APR 01, 2014 - APR 30, 2014 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| WEST INFORMATION CHARGES | | ███████ | | ███████ |

**IMPORTANT NEWS**
Thank you for your business.
For more information about Thomson Reuters - West, or to shop online visit west.thomson.com.

**FOR BILLING INFORMATION CALL**          ███████          A
         1-800-328-4880

RETURN BOTTOM PORTION WITH PAYMENT

| | |
|---|---|
| INVOICE # | 829501192 |
| INVOICE DATE | 05/01/2014 |
| ACCOUNT # | ███████ |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
APR 01, 2014 - APR 30, 2014

**AMOUNT DUE IN USD**    ███████
**DUE DATE**    05/31/2014
AMOUNT ENCLOSED IN USD  _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL  60197-6292

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

0829501192 0000000000000000000000 20140501 ZCPG 000616784 0010 ███████       1

| Usage Type Desc | Client | User Name | Contact ID | Day | Special Off | Trans | Standard C | Special | Special Pri | Tax Amour | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | 101030 | POPPLER,CHOWNING | 10182614 | 04/11/2014 | Included | 8 | 151.00 | | 7.67 | 0.00 | 7.67 |
| Totals for Day | 101030 | POPPLER,CHOWNING | 10182614 | 04/11/2014 | | 8 | 151.00 | | 7.67 | 0.00 | 7.67 |
| Totals for Spec Offer | 101030 | POPPLER,CHOWNING | 10182614 | 04/16/2014 | Included | 26 | 385.00 | | 19.55 | 0.00 | 19.55 |
| Totals for Day | 101030 | POPPLER,CHOWNING | 10182614 | 04/16/2014 | | 26 | 385.00 | | 19.55 | 0.00 | 19.55 |
| Totals for Spec Offer | 101030 | POPPLER,CHOWNING | 10182614 | 04/17/2014 | Included | 4 | 52.00 | | 2.64 | 0.00 | 2.64 |
| Totals for Day | 101030 | POPPLER,CHOWNING | 10182614 | 04/17/2014 | | 4 | 52.00 | | 2.64 | 0.00 | 2.64 |
| Totals for Spec Offer | 101030 | POPPLER,CHOWNING | 10182614 | 04/18/2014 | Included | 4 | 94.00 | | 4.77 | 0.00 | 4.77 |
| Totals for Day | 101030 | POPPLER,CHOWNING | 10182614 | 04/18/2014 | | 4 | 94.00 | | 4.77 | 0.00 | 4.77 |
| Totals for User | 101030 | POPPLER,CHOWNING | 10182614 | | | 42 | 682.00 | | 34.63 | 0.00 | 34.63 |
| Totals for Client | 101030 | POPPLER,CHOWNING | 10182614 | | | 42 | 682.00 | | 34.63 | 0.00 | 34.63 |

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA 94104-4207

**IPORTANT NEWS**
NDICATES A SYSTEM CREDIT
ank you for your business.
r more information about Thomson Reuters - West, or to shop online visit west.thomson.com.

| INVOICE # 829874163 | BILLING SUMMARY | | | PAGE |
| POSTING # 6094747771 | JUN 01, 2014 - JUN 30, 2014 | | | 1 |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| --- | --- | --- | --- | --- |
| ETAIL OF CHARGES | | | | |

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA 94104-4207

| INVOICE # 829874163 | BILLING SUMMARY | | | PAGE |
|---|---|---|---|---|
| POSTING # 6094747771 | JUN 01, 2014 - JUN 30, 2014 | | | 2 |

| DESCRIPTION | UNITS | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|---|

| Usage Type Desc | Client | User Name | Day | Special Off Data | Transa | Standard C | Special Pri | Tax Amour | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | 101030 | COON,NICOLE | 06/13/2014 Included | 0 | 4 | 193.00 | 13.02 | 0.00 | 13.02 |
| Totals for Day | 101030 | COON,NICOLE | 06/13/2014 | 0 | 4 | 193.00 | 13.02 | 0.00 | 13.02 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 06/26/2014 Included | 0 | 38 | 1527.00 | 102.97 | 0.00 | 102.97 |
| Totals for Day | 101030 | COON,NICOLE | 06/26/2014 | 0 | 38 | 1527.00 | 102.97 | 0.00 | 102.97 |
| Totals for User | 101030 | COON,NICOLE | | 0 | 42 | 1720.00 | 115.99 | 0.00 | 115.99 |
| Totals for Spec Offer | 101030 | WHITE,KATEY | 06/03/2014 Included | 0 | 2 | 115.00 | 7.76 | 0.00 | 7.76 |
| Totals for Day | 101030 | WHITE,KATEY | 06/03/2014 | 0 | 2 | 115.00 | 7.76 | 0.00 | 7.76 |
| Totals for Spec Offer | 101030 | WHITE,KATEY | 06/04/2014 Included | 0 | 31 | 2687.00 | 181.20 | 0.00 | 181.20 |
| Totals for Day | 101030 | WHITE,KATEY | 06/04/2014 | 0 | 31 | 2687.00 | 181.20 | 0.00 | 181.20 |
| Totals for Spec Offer | 101030 | WHITE,KATEY | 06/05/2014 Included | 0 | 12 | 618.00 | 41.68 | 0.00 | 41.68 |
| Totals for Day | 101030 | WHITE,KATEY | 06/05/2014 | 0 | 12 | 618.00 | 41.68 | 0.00 | 41.68 |
| Totals for User | 101030 | WHITE,KATEY | | 0 | 45 | 3420.00 | 230.63 | 0.00 | 230.63 |
| Totals for Client | 101030 | | | 0 | 87 | 5140.00 | 346.62 | 0.00 | 346.62 |

 **THOMSON REUTERS**

ACCT# █████

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

| INVOICE #  830059524 | WEST INFORMATION CHARGES INVOICE<br>JUL 01, 2014 - JUL 31, 2014 | | PAGE<br>1 |
|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| WEST INFORMATION CHARGES | ████████ | | |

**IMPORTANT NEWS**
Thank you for your business.
For more information about Thomson Reuters - West, or to shop online visit west.thomson.com.

**FOR BILLING INFORMATION CALL**
   1-800-328-4880

████████                          A

RETURN BOTTOM PORTION WITH PAYMENT

INVOICE #            830059524
INVOICE DATE         08/01/2014
ACCOUNT #            ████████
VENDOR #             41-1426973
VAT REG#             EU826006554

**AMOUNT DUE IN USD**    ████
**DUE DATE**             08/31/2014
**AMOUNT ENCLOSED IN USD** _____

WEST INFORMATION CHARGES
JUL 01, 2014 - JUL 31, 2014

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

0830059524  0000000000000000000000  20140801 ZCPG 000651184 0010 ████████  4

| Usage Type Desc | Account/Client | User Name | Day | Database T | Transaction | Standard C | Special Pri | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Totals for Spec C | 101030 | COON,NICOLE | 07/08/2014 | 0 | 4 | 52.00 | 2.48 | 2.48 |
| Totals for Day | 101030 | COON,NICOLE | 07/08/2014 | 0 | 4 | 52.00 | 2.48 | 2.48 |
| Totals for User | 101030 | COON,NICOLE | | 0 | 4 | 52.00 | 2.48 | 2.48 |
| Totals for Client | 101030 | COON,NICOLE | | 0 | 4 | 52.00 | 2.48 | 2.48 |

ACCT# ▮▮▮▮▮▮

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

 THOMSON REUTERS

| INVOICE #  830246226 | WEST INFORMATION CHARGES INVOICE<br>AUG 01, 2014 - AUG 31, 2014 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| WEST INFORMATION CHARGES | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | |

**IMPORTANT NEWS**
Thank you for your business.
For more information about Thomson Reuters - West, or to shop online visit west.thomson.com.

FOR BILLING INFORMATION CALL                                ▮▮▮▮▮▮▮                A
    1-800-328-4880

RETURN BOTTOM PORTION WITH PAYMENT

| | |
|---|---|
| INVOICE # | 830246226 |
| INVOICE DATE | 09/01/2014 |
| ACCOUNT # | ▮▮▮▮▮ |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
AUG 01, 2014 - AUG 31, 2014

**AMOUNT DUE IN USD**        ▮▮▮▮▮
**DUE DATE**                       10/01/2014
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL  60197-6292

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

0830246226 0000000000000000000000 20140901 ZCPG 000615684 0010 ▮▮▮▮▮                9

| Usage Type Desc | Client | User Name | Day | Special Off | Database T | Transaction | Standard C | Special Pri | Tax Amoun | Total Charg |
|---|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | 101030 | COON,NICOLE | 08/20/2014 | Included | 0 | 27 | 534.00 | 24.40 | 0.00 | 24.40 |
| Totals for Day | 101030 | COON,NICOLE | 08/20/2014 | | 0 | 27 | 534.00 | 24.40 | 0.00 | 24.40 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 08/21/2014 | Included | 0 | 1 | 13.00 | 0.59 | 0.00 | 0.59 |
| Totals for Day | 101030 | COON,NICOLE | 08/21/2014 | | 0 | 1 | 13.00 | 0.59 | 0.00 | 0.59 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 08/22/2014 | Included | 0 | 10 | 518.00 | 23.67 | 0.00 | 23.67 |
| Totals for Day | 101030 | COON,NICOLE | 08/22/2014 | | 0 | 10 | 518.00 | 23.67 | 0.00 | 23.67 |
| Totals for User | 101030 | COON,NICOLE | | | 0 | 38 | 1065.00 | 48.66 | 0.00 | 48.66 |
| Totals for Client | 101030 | COON,NICOLE | | | 0 | 38 | 1065.00 | 48.66 | 0.00 | 48.66 |

**THOMSON REUTERS**

ACCT# ████████

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

| INVOICE #  830434719 | WEST INFORMATION CHARGES INVOICE<br>SEP 01, 2014 - SEP 30, 2014 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD | |
| **WEST INFORMATION CHARGES** | ████████████████ | | | |

**IMPORTANT NEWS**
Thank you for your business.
For more information about Thomson Reuters - West, or to shop online visit west.thomson.com.

