# EXHIBIT SW13

## Summary of Billing By Project for All Firms
## Coordination of *Smith* and *Guilbaud*

| | Project Description | Code | SW | HH | RG |
|---|---|---|---|---|---|
| III | Coordination of *Smith* and *Guilbaud* | 300 | | $1,358.00 | $1,330.00 |
| | 1.      *Smith* Stipulation and Proposed Order to Transfer | 301 | $10,062.00 | | $975.00 |
| | 2.      *Guilbaud* Joint Case Management Statement, 7/8/14 CMC | 302 | $25,294.50 | | |
| | **TOTAL PER FIRM** | | **$35,356.50** | **$1,358.00** | **$2,305.00** |
| | **TOTAL COMBINED BILLING** | | | **$39,019.50** | |

# EXHIBIT SW14

# Summary of Billing By Project for All Firms
# Case Management/Conferences/ Status Reports

| | **Project Description** | **Code** | **SW** | **HH** | **RG** |
|---|---|---|---|---|---|
| IV | Case Management/Conferences/ Status Reports | 400 | $2,924.00 | $472.00 | $20,300.00 |
| 1. | *Guilbaud* Joint Case Management Statement, 12/19/13 CMC | 401 | $150.00 | $145.50 | $5,320.00 |
| 2. | *Smith* Status Report (filed 4/7/14) | 402 | $4,116.00 | | |
| 3. | *Smith* Stipulation and Proposed Order to Continue CMC | 403 | $1,276.50 | | |
| 4. | *Guilbaud* Joint Case Management Statement, 5/23/14 CMC | 404 | $2,122.50 | $921.50 | $3,550.00 |
| 5. | Joint Case Management Statement, 1/20/15 CMC | 405 | $6,773.50 | $48.50 | |
| 6. | Stipulation and Proposed Order to Continue Deadlines in 12/16/14 Order | 406 | $7,523.00 | $436.50 | |
| 7. | Stipulation and Proposed Order to Continue Deadlines in 5/20/15 Order | 407 | $7,060.00 | | |
| | **TOTAL PER FIRM** | | **$31,945.50** | **$2,024.00** | **$29,170.00** |
| | **TOTAL COMBINED BILLING** | | | **$63,139.50** | |

# EXHIBIT SW15

# Summary of Billing By Project for All Firms
# Discovery

| | Project Description | Code | SW | HH | RG |
|---|---|---|---|---|---|
| V | Discovery | 500 | $22,707.00 | $4,413.50 | $31,560.00 |
| | 1.     Formal Written Discovery | 501 | $48,175.00 | $7,880.50 | $31,925.00 |
| | 2.     Stipulated Protective Order | 502 | $850.00 | | $12,400.00 |
| | **TOTAL PER FIRM** | | **$71,732.00** | **$12,294.00** | **$75,885.00** |
| | **TOTAL COMBINED BILLING** | | **$159,911.00** | | |

EXHIBIT SW16

## Summary of Billing By Project for All Firms
## Communicating/Coordinating Communications with Opt-in Plaintiffs

|   | Project Description | Code | SW | HH | RG |
|---|---|---|---|---|---|
| VI | Communicating/Coordinating Communications with Opt-in Plaintiffs | 1400 | $243,587.50 | $58,960.50 | $8,505.00 |
|   | **TOTAL PER FIRM** | | **$243,587.50** | **$58,960.50** | **$8,505.00** |
|   | **TOTAL COMBINED BILLING** | | | **$311,053.00** | |

# EXHIBIT SW17

## Summary of Billing By Project for All Firms
## Collective Action Certification

| | Project Description | Code | SW | HH | RG |
|---|---|---|---|---|---|
| VII | Collective Action Certification | 600 | $111,412.00 | $4,000.50 | $29,115.00 |
| | 1.   Notices of Consents to Join Collective Action | 601 | $47,812.50 | $944.50 | $22,115.00 |
| | 2.   Motion for Conditional Certification | 602 | $140,345.00 | $15,526.50 | $29,115.00 |
| | 3.   Motion for Protective Order | 603 | $6,277.00 | $2,764.50 | |
| | 4.   Request for Civil Contempt Order | 604 | $8,589.00 | $582.00 | $1,315.00 |
| | 5.   Notice to Collective Members | 605 | $16,565.50 | $1,940.00 | |
| | **TOTAL PER FIRM** | | **$331,001.00** | **$25,758.00** | **$81,660.00** |
| | **TOTAL COMBINED BILLING** | | **$438,419.00** | | |

*Guilbaud, et al. v. Sprint* , 3:13-CV-04357-VC consolidated with *Smith, et al. v. Sprint* , 3:14-CV-02642-VC

