1  Todd M. Schneider (SBN 158253)
2  Carolyn Hunt Cottrell (SBN 166977)
   Nicole N. Coon (SBN 286283)
3  SCHNEIDER WALLACE
   COTTRELL KONECKY WOTKYNS LLP
4  2000 Powell Street, Suite 1400
   Emeryville, California 94608
5  Telephone: (415) 421-7100
   Facsimile:  (415) 421-7105
6  tschneider@schneiderwallace.com
   ccottrell@schneiderwallace.com
7  ncoon@schneiderwallace.com

8  Attorneys for Plaintiffs and the Settlement
   Collective and Settlement Class
9

10                **UNITED STATES DISTRICT COURT**

11                **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 12  OLIVIA GUILBAUD, MARQUES LILLY, AND MICHAEL WONG, and all others similarly situated, | **Lead Case** CASE NO. 3:13-CV-04357-VC |
| 13 | Hon. Vince Chhabria |
| 14                   Plaintiffs, | |
| 15           vs. | |
| 16  SPRINT NEXTEL CORPORATION AND SPRINT/UNITED MANAGEMENT CO., INC., | |
| 17 | |
| 18                   Defendants. | *Consolidated with* |
| 19  MICHAEL SMITH, on behalf of himself and all others similarly situated, | CASE NO. 3:14-CV-02642-VC |
| 20 | Hon. Vince Chhabria |
| 21                   Plaintiff, | **SIGNATORY ATTESTATION AND CERTIFICATE OF SERVICE** |
| 22           vs. | |
| 23  SPRINT/UNITED MANAGEMENT COMPANY, | Date:  April 14, 2016 Time: 10:00 a.m. Courtroom: 4, 17th Floor |
| 24                   Defendant. | |
| 25 | |

26
27                [ADDITIONAL COUNSEL ON FOLLOWING PAGE]
28

SIGNATORY ATTESTATION AND CERTIFICATE OF SERVICE
Lead case *Guilbaud, et al. v. Sprint*, 3:13-CV-04357-VC consolidated with *Smith, et al. v. Sprint*, 3:14-CV-02642-VC

1  Matthew Righetti (SBN 121012)
2  John Glugoski (SBN 191551)
   Michael Righetti (SBN 258541)
3  RIGHETTI GLUGOSKI, P.C.
   456 Montgomery Street, Suite 1400
4  San Francisco, California 94101
   Telephone: (415) 983-0900
5  Facsimile:  (415) 397-9005
   matt@righettilaw.com
6  jglugoski@righettilaw.com
   mike@righettilaw.com

7  Richard Hoyer (SBN 151931)
8  Ryan L. Hicks (SBN 260284)
   HOYER & HICKS
9  Four Embarcadero Center, Suite 1400
   San Francisco, California 94111
10 Telephone: (415) 766-3536
   Facsimile:  (415) 276-1738
11 rhoyer@hoyerlaw.com
   rhicks@hoyerlaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SIGNATORY ATTESTATION AND CERTIFICATE OF SERVICE
Lead case *Guilbaud, et al. v. Sprint*, 3:13-CV-04357-VC consolidated with *Smith, et al. v. Sprint*, 3:14-CV-02642-VC

## SIGNATURE ATTESTASTION

The e-filing attorney hereby attests that concurrence in the content of the attached documents and authorization to file the attached documents has been obtained from each of the other signatories indicated by a conformed signature (/s/) within the attached e-filed documents.

Dated: March 21, 2016         /s/ *Nicole N. Coon*
                              Nicole N. Coon

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2016, I electronically filed the foregoing documents with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

    Matthew Righetti
    John Glugoski
    Michael Righetti
    Richard Hoyer
    Ryan Hicks
    Matthews Kane
    Michael Mandel
    Sabrina Beldner
    John Van Hook
    Joanne MacMillan

Date: March 21, 2016                    Respectfully Submitted,


                                        /s/ *Nicole N. Coon*
                                        Nicole N. Coon (SBN 286283)
                                        SCHNEIDER WALLACE
                                        COTTRELL KONECKY WOTKYNS LLP
                                        2000 Powell Street, Suite 1400
                                        Emeryville, California 94608
                                        Telephone: (415) 421-7100
                                        Facsimile:  (415) 421-7105