**FOR BILLING INFORMATION CALL**
    1-800-328-4880

1000824005                              A

### RETURN BOTTOM PORTION WITH PAYMENT

| | |
|---|---|
| INVOICE # | 830434719 |
| INVOICE DATE | 10/01/2014 |
| ACCOUNT # | ████████ |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
SEP 01, 2014 - SEP 30, 2014

**AMOUNT DUE IN USD**      ████████
**DUE DATE**                **10/31/2014**
AMOUNT ENCLOSED IN USD _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL  60197-6292

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

0830434719 00000000000000000000 20141001 ZCPG 000662218 0010 ████████ 4

| Usage Type Desc | Client | User Name | Day | Database | Transaction | Docs/Lines | Connect Ti | Standard C | Special Pri | Tax Amour | Total Charg |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | 101030 | COON,NICOLE | 09/02/2014 | 0 | 35 | 0 | 0 | 1631.00 | 40.66 | 0.00 | 40.66 |
| Totals for Day | 101030 | COON,NICOLE | 09/02/2014 | 0 | 35 | 0 | 0 | 1631.00 | 40.66 | 0.00 | 40.66 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 09/03/2014 | 0 | 16 | 0 | 0 | 208.00 | 5.19 | 0.00 | 5.19 |
| Totals for Day | 101030 | COON,NICOLE | 09/03/2014 | 0 | 16 | 0 | 0 | 208.00 | 5.19 | 0.00 | 5.19 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 09/04/2014 | 0 | 2 | 0 | 0 | 120.00 | 2.99 | 0.00 | 2.99 |
| Totals for Day | 101030 | COON,NICOLE | 09/04/2014 | 0 | 2 | 0 | 0 | 120.00 | 2.99 | 0.00 | 2.99 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 09/05/2014 | 0 | 35 | 0 | 0 | 455.00 | 11.34 | 0.00 | 11.34 |
| Totals for Day | 101030 | COON,NICOLE | 09/05/2014 | 0 | 35 | 0 | 0 | 455.00 | 11.34 | 0.00 | 11.34 |
| Totals for Day | 101030 | COON,NICOLE | 09/07/2014 | 0 | 68 | 0 | 0 | 1025.00 | 25.56 | 0.00 | 25.56 |
| Totals for Day | 101030 | COON,NICOLE | 09/07/2014 | 0 | 68 | 0 | 0 | 1025.00 | 25.56 | 0.00 | 25.56 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 09/08/2014 | 0 | 17 | 0 | 0 | 268.00 | 6.68 | 0.00 | 6.68 |
| Totals for Day | 101030 | COON,NICOLE | 09/08/2014 | 0 | 17 | 0 | 0 | 268.00 | 6.68 | 0.00 | 6.68 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 09/09/2014 | 0 | 36 | 0 | 0 | 609.00 | 15.18 | 0.00 | 15.18 |
| Totals for Day | 101030 | COON,NICOLE | 09/09/2014 | 0 | 36 | 0 | 0 | 609.00 | 15.18 | 0.00 | 15.18 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 09/10/2014 | 0 | 12 | 0 | 0 | 203.00 | 5.06 | 0.00 | 5.06 |
| Totals for Day | 101030 | COON,NICOLE | 09/10/2014 | 0 | 12 | 0 | 0 | 203.00 | 5.06 | 0.00 | 5.06 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 09/11/2014 | 0 | 1 | 0 | 0 | 13.00 | 0.32 | 0.00 | 0.32 |
| Totals for Day | 101030 | COON,NICOLE | 09/11/2014 | 0 | 1 | 0 | 0 | 13.00 | 0.32 | 0.00 | 0.32 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 09/16/2014 | 0 | 2 | 0 | 0 | 68.00 | 1.70 | 0.00 | 1.70 |
| Totals for Day | 101030 | COON,NICOLE | 09/16/2014 | 0 | 2 | 0 | 0 | 68.00 | 1.70 | 0.00 | 1.70 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 09/18/2014 | 0 | 41 | 0 | 0 | 1566.00 | 39.04 | 0.00 | 39.04 |
| Totals for Day | 101030 | COON,NICOLE | 09/18/2014 | 0 | 41 | 0 | 0 | 1566.00 | 39.04 | 0.00 | 39.04 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 09/21/2014 | 0 | 3 | 0 | 0 | 133.00 | 3.32 | 0.00 | 3.32 |
| Totals for Day | 101030 | COON,NICOLE | 09/21/2014 | 0 | 3 | 0 | 0 | 133.00 | 3.32 | 0.00 | 3.32 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 09/23/2014 | 0 | 10 | 0 | 0 | 298.00 | 7.43 | 0.00 | 7.43 |
| Totals for Day | 101030 | COON,NICOLE | 09/23/2014 | 0 | 10 | 0 | 0 | 298.00 | 7.43 | 0.00 | 7.43 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 09/24/2014 | 0 | 104 | 0 | 0 | 3885.00 | 96.86 | 0.00 | 96.86 |
| Totals for Day | 101030 | COON,NICOLE | 09/24/2014 | 0 | 104 | 0 | 0 | 3885.00 | 96.86 | 0.00 | 96.86 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 09/25/2014 | 0 | 96 | 0 | 0 | 2133.00 | 53.18 | 0.00 | 53.18 |
| Totals for Day | 101030 | COON,NICOLE | 09/25/2014 | 0 | 96 | 0 | 0 | 2133.00 | 53.18 | 0.00 | 53.18 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 09/26/2014 | 0 | 21 | 0 | 0 | 315.00 | 7.85 | 0.00 | 7.85 |
| Totals for Day | 101030 | COON,NICOLE | 09/26/2014 | 0 | 21 | 0 | 0 | 315.00 | 7.85 | 0.00 | 7.85 |
| Totals for User | 101030 | COON,NICOLE | | 0 | 499 | 0 | 0 | 12930.00 | 322.37 | 0.00 | 322.37 |
| Totals for Spec Offer | 101030 | POPPLER,CHOWNING | 09/25/2014 | 0 | 18 | 0 | 0 | 558.00 | 13.91 | 0.00 | 13.91 |
| Totals for Day | 101030 | POPPLER,CHOWNING | 09/25/2014 | 0 | 18 | 0 | 0 | 558.00 | 13.91 | 0.00 | 13.91 |
| Totals for Spec Offer | 101030 | POPPLER,CHOWNING | 09/26/2014 | 0 | 8 | 0 | 0 | 240.00 | 5.98 | 0.00 | 5.98 |
| Totals for Day | 101030 | POPPLER,CHOWNING | 09/26/2014 | 0 | 8 | 0 | 0 | 240.00 | 5.98 | 0.00 | 5.98 |
| Totals for Spec Offer | 101030 | POPPLER,CHOWNING | 09/29/2014 | 0 | 2 | 0 | 0 | 26.00 | 0.65 | 0.00 | 0.65 |
| Totals for Day | 101030 | POPPLER,CHOWNING | 09/29/2014 | 0 | 2 | 0 | 0 | 26.00 | 0.65 | 0.00 | 0.65 |
| Totals for User | 101030 | POPPLER,CHOWNING | | 0 | 28 | 0 | 0 | 824.00 | 20.54 | 0.00 | 20.54 |
| Totals for Client | 101030 | | | 0 | 527 | 0 | 0 | 13754.00 | 342.91 | 0.00 | 342.91 |

ACCT# ███████

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

THOMSON REUTERS

| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|
| | | | |

**INVOICE #  830640289**

**WEST INFORMATION CHARGES INVOICE**
OCT 01, 2014 – OCT 31, 2014

**PAGE** 1

**WEST INFORMATION CHARGES**

███████████████████████████████

**IMPORTANT NEWS**
Thank you for your business.
For more information about Thomson Reuters - West, or to shop online visit west.thomson.com.