EXHIBIT SW18

## Summary of Billing By Project for All Firms
## Settlement Approval Motions

| | Project Description | Code | SW | HH | RG |
|---|---|---|---|---|---|
| VIII | Settlement Approval Motions | 700 | $8,215.50 | $339.50 | $1,165.00 |
| | 1.  Preliminary Approval Motion | 701 | $38,977.00 | $4,567.50 | |
| | 2.  Final Approval Motion | 702 | $1,435.00 | | |
| | 3.  Motion for Attorneys' Fees and Costs | 703 | $20,236.00 | | $6,590.00 |
| | **TOTAL PER FIRM** | | **$68,863.50** | **$4,907.00** | **$7,755.00** |
| | **TOTAL COMBINED BILLING** | | **$81,525.50** | | |

# EXHIBIT SW19

## Summary of Billing By Project for All Firms
## Settlement Negotiations and Mediation

| | Project Description | Code | SW | HH | RG |
|---|---|---|---|---|---|
| IX | Settlement Negotiations and Mediation | 800 | $1,315.50 | | $8,270.00 |
| | 1.  Settlement Negotiations | 801 | $27,883.00 | $2,301.00 | $7,800.00 |
| | 2.  Mediation | 802 | $154,678.50 | $8,582.00 | $1,680.00 |
| | **TOTAL PER FIRM** | | **$183,877.00** | **$10,883.00** | **$17,750.00** |
| | **TOTAL COMBINED BILLING** | | **$212,510.00** | | |

EXHIBIT SW20

## Summary of Billing By Project for All Firms
## *Bui* Action

| | Project Description | Code | SW | HH | RG |
|---|---|---|---|---|---|
| X | *Bui* Action | 900 | $13,244.50 | $7,581.00 | $7,350.00 |
| | 1. Response to Notice of Pendency of *Bui* | 901 | $3,253.50 | $630.50 | $3,375.00 |
| | 2. Motion to Intervene/Opposition to Preliminary Approval/Withdrawal | 902 | $77,957.50 | $19,070.00 | $2,775.00 |
| | 3. Ex Parte Application to Stay *Bui* Mediation | 903 | $6,301.00 | $1,365.50 | $1,050.00 |
| | **TOTAL PER FIRM** | | **$100,756.50** | **$28,647.00** | **$14,550.00** |
| | **TOTAL COMBINED BILLING** | | **$143,953.50** | | |

# EXHIBIT SW21

# Summary of Billing By Project for All Firms
## *Salamanca* Action

| | Project Description | Code | SW | HH | RG |
|---|---|---|---|---|---|
| XI | *Salamanca* Action | 1000 | $309.00 | | $280.00 |
| | 1.  Response to Defendant's Motion of Whether to Relate Salamanca | 1001 | $4,111.00 | $145.50 | $490.00 |
| | **TOTAL PER FIRM** | | **$4,420.00** | **$145.50** | **$770.00** |
| | **TOTAL COMBINED BILLING** | | **$5,335.50** | | |

# EXHIBIT SW22

# Summary of Billing By Project for All Firms
## *Esquivel* Action

| | Project Description | Code | SW | HH | RG |
|---|---|---|---|---|---|
| XII | *Esquivel* Action | 1300 | $15,153.50 | $242.50 | |
| | **TOTAL PER FIRM** | | **$15,153.50** | **$242.50** | **$0.00** |
| | **TOTAL COMBINED BILLING** | | | **$15,396.00** | |

# EXHIBIT SW23

## Summary of Billing By Project for All Firms
## Miscellaneous

| | Project Description | Code | SW | HH | RG |
|---|---|---|---|---|---|
| XIII | Miscellaneous | 1100 | $22,181.00 | | $7,425.00 |
| | 1.     LWDA/PAGA Letters | 1101 | $834.00 | | $13,065.00 |
| | 3.     Communicating with Opposing Counsel | 1103 | $10,780.00 | $2,182.50 | $3,285.00 |
| | 4.     Communicating with Notice/Settlement Administrator | 1104 | $11,958.50 | $194.00 | |
| | 5.     Casemapping | 1105 | | | $550.00 |
| | **TOTAL PER FIRM** | | **$45,753.50** | **$2,376.50** | **$24,325.00** |
| | **TOTAL COMBINED BILLING** | | **$72,455.00** | | |

*Guilbaud, et al. v. Sprint*, 3:13-CV-04357-VC consolidated with *Smith, et al. v. Sprint*, 3:14-CV-02642-VC

# EXHIBIT SW24

# Summary of Billing By Project for All Firms
## Travel

| | Project Description | Code | SW | HH | RG |
|---|---|---|---|---|---|
| XIV | Travel | 1200 | $6,878.50 | | |
| | **TOTAL PER FIRM** | | **$6,878.50** | **$0.00** | **$0.00** |
| | **TOTAL COMBINED BILLING** | | | **$6,878.50** | |