**FOR BILLING INFORMATION CALL**      ██████      A
   1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 830640289 |
| INVOICE DATE | 11/01/2014 |
| ACCOUNT # | ██████ |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
OCT 01, 2014 – OCT 31, 2014

**AMOUNT DUE IN USD** ██████
**DUE DATE** 12/01/2014
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

0830640289 0000000000000000000000 20141101 ZCPG 000676708 0010 ██████ 1

| Usage Type Desc | Client | User Name | Day | Database | Transaction | Standard C | Special Pri | Tax Amou | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | 101030 | COON,NICOLE | 10/01/2014 | 0 | 1 | 13.00 | 0.49 | 0.00 | 0.49 |
| Totals for Day | 101030 | COON,NICOLE | 10/01/2014 | 0 | 1 | 13.00 | 0.49 | 0.00 | 0.49 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 10/02/2014 | 0 | 28 | 1019.00 | 38.44 | 0.00 | 38.44 |
| Totals for Day | 101030 | COON,NICOLE | 10/02/2014 | 0 | 28 | 1019.00 | 38.44 | 0.00 | 38.44 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 10/03/2014 | 0 | 1 | 13.00 | 0.49 | 0.00 | 0.49 |
| Totals for Day | 101030 | COON,NICOLE | 10/03/2014 | 0 | 1 | 13.00 | 0.49 | 0.00 | 0.49 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 10/06/2014 | 0 | 22 | 417.00 | 15.73 | 0.00 | 15.73 |
| Totals for Day | 101030 | COON,NICOLE | 10/06/2014 | 0 | 22 | 417.00 | 15.73 | 0.00 | 15.73 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 10/07/2014 | 0 | 31 | 576.00 | 21.73 | 0.00 | 21.73 |
| Totals for Day | 101030 | COON,NICOLE | 10/07/2014 | 0 | 31 | 576.00 | 21.73 | 0.00 | 21.73 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 10/08/2014 | 0 | 49 | 1097.00 | 41.38 | 0.00 | 41.38 |
| Totals for Day | 101030 | COON,NICOLE | 10/08/2014 | 0 | 49 | 1097.00 | 41.38 | 0.00 | 41.38 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 10/09/2014 | 0 | 28 | 490.00 | 18.48 | 0.00 | 18.48 |
| Totals for Day | 101030 | COON,NICOLE | 10/09/2014 | 0 | 28 | 490.00 | 18.48 | 0.00 | 18.48 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 10/15/2014 | 0 | 74 | 1760.00 | 66.39 | 0.00 | 66.39 |
| Totals for Day | 101030 | COON,NICOLE | 10/15/2014 | 0 | 74 | 1760.00 | 66.39 | 0.00 | 66.39 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 10/16/2014 | 0 | 55 | 1212.00 | 45.72 | 0.00 | 45.72 |
| Totals for Day | 101030 | COON,NICOLE | 10/16/2014 | 0 | 55 | 1212.00 | 45.72 | 0.00 | 45.72 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 10/17/2014 | 0 | 12 | 156.00 | 5.88 | 0.00 | 5.88 |
| Totals for Day | 101030 | COON,NICOLE | 10/17/2014 | 0 | 12 | 156.00 | 5.88 | 0.00 | 5.88 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 10/20/2014 | 0 | 7 | 91.00 | 3.43 | 0.00 | 3.43 |
| Totals for Day | 101030 | COON,NICOLE | 10/20/2014 | 0 | 7 | 91.00 | 3.43 | 0.00 | 3.43 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 10/24/2014 | 0 | 6 | 251.00 | 9.47 | 0.00 | 9.47 |
| Totals for Day | 101030 | COON,NICOLE | 10/24/2014 | 0 | 6 | 251.00 | 9.47 | 0.00 | 9.47 |
| Totals for User | 101030 | COON,NICOLE | | 0 | 314 | 7095.00 | 267.65 | 0.00 | 267.65 |
| Totals for Client | 101030 | COON,NICOLE | | 0 | 314 | 7095.00 | 267.65 | 0.00 | 267.65 |

ACCT#

THOMSON REUTERS

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

| INVOICE #  830820606 | WEST INFORMATION CHARGES INVOICE NOV 01, 2014 - NOV 30, 2014 | | | PAGE 1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| WEST INFORMATION CHARGES | | ███████ | | |

**IMPORTANT NEWS**
Thank you for your business.
For more information about Thomson Reuters - West, or to shop online visit west.thomson.com.

**FOR BILLING INFORMATION CALL**            ██████████            A
        1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 830820606 |
| INVOICE DATE | 12/01/2014 |
| ACCOUNT # | ████████ |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
NOV 01, 2014 - NOV 30, 2014

**AMOUNT DUE IN USD**        ████████
**DUE DATE**                12/31/2014
AMOUNT ENCLOSED IN USD _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL  60197-6292

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

0830820606 0000000000000000000000 20141201 ZCPG 000659308 0010 ███████    4

| Usage Type Desc | Client | User Name | Day | Database | Transaction | Docs/Lines | Standard C | Special Pri | Tax Amour | Total Charg |
|---|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | 101030 | COON,NICOLE | 11/06/2014 | 0 | 56 | 0 | 1788.00 | 100.49 | 0.00 | 100.49 |
| Totals for Day | 101030 | COON,NICOLE | 11/06/2014 | 0 | 56 | 0 | 1788.00 | 100.49 | 0.00 | 100.49 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 11/07/2014 | 0 | 19 | 0 | 729.00 | 40.97 | 0.00 | 40.97 |
| Totals for Day | 101030 | COON,NICOLE | 11/07/2014 | 0 | 19 | 0 | 729.00 | 40.97 | 0.00 | 40.97 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 11/09/2014 | 0 | 7 | 0 | 348.00 | 19.56 | 0.00 | 19.56 |
| Totals for Day | 101030 | COON,NICOLE | 11/09/2014 | 0 | 7 | 0 | 348.00 | 19.56 | 0.00 | 19.56 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 11/12/2014 | 0 | 9 | 0 | 159.00 | 8.94 | 0.00 | 8.94 |
| Totals for Day | 101030 | COON,NICOLE | 11/12/2014 | 0 | 9 | 0 | 159.00 | 8.94 | 0.00 | 8.94 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 11/25/2014 | 0 | 1 | 0 | 55.00 | 3.09 | 0.00 | 3.09 |
| Totals for Day | 101030 | COON,NICOLE | 11/25/2014 | 0 | 1 | 0 | 55.00 | 3.09 | 0.00 | 3.09 |
| Totals for User | 101030 | COON,NICOLE | | 0 | 92 | 0 | 3079.00 | 173.05 | 0.00 | 173.05 |
| Totals for Client | 101030 | COON,NICOLE | | 0 | 92 | 0 | 3079.00 | 173.05 | 0.00 | 173.05 |

ACCT# ██████████

**THOMSON REUTERS**

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

| INVOICE #  831010077 | WEST INFORMATION CHARGES INVOICE<br>DEC 01, 2014 - DEC 31, 2014 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD | |
| WEST INFORMATION CHARGES | ████████ | | ████████ | |

**IMPORTANT NEWS**
Thank you for your business.
For more information about Thomson Reuters - West, or to shop online visit west.thomson.com.

**FOR BILLING INFORMATION CALL**                    ████████               A
    1-800-328-4880

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 831010077 |
| INVOICE DATE | 01/01/2015 |
| ACCOUNT # | ████████ |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |
| **AMOUNT DUE IN USD** | ████████ |
| **DUE DATE** | 01/31/2015 |
| **AMOUNT ENCLOSED IN USD** | _____ |

WEST INFORMATION CHARGES
DEC 01, 2014 - DEC 31, 2014

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

0831010077 0000000000000000000 20150101 ZCPG 000777736 0010 ████████ 1

| Usage Type Desc | Client | User Name | Day | Special Off | Database T | Transaction | Standard C | Special Pri | Tax Amoun | Total Charg |
|---|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | 101030 | COON,NICOLE | 12/09/2014 | Included | 0 | 62 | 1483.00 | 70.81 | 0.00 | 70.81 |
| Totals for Day | 101030 | COON,NICOLE | 12/09/2014 | | 0 | 62 | 1483.00 | 70.81 | 0.00 | 70.81 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 12/10/2014 | Included | 0 | 123 | 2590.00 | 123.67 | 0.00 | 123.67 |
| Totals for Day | 101030 | COON,NICOLE | 12/10/2014 | | 0 | 123 | 2590.00 | 123.67 | 0.00 | 123.67 |
| Totals for User | 101030 | COON,NICOLE | | | 0 | 185 | 4073.00 | 194.48 | 0.00 | 194.48 |
| Totals for Client | 101030 | | | | 0 | 185 | 4073.00 | 194.48 | 0.00 | 194.48 |



ACCT# ■■■■■■

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207



THOMSON REUTERS

| INVOICE #  831197174 | WEST INFORMATION CHARGES INVOICE JAN 01, 2015 - JAN 31, 2015 | | PAGE 1 |
|---|---|---|---|
| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| WEST INFORMATION CHARGES | ███████ | | ███████ |

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com

**FOR BILLING INFORMATION CALL**                                        ███████                    A
       1-800-328-4880

---

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 831197174 |
| INVOICE DATE | 02/01/2015 |
| ACCOUNT # | |
| VENDOR # | ███████ |
| VAT REG# | |

WEST INFORMATION CHARGES
JAN 01, 2015 - JAN 31, 2015

**AMOUNT DUE IN USD**     ███████
**DUE DATE**                03/03/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

0831197174 0000000000000000000000 20150201 ZCPG 000650708 0010 1000824005 9

| Usage Type Desc | Client | User Name | Day | Special Off | Database * | Transactio | Docs/Lines | Standard C | Special Pri | Tax Amour | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | 101030 | COON,NICOLE | 01/06/2015 | Included | 0 | 3 | 0 | 170.00 | 13.67 | 0.00 | 13.67 |
| Totals for Day | 101030 | COON,NICOLE | 01/06/2015 | | 0 | 3 | 0 | 170.00 | 13.67 | 0.00 | 13.67 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 01/14/2015 | Included | 0 | 76 | 0 | 2730.00 | 219.54 | 0.00 | 219.54 |
| Totals for Day | 101030 | COON,NICOLE | 01/14/2015 | | 0 | 76 | 0 | 2730.00 | 219.54 | 0.00 | 219.54 |
| Totals for User | 101030 | COON,NICOLE | | | 0 | 79 | 0 | 2900.00 | 233.21 | 0.00 | 233.21 |
| Totals for Client | 101030 | | | | 0 | 79 | 0 | 2900.00 | 233.21 | 0.00 | 233.21 |



ACCT#

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

| INVOICE #  831197174 | WEST INFORMATION CHARGES INVOICE<br>JAN 01, 2015 - JAN 31, 2015 | | PAGE<br>1 |
|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **WEST INFORMATION CHARGES** | | | |

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com

FOR BILLING INFORMATION CALL                                                                                    A
   1-800-328-4880

RETURN BOTTOM PORTION WITH PAYMENT

| | |
|---|---|
| INVOICE # | 831197174 |
| INVOICE DATE | 02/01/2015 |
| ACCOUNT # | |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

**WEST INFORMATION CHARGES**
JAN 01, 2015 - JAN 31, 2015

**AMOUNT DUE IN USD**
**DUE DATE**                03/03/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

0831197174 0000000000000000000000 20150201 ZCPG 000650708 0010             9

| Usage Type Desc | Account # | Client | User Name | Contact ID | Day | Special Off | Database | Transaction | Docs/Lines | Connect Ti | Standard C | Special Pri | Tax Amoun | Total Charg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | ███ | 101030 | COON,NIC | 13028698 | 02/18/2015 Included | 0 | 0 | 11 | 0 | 0 | 143.00 | 9.17 | 0.00 | 9.17 |
| Totals for Day | ███ | 101030 | COON,NIC | 13028698 | 02/18/2015 | 0 | 0 | 11 | 0 | 0 | 143.00 | 9.17 | 0.00 | 9.17 |
| Totals for Spec Offer | ███ | 101030 | COON,NIC | 13028698 | 02/19/2015 Included | 0 | 0 | 120 | 0 | 0 | 3070.00 | 196.82 | 0.00 | 196.82 |
| Totals for Day | ███ | 101030 | COON,NIC | 13028698 | 02/19/2015 | 0 | 0 | 120 | 0 | 0 | 3070.00 | 196.82 | 0.00 | 196.82 |
| Totals for Spec Offer | ███ | 101030 | COON,NIC | 13028698 | 02/27/2015 Included | 0 | 0 | 3 | 0 | 0 | 39.00 | 2.50 | 0.00 | 2.50 |
| Totals for Day | ███ | 101030 | COON,NIC | 13028698 | 02/27/2015 | 0 | 0 | 3 | 0 | 0 | 39.00 | 2.50 | 0.00 | 2.50 |
| Totals for User | ███ | 101030 | COON,NIC | 13028698 | | 0 | 0 | 134 | 0 | 0 | 3252.00 | 208.49 | 0.00 | 208.49 |
| Totals for Client | ███ | 101030 | COON,NIC | 13028698 | | 0 | 0 | 134 | 0 | 0 | 3252.00 | 208.49 | 0.00 | 208.49 |

ACCT#

THOMSON REUTERS

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

| INVOICE #  831557354 | WEST INFORMATION CHARGES INVOICE<br>MAR 01, 2015 - MAR 31, 2015 | | PAGE<br>1 |
|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **WEST INFORMATION CHARGES** | ██████ | | ██████ |

**IMPORTANT NEWS**
In an effort to provide a better service to our Customers, we are currently working to standardize & enhance product descriptions.  These changes will be reflected on the invoices received from Thomson Reuters starting in April.
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com

**FOR BILLING INFORMATION CALL**                                             ██████              A
        1-800-328-4880

RETURN BOTTOM PORTION WITH PAYMENT

| | |
|---|---|
| INVOICE # | 831557354 |
| INVOICE DATE | 04/01/2015 |
| ACCOUNT # | ██████ |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
MAR 01, 2015 - MAR 31, 2015

| | |
|---|---|
| **AMOUNT DUE IN USD** | ██████ |
| **DUE DATE** | 05/01/2015 |
| **AMOUNT ENCLOSED IN USD** | _____ |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

0831557354  0000000000000000000000  20150401  ZCPG  000660608  0010  ██████        3

| Usage Type Desc | Client | User Name | Day | Special Off Database | Transaction | Docs/Lines | Connect Ti | Standard C | Special Pri | Tax Amoun | Total Charg |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | 101030 | COON.NICOLE | 03/02/2015 | Included | 0 | 2 | 0 | 0 | 68.00 | 4.04 | 0.00 | 4.04 |
| Totals for Day | 101030 | COON.NICOLE | 03/02/2015 | | 0 | 2 | 0 | 0 | 68.00 | 4.04 | 0.00 | 4.04 |
| Totals for Spec Offer | 101030 | COON.NICOLE | 03/04/2015 | Included | 0 | 27 | 0 | 0 | 1021.00 | 60.61 | 0.00 | 60.61 |
| Totals for Day | 101030 | COON.NICOLE | 03/04/2015 | | 0 | 27 | 0 | 0 | 1021.00 | 60.61 | 0.00 | 60.61 |
| Totals for Spec Offer | 101030 | COON.NICOLE | 03/05/2015 | Included | 0 | 1 | 0 | 0 | 55.00 | 3.26 | 0.00 | 3.26 |
| Totals for Day | 101030 | COON.NICOLE | 03/05/2015 | | 0 | 1 | 0 | 0 | 55.00 | 3.26 | 0.00 | 3.26 |
| Totals for Spec Offer | 101030 | COON.NICOLE | 03/06/2015 | Included | 0 | 2 | 0 | 0 | 68.00 | 4.04 | 0.00 | 4.04 |
| Totals for Day | 101030 | COON.NICOLE | 03/06/2015 | | 0 | 2 | 0 | 0 | 68.00 | 4.04 | 0.00 | 4.04 |
| Totals for User | 101030 | COON.NICOLE | | | 0 | 32 | 0 | 0 | 1212.00 | 71.95 | 0.00 | 71.95 |
| Totals for Client | 101030 | COON.NICOLE | | | 0 | 32 | 0 | 0 | 1212.00 | 71.95 | 0.00 | 71.95 |



SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

| INVOICE #  831742545 | WEST INFORMATION CHARGES INVOICE<br>APR 01, 2015 - APR 30, 2015 | | PAGE<br>1 |
|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| WEST INFORMATION CHARGES | ███████ | | ███████ |

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com

FOR BILLING INFORMATION CALL                        ███████                        A
    1-800-328-4880

RETURN BOTTOM PORTION WITH PAYMENT

INVOICE #                 831742545
INVOICE DATE          05/01/2015                        WEST INFORMATION CHARGES
ACCOUNT #             ███████                            APR 01, 2015 - APR 30, 2015
VENDOR #               41-1426973
VAT REG#               EU826006554

AMOUNT DUE IN USD          ███████
DUE DATE                 05/31/2015
AMOUNT ENCLOSED IN USD _____

                                    Thomson Reuters - West        SCHNEIDER WALLACE COTTRELL ET AL
                                    Payment Center                180 MONTGOMERY ST STE 2000
                                    P.O. Box 6292                 SAN FRANCISCO CA  94104-4207
                                    Carol Stream, IL  60197-6292

| Usage Type Desc | Client | User Name | Day | Special Off | Database Transactions | Docs/Lines | Connect Ti | Standard C | Special Pri | Special Pri | Tax Amoun | Total Charg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | | | | Included | 0 | 0 | 6 | 0 | 251.00 | 15.80 | 0.00 | 15.80 |
| Totals for Day | 101030 | COON,NICOLE | 04/01/2015 | | 0 | 0 | 6 | 0 | 251.00 | 15.80 | 0.00 | 15.80 |
| Totals for User | 101030 | COON,NICOLE | 04/01/2015 | | 0 | 0 | 6 | 0 | 251.00 | 15.80 | 0.00 | 15.80 |
| Totals for Client | 101030 | COON,NICOLE | | | 0 | 0 | 6 | 0 | 251.00 | 15.80 | 0.00 | 15.80 |

ACCT#   ▉▉▉▉▉▉

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

THOMSON REUTERS

| INVOICE #  831921509 | WEST INFORMATION CHARGES INVOICE<br>MAY 01, 2015 - MAY 31, 2015 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD | |
| WEST INFORMATION CHARGES | ▉▉▉▉▉▉▉▉▉ | | ▉▉▉▉▉▉▉▉▉ | |

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**                         ▉▉▉▉▉▉                    A
       1-800-328-4880

RETURN BOTTOM PORTION WITH PAYMENT

INVOICE #                         831921509
INVOICE DATE                    06/01/2015
ACCOUNT #                       ▉▉▉▉▉▉                    WEST INFORMATION CHARGES
VENDOR #                         41-1426973                 MAY 01, 2015 - MAY 31, 2015
VAT REG#                         EU826006554

**AMOUNT DUE IN USD**        ▉▉▉▉▉▉
**DUE DATE**                        07/01/2015
AMOUNT ENCLOSED IN USD   _____

                              Thomson Reuters - West
                              Payment Center                          SCHNEIDER WALLACE COTTRELL ET AL
                              P.O. Box 6292                             180 MONTGOMERY ST STE 2000
                              Carol Stream, IL 60197-6292        SAN FRANCISCO CA  94104-4207

0831921509 0000000000000000000000 20150601 ZCPG 000672708 0010 ▉▉▉▉    2

| Usage Type Desc | User Name | Client | Day | Special Off | Data | Trans | Standard C | Special Pri | Tax Amour | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| Transaction - Citator | BATES,KYLE | SMITH (101030) | 05/22/2015 | Included | 0 | 1 | 13.00 | 1.09 | 0.00 | 1.09 |
| Transaction - Display Document | BATES,KYLE | SMITH (101030) | 05/22/2015 | Included | 0 | 8 | 104.00 | 8.69 | 0.00 | 8.69 |
| Transaction - Search | BATES,KYLE | SMITH (101030) | 05/22/2015 | Included | 0 | 11 | 660.00 | 55.18 | 0.00 | 55.18 |
| Totals for Spec Offer | BATES,KYLE | SMITH (101030) | 05/22/2015 | Included | 0 | 20 | 777.00 | 64.96 | 0.00 | 64.96 |
| Totals for Day | BATES,KYLE | SMITH (101030) | 05/22/2015 | | 0 | 20 | 777.00 | 64.96 | 0.00 | 64.96 |
| Totals for Client | BATES,KYLE | 101030 | | | 0 | 20 | 777.00 | 64.96 | 0.00 | 64.96 |
| Transaction - Display Document | COON,NICOLE | 101030 | 05/28/2015 | Included | 0 | 15 | 699.00 | 58.44 | 0.00 | 58.44 |
| Transaction - Search | COON,NICOLE | 101030 | 05/28/2015 | Included | 0 | 3 | 180.00 | 15.05 | 0.00 | 15.05 |
| Totals for Spec Offer | COON,NICOLE | 101030 | 05/28/2015 | Included | 0 | 18 | 879.00 | 73.49 | 0.00 | 73.49 |
| Totals for Day | COON,NICOLE | 10130 | 05/28/2015 | | 0 | 18 | 879.00 | 73.49 | 0.00 | 73.49 |
| Totals for Client | COON,NICOLE | 101030 | | | 0 | 18 | 879.00 | 73.49 | 0.00 | 73.49 |
| Transaction - Citator | FISHER,VINCENT | SMITH (101030) | 05/26/2015 | Included | 0 | 2 | 26.00 | 2.17 | 0.00 | 2.17 |
| Transaction - Display Document | FISHER,VINCENT | SMITH (101030) | 05/26/2015 | Included | 0 | 39 | 1195.00 | 99.91 | 0.00 | 99.91 |
| Transaction - Search | FISHER,VINCENT | SMITH (101030) | 05/26/2015 | Included | 0 | 7 | 420.00 | 35.11 | 0.00 | 35.11 |
| Totals for Spec Offer | FISHER,VINCENT | SMITH (101030) | 05/26/2015 | Included | 0 | 48 | 1641.00 | 137.19 | 0.00 | 137.19 |
| Totals for Day | FISHER,VINCENT | SMITH (101030) | 05/26/2015 | | 0 | 48 | 1641.00 | 137.19 | 0.00 | 137.19 |
| Transaction - Display Document | FISHER,VINCENT | SMITH (101030) | 05/27/2015 | Included | 0 | 5 | 275.00 | 22.99 | 0.00 | 22.99 |
| Transaction - Search | FISHER,VINCENT | SMITH (101030) | 05/27/2015 | Included | 0 | 8 | 480.00 | 40.13 | 0.00 | 40.13 |
| Totals for Spec Offer | FISHER,VINCENT | SMITH (101030) | 05/27/2015 | Included | 0 | 13 | 755.00 | 63.12 | 0.00 | 63.12 |
| Totals for Day | FISHER,VINCENT | SMITH (101030) | 05/27/2015 | | 0 | 13 | 755.00 | 63.12 | 0.00 | 63.12 |
| Transaction - Display Document | FISHER,VINCENT | SMITH (101030) | 05/28/2015 | Included | 0 | 1 | 13.00 | 1.09 | 0.00 | 1.09 |
| Transaction - Display Document | FISHER,VINCENT | SMITH (101030) | 05/28/2015 | Included | 0 | 27 | 351.00 | 29.34 | 0.00 | 29.34 |
| Transaction - Search | FISHER,VINCENT | SMITH (101030) | 05/28/2015 | Included | 0 | 10 | 600.00 | 50.16 | 0.00 | 50.16 |
| Totals for Spec Offer | FISHER,VINCENT | SMITH (101030) | 05/28/2015 | Included | 0 | 38 | 964.00 | 80.59 | 0.00 | 80.59 |
| Totals for Day | FISHER,VINCENT | SMITH (101030) | 05/28/2015 | | 0 | 38 | 964.00 | 80.59 | 0.00 | 80.59 |
| Transaction - Display Document | FISHER,VINCENT | SMITH (101030) | 05/29/2015 | Included | 0 | 49 | 1145.00 | 95.73 | 0.00 | 95.73 |
| Transaction - Search | FISHER,VINCENT | SMITH (101030) | 05/29/2015 | Included | 0 | 19 | 1140.00 | 95.31 | 0.00 | 95.31 |
| Totals for Spec Offer | FISHER,VINCENT | SMITH (101030) | 05/29/2015 | Included | 0 | 68 | 2285.00 | 191.03 | 0.00 | 191.03 |
| Totals for Day | FISHER,VINCENT | SMITH (101030) | 05/29/2015 | | 0 | 68 | 2285.00 | 191.03 | 0.00 | 191.03 |
| Transaction - Display Document | FISHER,VINCENT | SMITH (101030) | 05/30/2015 | Included | 0 | 23 | 931.00 | 77.83 | 0.00 | 77.83 |
| Transaction - Search | FISHER,VINCENT | SMITH (101030) | 05/30/2015 | Included | 0 | 14 | 840.00 | 70.23 | 0.00 | 70.23 |
| Totals for Spec Offer | FISHER,VINCENT | SMITH (101030) | 05/30/2015 | Included | 0 | 37 | 1771.00 | 148.06 | 0.00 | 148.06 |
| Totals for Day | FISHER,VINCENT | SMITH (101030) | 05/30/2015 | | 0 | 37 | 1771.00 | 148.06 | 0.00 | 148.06 |
| Transaction - Citator | FISHER,VINCENT | SMITH (101030) | 05/31/2015 | Included | 0 | 3 | 39.00 | 3.26 | 0.00 | 3.26 |
| Transaction - Display Document | FISHER,VINCENT | SMITH (101030) | 05/31/2015 | Included | 0 | 50 | 860.00 | 71.90 | 0.00 | 71.90 |
| Transaction - Search | FISHER,VINCENT | SMITH (101030) | 05/31/2015 | Included | 0 | 13 | 780.00 | 65.21 | 0.00 | 65.21 |
| Totals for Spec Offer | FISHER,VINCENT | SMITH (101030) | 05/31/2015 | Included | 0 | 66 | 1679.00 | 140.37 | 0.00 | 140.37 |
| Totals for Day | FISHER,VINCENT | SMITH (101030) | 05/31/2015 | | 0 | 66 | 1679.00 | 140.37 | 0.00 | 140.37 |
| Totals for Client | FISHER,VINCENT | SMITH (101030) | | | 0 | 270 | 9095.00 | 760.37 | 0.00 | 760.37 |

760.37
64.96
825.33

ACCT# ███████

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

**THOMSON REUTERS**

| INVOICE #  832098588 | WEST INFORMATION CHARGES INVOICE<br>JUN 01, 2015 - JUN 30, 2015 | | PAGE<br>1 |
|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| WEST INFORMATION CHARGES | ███████ | | |

### IMPORTANT NEWS
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

FOR BILLING INFORMATION CALL                                        ███████            A
   1-800-328-4880

RETURN BOTTOM PORTION WITH PAYMENT

| | |
|---|---|
| INVOICE # | 832098588 |
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | ███████ |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

| | |
|---|---|
| AMOUNT DUE IN USD | ███████ |
| DUE DATE | 07/31/2015 |
| AMOUNT ENCLOSED IN USD | |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

9
2
4
8

0832098588  000000000000000000000  20150701  ZCPG  000706108  0010  ███████        4

| Usage Type Desc | Client | User Name | Day | Special Off | Database T | Transaction | Docs/Lines | Connect T | Standard C | Special Pri | Tax Amoun | Total Charg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | 101030 | COON,NICOLE | 06/03/2015 | Included | 0 | 55 | 0 | 0 | 940.00 | 69.68 | 0.00 | 69.68 |
| Totals for Day | 101030 | COON,NICOLE | 06/03/2015 | | 0 | 55 | 0 | 0 | 940.00 | 69.68 | 0.00 | 69.68 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 06/04/2015 | Included | 0 | 12 | 0 | 0 | 156.00 | 11.56 | 0.00 | 11.56 |
| Totals for Day | 101030 | COON,NICOLE | 06/04/2015 | | 0 | 12 | 0 | 0 | 156.00 | 11.56 | 0.00 | 11.56 |
| Totals for Spec Offer | 101030 | COON,NICOLE | 06/05/2015 | Included | 0 | 4 | 0 | 0 | 230.00 | 17.05 | 0.00 | 17.05 |
| Totals for Day | 101030 | COON,NICOLE | 06/05/2015 | | 0 | 4 | 0 | 0 | 230.00 | 17.05 | 0.00 | 17.05 |
| Totals for User | 101030 | COON,NICOLE | | | 0 | 71 | 0 | 0 | 1326.00 | 98.29 | 0.00 | 98.29 |
| Totals for Client | 101030 | | | | 0 | 71 | 0 | 0 | 1326.00 | 98.29 | 0.00 | 98.29 |
| Totals for Spec Offer | SMITH (101030) | BATES,KYLE | 06/04/2015 | Included | 0 | 4 | 0 | 0 | 99.00 | 7.34 | 0.00 | 7.34 |
| Totals for Day | SMITH (101030) | BATES,KYLE | 06/04/2015 | | 0 | 4 | 0 | 0 | 99.00 | 7.34 | 0.00 | 7.34 |
| Totals for User | SMITH (101030) | BATES,KYLE | | | 0 | 4 | 0 | 0 | 99.00 | 7.34 | 0.00 | 7.34 |
| Totals for Spec Offer | SMITH (101030) | FISHER,VINCENT | 06/01/2015 | Included | 0 | 9 | 0 | 0 | 253.00 | 18.75 | 0.00 | 18.75 |
| Totals for Day | SMITH (101030) | FISHER,VINCENT | 06/01/2015 | | 0 | 9 | 0 | 0 | 253.00 | 18.75 | 0.00 | 18.75 |
| Totals for Spec Offer | SMITH (101030) | FISHER,VINCENT | 06/02/2015 | Included | 0 | 48 | 0 | 0 | 1277.00 | 94.66 | 0.00 | 94.66 |
| Totals for Day | SMITH (101030) | FISHER,VINCENT | 06/02/2015 | | 0 | 48 | 0 | 0 | 1277.00 | 94.66 | 0.00 | 94.66 |
| Totals for Spec Offer | SMITH (101030) | FISHER,VINCENT | 06/03/2015 | Included | 0 | 33 | 0 | 0 | 1016.00 | 75.31 | 0.00 | 75.31 |
| Totals for Day | SMITH (101030) | FISHER,VINCENT | 06/03/2015 | | 0 | 33 | 0 | 0 | 1016.00 | 75.31 | 0.00 | 75.31 |
| Totals for Spec Offer | SMITH (101030) | FISHER,VINCENT | 06/04/2015 | Included | 0 | 20 | 0 | 0 | 354.00 | 26.24 | 0.00 | 26.24 |
| Totals for Day | SMITH (101030) | FISHER,VINCENT | 06/04/2015 | | 0 | 20 | 0 | 0 | 354.00 | 26.24 | 0.00 | 26.24 |
| Totals for Spec Offer | SMITH (101030) | FISHER,VINCENT | 06/05/2015 | Included | 0 | 6 | 0 | 0 | 172.00 | 12.75 | 0.00 | 12.75 |
| Totals for Day | SMITH (101030) | FISHER,VINCENT | 06/05/2015 | | 0 | 6 | 0 | 0 | 172.00 | 12.75 | 0.00 | 12.75 |
| Totals for Spec Offer | SMITH (101030) | FISHER,VINCENT | 06/09/2015 | Included | 0 | 50 | 0 | 0 | 1590.00 | 117.86 | 0.00 | 117.86 |
| Totals for Day | SMITH (101030) | FISHER,VINCENT | 06/09/2015 | | 0 | 50 | 0 | 0 | 1590.00 | 117.86 | 0.00 | 117.86 |
| Totals for Spec Offer | SMITH (101030) | FISHER,VINCENT | 06/12/2015 | Included | 0 | 66 | 0 | 0 | 1140.00 | 84.50 | 0.00 | 84.50 |
| Totals for Day | SMITH (101030) | FISHER,VINCENT | 06/12/2015 | | 0 | 66 | 0 | 0 | 1140.00 | 84.50 | 0.00 | 84.50 |
| Totals for Spec Offer | SMITH (101030) | FISHER,VINCENT | 06/15/2015 | Included | 0 | 108 | 0 | 0 | 2036.00 | 150.92 | 0.00 | 150.92 |
| Totals for Day | SMITH (101030) | FISHER,VINCENT | 06/15/2015 | | 0 | 108 | 0 | 0 | 2036.00 | 150.92 | 0.00 | 150.92 |
| Totals for Spec Offer | SMITH (101030) | FISHER,VINCENT | 06/16/2015 | Included | 0 | 4 | 0 | 0 | 52.00 | 3.85 | 0.00 | 3.85 |
| Totals for Day | SMITH (101030) | FISHER,VINCENT | 06/16/2015 | | 0 | 4 | 0 | 0 | 52.00 | 3.85 | 0.00 | 3.85 |
| Totals for User | SMITH (101030) | FISHER,VINCENT | | | 0 | 344 | 0 | 0 | 7890.00 | 584.85 | 0.00 | 584.85 |
| Totals for Client | SMITH (101030) | FISHER,VINCENT | | | 0 | 348 | 0 | 0 | 7989.00 | 592.19 | 0.00 | 592.19 |



SCHNEIDER WALLACE COTTRELL ET AL
2000 POWELL ST STE 1400
EMERYVILLE CA  94608-1804

**THOMSON REUTERS**

| INVOICE #  832286092 | WEST INFORMATION CHARGES INVOICE<br>JUL 01, 2015 - JUL 31, 2015 | | PAGE<br>1 |
|---|---|---|---|
| **DESCRIPTION** | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **WEST INFORMATION CHARGES** | ████████████ | | |

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
    1-800-328-4880

A

RETURN BOTTOM PORTION WITH PAYMENT

| INVOICE # | 832286092 |
|---|---|
| INVOICE DATE | 08/01/2015 |
| ACCOUNT # | |
| VENDOR # | |
| VAT REG# | |

WEST INFORMATION CHARGES
JUL 01, 2015 - JUL 31, 2015

AMOUNT DUE IN USD
DUE DATE                08/31/2015
AMOUNT ENCLOSED IN USD _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

SCHNEIDER WALLACE COTTRELL ET AL
2000 POWELL ST STE 1400
EMERYVILLE CA  94608-1804

2
9
6

0832286092 0000000000000000000 20150801 ZCPG 000773163 0010 1000824005 9

| Usage Type Desc | Account # | User Name | Contact ID | Client | Transactic | Docs/Line | Connect 1 | Standard | Special Pr | Tax Amou | Total Char |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 101030:- smith v sprint | 283 | 0 0:00:00 | 7613.00 | 538.80 | | 0.00 | 538.80 |
| Totals for Client | 1000824005 | COON,NICOLE | 13028698 | | | | | | | | |



| Totals for Client | 1000824005 SAENZ,SINTIA | 14127705 | 101030 - Smith v Sprint | 14 | 0 0:00:00 | 529.00 | 37.44 | 0.00 | 37.44 |



| Usage Type Desc | Client | User Name | Day | Special Off Database | Transaction Docs/Lines | Standard C Special Pri Tax Amount | Total Chart |
|---|---|---|---|---|---|---|---|
| Totals for Client | 101030 | SAENZ,SINTIA | | 0 | 297 | 0 | 8142.00 | 110.63 | 0.00 | 110.63 |

ACCT# ▮▮▮▮▮

SCHNEIDER WALLACE COTTRELL ET AL
2000 POWELL ST STE 1400
EMERYVILLE CA  94608-1804

**THOMSON REUTERS**

| INVOICE #  832473544 | WEST INFORMATION CHARGES INVOICE AUG 01, 2015 - AUG 31, 2015 | | | PAGE 1 |
|---|---|---|---|---|
| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD | |
| WEST INFORMATION CHARGES | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
1-800-328-4880                                         ▮▮▮▮▮                 A

RETURN BOTTOM PORTION WITH PAYMENT

| INVOICE # | 832473544 |
|---|---|
| INVOICE DATE | 09/01/2015 |
| ACCOUNT # | ▮▮▮▮▮ |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
AUG 01, 2015 - AUG 31, 2015

**AMOUNT DUE IN USD**   ▮▮▮▮▮
**DUE DATE**   10/01/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

SCHNEIDER WALLACE COTTRELL ET AL
2000 POWELL ST STE 1400
EMERYVILLE CA  94608-1804

0832473544  00000000000000000000000  20150901  ZCPG  000665088  0010  ▮▮▮▮▮     0

| Usage Type Desc | Account # Client | User Name | Contact IC | Datat Trans | Docs/Li | Con Standard | Special Pi | Tax Amou | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| | 100082240 101030 | COON,NICOLE | 130286980 | 113 | 0 0 | 1830.00 | 128.43 | 0.00 | 128.43 |
| Totals for User | | | 0 | 113 | 0 0 | 1830.00 | 128.43 | 0.00 | 128.43 |
| Totals for Client | 100082240 101030 - Smth v Spin | | | | | | | | |

**All City Delivery**
268 Bush St., #4038
San Francisco, CA  94104
(415)725-5946

**Invoice July 2014**

**Schneider Wallace**
180 Montgomery St.
San Francisco, CA  94104

| Date | Pick Up | Delivery | Reference | Service | Base Price | Modifier | Mod Price | Total |
|------|---------|----------|-----------|---------|-----------|----------|-----------|-------|
| 7/8/14 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B2 | 14.00 | | | 14.00 |
| 7/30/14 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B1 | 16.00 | | | 16.00 |

**All City Delivery**
268 Bush St., #4038
San Francisco, CA  94104
(415)725-5946

**Invoice August 2014**

**Schneider Wallace**
180 Montgomery St.
San Francisco, CA  94104

| Date | Pick Up | Delivery | Reference | Service | Base Price | Modifier | Mod Price | Total |
|------|---------|----------|-----------|---------|------------|----------|-----------|-------|
| 8/22/14 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B1 | 14.00 | | | 14.00 |

**All City Delivery**
268 Bush St., #4038
San Francisco, CA  94104
(415)725-5946

**Invoice September 2014**

**Schneider Wallace**
180 Montgomery St.
San Francisco, CA  94104

| Date | Pick Up | Delivery | Reference | Service | Base Price | Modifier | Mod Price | Total |
|------|---------|----------|-----------|---------|------------|----------|-----------|-------|
| 9/12/14 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B1 | 14.00 | | | 14.00 |

**All City Delivery**
268 Bush St., #4038
San Francisco, CA 94104
(415)725-5946

**Invoice October 2014**

**Schneider Wallace**
180 Montgomery St.
San Francisco, CA 94104

| Date | Pick Up | Delivery | Reference | Service | Base Price | Modifier | Mod Price | Total |
|---|---|---|---|---|---|---|---|---|
| 10/3/14 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B1 | 14.00 | | | 14.00 |
| 10/6/14 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B1 | 14.00 | | | 14.00 |
| 10/9/14 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B1 | 14.00 | | | 14.00 |
| 10/22/14 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B1 | 14.00 | | | 14.00 |

**All City Delivery**
268 Bush St., #4038
San Francisco, CA  94104
(415)725-5946

**Invoice November 2014**

Schneider Wallace
180 Montgomery St.
San Francisco, CA  94104

| Date | Pick Up | Delivery | Reference | Service | Base Price | Modifier | Mod Price | Total |
|---|---|---|---|---|---|---|---|---|
| 11/6/14 | Schneider-180 Montgomery | USDC-450 Golden Gate | Smith/Sprint | B2 | 13.00 | | | 13.00 |
| 11/12/14 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B2 | 13.00 | | | 13.00 |
| 11/14/14 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B2 | 13.00 | | | 13.00 |
| 11/26/14 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B1 | 17.00 | | | 17.00 |

**Invoice December 2014**

All City Delivery
268 Bush St., #4038
San Francisco, CA 94104
(415)725-5946

Schneider Wallace
180 Montgomery St.
San Francisco, CA 94104

| Date | Pick Up | Delivery | Reference | Service | Base Price | Modifier | Mod Price | Total |
|------|---------|----------|-----------|---------|-----------|----------|-----------|-------|
| 12/10/14 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B2 | 14.00 | | | 14.00 |

All City Delivery
268 Bush St., #4038
San Francisco, CA  94104
(415)725-5946

Invoice January 2015

Schneider Wallace
180 Montgomery St.
San Francisco, CA  94104

| Date | Pick Up | Delivery | Reference | Service | Base Price | Modifier | Mod Price | Total |
|------|---------|----------|-----------|---------|------------|----------|-----------|-------|
| 1/12/15 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B1 | 17.00 | | | 17.00 |
| 1/14/15 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B1 | 17.00 | | | 17.00 |
| 1/21/15 | Schneider-180 Montgomery | USDC-450 Golden Gate | | B2 | 15.00 | | | 15.00 |
| 1/28/15 | Schneider-180 Montgomery | USDC | 101030 | B1 | 17.00 | | | 17.00 |

**All City Delivery**
268 Bush St., #4038
San Francisco, CA  94104
(415)725-5946

**Invoice February 2015**

**Schneider Wallace**
180 Montgomery St.
San Francisco, CA  94104

| Date | Pick Up | Delivery | Reference | Service | Base Price | Modifier | Mod Price | Total |
|------|---------|----------|-----------|---------|-----------|----------|-----------|-------|
| 2/2/15 | Schneider-180 Montgomery | USDC-Oakland | 101030 | B1 | | | | 17.00 |
| 2/2/15 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B1 | 17.00 | | | 17.00 |
| 2/3/15 | Schneider-180 Montgomery | USDC-450 Golden Gate | | B2 | 15.00 | | | 15.00 |
| 2/11/15 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B1 | 17.00 | | | 17.00 |
| 2/18/15 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B1 | 17.00 | | | 17.00 |

Current
Previous
**Total Due**

**All City Delivery**
268 Bush St., #4038
San Francisco, CA 94104
(415)725-5946

**Invoice March 2015**

**Schneider Wallace**
180 Montgomery St.
San Francisco, CA 94104

| Date | Pick Up | Delivery | Reference | Service | Base Price | Modifier | Mod Price | Total |
|------|---------|----------|-----------|---------|------------|----------|-----------|-------|
| 3/3/15 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B1 | 15.00 | | | 15.00 |
| 3/11/15 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B1 | 17.00 | | | 17.00 |
| 3/17/15 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B2 | 15.00 | | | 15.00 |
| 3/18/15 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101030 | B2 | 15.00 | | | 15.00 |
| 3/19/15 | Schneider-180 Montgomery | USDC-450 Golden Gate | | B2 | | | | 15.00 |



DocuSign, Inc.
1301 2nd Avenue, Suite 2000
Seattle, WA 98101

*Order Form*

| Prepared by: | Damon Mino |
|---|---|
| Phone number: | |
| Email address: | damon.mino@docusign.com |

| Date: | Mar 10, 2015 |
|---|---|
| Quote valid until: | Mar 06, 2015 |
| Opp ID: | 181930 |

| Prepared for: | Schneider Wallace Cottrell Brayton Konecky, LLP |
|---|---|
| | Todd Schneider, |
| | 415-421-7100 |
| | tschneider@schneiderwallace.com |

| Bill to: | Todd Schneider |
|---|---|
| | SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP |
| | 180 Montgomery Street, Suite 2000nil |
| | San Francisco CA          94104 |
| | 415-421-7100 |

| Product Code | Product Name - Description | Unit Price | Qty | Totals ($) |
|---|---|---|---|---|
| 12000212E | DocuSign System Automated Standard Edition - Envelope Allowance | $1,400.00 | 1 | $1,400.00 |
| 13000023 | Support – Premier Support | $0.00 | 1 | $0.00 |
| 800011 | Training - Bulk Recipient | $0.00 | 1 | $0.00 |

**Order Terms**
Order Start Date: Apr 13, 2015
Order End Date: Apr 13, 2016
Billing Frequency: Annually
Payment Method: Credit Card
Payment Terms: Due Upon Receipt
Currency= USD
Envelope Allowance: 1,000
Overage Charge (per Envelope): $4.00

**Grand Total:**    **$1,400.00**

**Special Terms**

FedEx Office.

369 PINE ST
San Francisco, CA 94104

Location:           APCKK
Device ID:          APCKK-POS1
Employee:           2200233
Transaction:        830113154314



Scheduled Delivery Date 04/09/2014
FIRST OVERNIGHT
802523009456        0.20 lb (S)              58.47



Smith v. Sprint
Matter # 101030

Shipment subtotal:

Total Due:

(M) CreditCard:
************7858

Credit Card Charges
for Fed Ex

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

April 7, 2014 5:50:28 PM

********* WE LISTEN *********
Tell us how we're doing
& receive a discount on your next order!
fedex.com/welisten or 800-398-0242
Redemption Code: _____

*** Thank you ***



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-959-85486 | Mar 06, 2015 | | 5 of 6 |

Dropped off: Mar 02, 2015          Cust. Ref.: 101030          Ref.#2:
Payor: Shipper          Ref.#3:

Fuel Surcharge - FedEx has applied a fuel surcharge of 1.50% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 226.03
Distance Based Pricing, Zone 4

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Scott Gordon | John Van Hook | |
| Tracking ID | 773030924205 | Schneider Wallace Cottrell Kon | McGuire Woods, LLP | |
| Service Type | FedEx Standard Overnight | 180 Montgomery Street, Suite 2 | 1800 CENTURY PARK E FL 8 | |
| Package Type | FedEx Envelope | SAN FRANCISCO CA 94104 US | LOS ANGELES CA 90067 US | |
| Zone | 04 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 29.35 |
| Delivered | Mar 03, 2015 10:19 | Discount | | -4.40 |
| Svc Area | A1 | Automation Bonus Discount | | -2.94 |
| Signed by | L.SANCHEZ | Fuel Surcharge | | 0.24 |
| FedEx Use | 000000000/0000222/_ | Earned Discount | | -5.87 |
| | | **Total Charge** | **USD** | **$16.38** |





| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-112-88048 | Jul 31, 2015 | ███████████ | 4 of 6 |

**FedEx Express Shipment Detail By Payor Type (Original)**

Ship Date: Jul 24, 2015          Cust. Ref.: 101030 - Smith v. Sprint          Ref.#2:
Payor: Shipper          Ref.#3:

Fuel Surcharge - FedEx has applied a fuel surcharge of 4.00% to this shipment.
Distance Based Pricing, Zone 2
Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 774134605765 | Carolyn Cottrell | Judge Infante | |
| Service Type | FedEx First Overnight | Schneider Wallace Cottrell Kon | ██████████ | |
| Package Type | FedEx Envelope | 2000 Powell Street | | |
| Zone | 02 | EMERYVILLE CA  94608  US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 49.15 |
| Delivered | Jul 25, 2015 09:40 | Residential Delivery | | 3.50 |
| Svc Area | A2 | Fuel Surcharge | | 2.75 |
| Signed by | see above | Saturday Delivery | | 16.00 |
| FedEx Use | 000000000/0000003/02 | **Total Charge** | **USD** | **$71.40** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-112-88048 | Jul 31, 2015 | | 5 of 6 |

Ship Date: Jul 28, 2015          Cust. Ref.: Smith v. Sprint          Ref.#2:
Payor: Shipper                    Ref.#3:

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 365.76
Fuel Surcharge - FedEx has applied a fuel surcharge of 4.00% to this shipment.
Distance Based Pricing, Zone 2

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | | | |
| Tracking ID | 774156012684 | Eugenia Gueorguieva | Sandra Chan | |
| Service Type | FedEx Standard Overnight | Schneider Wallace | JAMS | |
| Package Type | FedEx Envelope | 2000 Powell St | Two Embarcadero Center | |
| Zone | 02 | EMERYVILLE CA  94608  US | SAN FRANCISCO CA  94111  US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 19.90 |
| Delivered | Jul 29, 2015 09:38 | Automation Bonus Discount | | -1.99 |
| Svc Area | A1 | Earned Discount | | -4.98 |
| Signed by | S.SCHREIBER | Fuel Surcharge | | 0.40 |
| FedEx Use | 000000000/0000200/_ | Discount | | -2.99 |
| | | **Total Charge** | **USD** | **$10.34** |

**FedEx Ground Prepaid Detail (Original)**

 **CONCUR**

**Expense Report**

**Report Name : NNC_I50815**

**Employee Name :** Coon, Nicole N.

**Employee ID :** Coon, Nicole

████████████████

**Report Header**

**Business Purpose :** Jeter-Polk Depo Expenses

**Report ID :** 10189F2A16A3449DA199

**Receipts Received :** Yes

**Report Date :** 08/12/2015

**Approval Status :** Approved

**Payment Status :** Paid

**Currency :** US, Dollar

## Airfare - Case Related

| Transaction Date | Expense Type | Business Purpose | Vendor Description | Payment Type | Amount | Client Matter | Billable | Company Card Used | Note |
|---|---|---|---|---|---|---|---|---|---|
| ██████████████████████████████████████████████████████████████████ |

2/3/2016    https://www.concursolutions.com/Expense/Client/print_cpr.asp?type=DETL&opt=PAR_REG&dtl=CHC_EXP_CHC_ITM&ptCode=DETL&explodeEmail=y

| Date | Purpose | Description | Type | Matter | Card Used |
|------|---------|-------------|------|--------|-----------|

Male

**Lunch - Case Related**

| Transaction Date | Expense Type | Business Purpose | Vendor Description | Payment Type | Amount | Client Matter | Billable | Company Card Used | Note |
|------------------|--------------|------------------|--------------------|--------------|--------|---------------|----------|-------------------|------|
| 08/05/2015 | Lunch - Case Related | Deposition | Salata | Employee Paid | $16.50 | 101030 - Smith v. Sprint | Yes | None | |

```
* * * DUPLICATE COPY * * *
     Salata - Citi National
     505 S. Flower St. # B430
      Los Angeles, CA. 90071
          (213) 327-1001

CHECK# 355421.1
Closed to Credit Card

DATE/TIME: 8/5/2015 12:56:18 PM
CASHIER: 100101
STATION: 01

Item Count: 4

1 WRAP W/ CHICKEN*              $8.26
1 BOTTLED WATER*                $1.38
1 BOTTLED SODA*                 $1.83
1 YOGURT SM W/ SALAD*           $3.67

Subtotal                      $15.14
Tax                            $1.36
Total before tip:             $16.50

Tip amount:        _____

Grand total:       _____


Credit                        $16.50

CREDIT CARD PURCHASE    $16.50
Card Type: Visa
  ************8904 XX/XX
Name: COON, N.
Transaction Type: PRE-AUTH

Auth Code: 08294D

Card Entry Method : Swiped
Approved


Sign: _____
```

# EXHIBIT SW10

# Schneider Wallace Cottrell Konecky Wotkyns
## Billing By Timekeeper

| **Partners** | | **Hourly Rate** | **Hours** | **Total** |
|---|---|---|---|---|
| Todd Schneider | TMS | $795.00 | 79.5 | $63,202.50 |
| Carolyn Cottrell | CMH | $795.00 | 279.2 | $221,964.00 |
| **Subtotal** | | | | **$285,166.50** |
| | | | | |
| **Associates/Of Counsel** | | | | |
| Nicole Coon | NNC | $500.00 | 942.7 | $471,350.00 |
| A. Chowning Poppler | ACP | $475.00 | 57.6 | $27,360.00 |
| Kyle Bates | KGB | $450.00 | 10.7 | $4,815.00 |
| Vincent Fisher | VRF | $450.00 | 98.3 | $44,235.00 |
| Christine Knowles | CKK | $350.00 | 33.9 | $11,865.00 |
| Chris Terril | CWT | $350.00 | 17.9 | $6,265.00 |
| David Whitehead | DWW | $350.00 | 22.2 | $7,770.00 |
| James Costello | JMC | $350.00 | 17.3 | $6,055.00 |
| Jacob Gould | JRG | $350.00 | 99.3 | $34,755.00 |
| Sintia Saenz | SSS | $350.00 | 378 | $132,300.00 |
| Katharine White | WXK | $300.00 | 12.9 | $3,870.00 |
| **Subtotal** | | | | **$750,640.00** |
| | | | | |
| **Paralegals/Legal Secretaries/Assistants** | | | | |
| Jong Gwan Hwang | JGH | $250.00 | 41.1 | $10,275.00 |
| Rebecca Rosales | PRR | $250.00 | 165.4 | $41,350.00 |
| Tejal Naik | TXN | $250.00 | 11.6 | $2,900.00 |
| Scott Gordon | SLG | $250.00 | 116.6 | $29,150.00 |
| Tracey McClain | TLM | $250.00 | 223.3 | $55,825.00 |
| Christopher Walker | CJW | $200.00 | 11.8 | $2,360.00 |
| Charles Greenlee | CRG | $200.00 | 103.8 | $20,760.00 |
| Dolores Mayorga | DAM | $200.00 | 1.8 | $360.00 |
| Edith Sanchez | ESS | $200.00 | 7.7 | $1,540.00 |
| Francine McGinity | FMM | $200.00 | 19.6 | $3,920.00 |
| Monica Clemens | MLC | $200.00 | 16.9 | $3,380.00 |
| Sam Marks | STM | $200.00 | 54.9 | $10,980.00 |
| Eugenia Gueorgieva | EPG | $175.00 | 6.9 | $1,207.50 |
| Rachel Steyer | RLS | $175.00 | 12.9 | $2,257.50 |
| Alexander Brock | AJB | $150.00 | 7.5 | $1,125.00 |
| Robert Shaw | RSS | $150.00 | 182.4 | $27,360.00 |
| Tracy Eastman | TEE | $150.00 | 188.8 | $28,320.00 |
| **Subtotal** | | | | **$243,070.00** |
| | | | | |
| **TOTAL** | | | **3222.5** | **$1,278,876.50** |

# EXHIBIT SW11

# Summary of Billing By Project for All Firms
## Analysis/Strategy

| | Project Description | Code | SW | HH | RG |
|---|---|---|---|---|---|
| I | Analysis/Strategy | 100 | $50,970.00 | $22,023.50 | $101,955.00 |
| | **TOTAL PER FIRM** | | **$50,970.00** | **$22,023.50** | **$101,955.00** |
| | **TOTAL COMBINED BILLING** | | | **$174,948.50** | |

# EXHIBIT SW12

## Summary of Billing By Project for All Firms
## Pleadings

| | Project Description | Code | SW | HH | RG |
|---|---|---|---|---|---|
| II | Pleadings | 200 | $6,520.00 | $492.50 | $11,550.00 |
| | 1. *Guilbaud* Complaint (filed 9/19/13) | 201 | | $5,079.50 | $22,355.00 |
| | 2. *Guilbaud* First Amended Complaint (filed 10/30/13) | 202 | $845.00 | $1,913.00 | $7,080.00 |
| | 3. *Guilbaud* Second Amended Complaint (filed 12/6/13) | 203 | $3,980.00 | $1,559.50 | $14,425.00 |
| | 4. *Smith* Complaint (filed 1/31/14) | 204 | $21,136.50 | $630.50 | |
| | 5. *Guilbaud* Third Amended Complaint | 205 | $47.50 | $1,975.50 | |
| | 6. Consolidated Collective and Class Action Complaint | 206 | $21,178.50 | $1,802.00 | |
| | 7. Counterclaims, Motion to Strike Defendant's Counterclaims | 207 | $34,874.00 | $5,286.50 | $13,735.00 |
| | **TOTAL PER FIRM** | | **$88,581.50** | **$18,739.00** | **$69,145.00** |
| | **TOTAL COMBINED BILLING** | | | **$176,465.50** | |

*Guilbaud, et al. v. Sprint* , 3:13-CV-04357-VC consolidated with *Smith, et al. v. Sprint* , 3:14-CV-02642-VC